AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.   ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____   September 19, 2024

(By) DEPUTY CLERK   DATE

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **THELTON GEORGE PARKER, JR. AND STEVEN DOYLE, Individually and on Behalf of All Others Similarly Situated** | ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff* | | |
| v. | | Civil Action No. 1:24-cv-8436 |
| **VERIZON COMMUNICATIONS INC. AND CELLCOPARTNERSHIP D/B/A VERIZON WIRELESS** | | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

I, Lisandro Luna, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Verizon Communications Inc in New York County, NY on September 23, 2024 at 1:06 pm at 28 Liberty Street, New York, NY 10005 by leaving the following documents with Vincenza Cipriano who as Intake Specialist at CT Corporation System is authorized by appointment or by law to receive service of process for Verizon Communications Inc.

Summons and CLASS ACTION COMPLAINT

American Indian or Alaska Native Female, est. age 45-54, glasses: Y, Black hair, 100 lbs to 120 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=40.7090771395,-74.0068160636
Photograph: See Exhibit 1

Total Cost: $95.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in _____, on 9/27/2024 .

/s/ *Lisandro Luna*
Signature
Lisandro Luna
+1 (347) 843-3227

