**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Thelton George Parker, Jr., and Steven Doyle, *Individually and on Behalf of All Others Similarly Situated*, <br><br>                            Plaintiffs,<br>     v.<br>Verizon Communications Inc. and Cellco Partnership d/b/a Verizon Wireless,<br><br>                            Defendants. | 1:24-cv-08436<br>Hon. Jorge L. Alonso |

**DEFENDANTS VERIZON COMMUNICATIONS, INC. AND
CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS'S
MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS
PURSUANT TO THE FEDERAL ARBITRATION ACT**

Defendants Verizon Communications Inc. and Cellco Partnership d/b/a Verizon Wireless, by counsel and pursuant to the Federal Arbitration Act, 9 U.S.C. § 4, hereby move this Court for an order staying this litigation and compelling Plaintiffs to arbitrate their disputes with Verizon on an individual basis.

Plaintiffs must individually arbitrate their claims in accordance with the binding arbitration and class-action waiver they agreed to in the My Verizon Wireless Customer Agreement (the "Agreement"). That arbitration agreement is valid under the Federal Arbitration Act ("FAA"), 9 U.S.C. § 2, and the Supreme Court's decision in *AT&T Mobility, LLC v. Concepcion*, 563 U.S. 333 (2011) and its progeny. The arbitration agreement delegates to the arbitrator any questions of arbitrability, validity or enforceability. This Court therefore should compel Plaintiffs to individual arbitration.

Additional grounds for this Motion are set forth in the accompanying memorandum of law being filed herewith, together the supporting Declaration and exhibits.

Respectfully submitted,

| | |
|---|---|
| November 8, 2024 | Respectfully submitted, |
| | BARON HARRIS HEALEY |
| | By: */s/ Steven L. Baron.* <br> Steven L. Baron (ARDC# 6200868) <br> 150 South Wacker Drive, Suite 2400 <br> Chicago, Illinois 60606 <br> Telephone: (312) 741-1027 <br> E-Mail: sbaron@bhhlawfirm.com |
| | HUNTON ANDREWS KURTH LLP <br> By: */s/ Ann Marie Mortimer.* |
| | Ann Marie Mortimer (Pro hac vice pending) <br> 550 South Hope Street, Suite 2000 <br> Los Angeles, California 90071-2627 <br> Telephone: (213) 532-2000 <br> E-Mail: amortimer@HuntonAK.com |
| | By: */s/ Tara L. Elgie .* |
| | Tara L. Elgie (IL General Bar No. 48259) <br> 1445 Ross Avenue, Suite 3700 <br> Dallas, Texas 75202 <br> Telephone: (214) 979-8212 <br> E-Mail: telgie@HuntonAK.com |
| | *Attorneys for Cellco Partnership d/b/a Verizon Wireless, and Verizon Communications Inc.* |

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing has been served on November 8, 2024 via the Court's CM/ECF system on all counsel of record who have consented to electronic service.

By: */s/ Steven L. Baron .*
Steven L. Baron
150 South Wacker Drive, Suite 2400
Chicago, Illinois 60606
Telephone: (312) 741-1027
sbaron@bhhlawfirm.com