# Exhibit 1A

**verizon**✓

## Thank you THELTON.



## T&C Agreement

I agree to the current Verizon Wireless Customer Agreement (CA) ,including the Calling Plan, (with Extended LimitedWarranty/Service Contract, if applicable) and other terms and conditions for services and selected features I have agreed to purchase as reflected on this order, and which I have had the opportunity to review.I understand that I am agreeing to an early termination fee of up to $175, or up to $350 on advanced devices, limitations of liability for service and equipment, settlement of disputes by arbitration and other means instead of jury trials and other important terms in the CA. Your Service terms and conditions are part of this Agreement. Your Plan includes your monthly allowances and features, where you can use them (your Coverage Area), and their monthly and pay-per-use charges.You can also subscribe to several Optional Services, like international service plans or equipment protection services. Together, your Plan, features you use, and any Optional Services you select are your Service. Your billing and shipping addresses, and your primary place of use, must be within the areas served by the network Verizon owns and operates. By using the Service you are agreeing to every provision of this Agreement whether or not you have read it.This agreement also applies to anyone who uses your Service.The current version of this Agreement and the terms and conditions for your Service are available online at https://www.verizonwireless.com/legal/notices/customer-agreement/

Your Verizon receipt continued

# Agreements (View full agreement at vzw.com/myverizon)

## Customer agreement

I have read and agree to the Verizon Wireless Customer Agreement and Verizon Privacy Policy, including settlement of dispute by arbitration instead of jury trial, as well as the terms of my plan and any optional services I have agreed to purchase.

## Signature

By signing below I accept the agreements above



## Device trade-in

In some states, recycle credit reduces the tax base.

**Amount tendered : $0.00/ This payment : $0.00**

Trade-in device transactions are final and devices cannot be returned.If
you received promo value when trading in a device and or instant device
savings, you will be charged for that value if you do not maintain active
service for three billing cycles.

Verizon will also adjust any promotional Trade-in value if you return or
exchange your promotional device for an ineligible device. Promotional
trade in credits issued over 36 months and will appear in 1-2 bill cycles
after receipt of trade at Verizon. Your smartphone purchase must remain
active on device payment agreement for 36 months to receive credits.
If you cancel service, or if device payment agreement is paid off or
transferred, promotional credits will stop. Traded device must be in good
working and cosmetic condition to receive credits.

## Ewaste tax disclaimer

Electronic waste should be recycled or disposed of properly. Contact www2.illinois.gov/epa/topics/waste-management/electronics-recycling/ for information.

## Return Policy

You may return or exchange wireless devices and accessories within 30 days of purchase. A restocking fee of $50 applies to any return or exchange of a wireless device (excluding Hawaii). If you purchased your device from a non-Verizon owned retail location (authorized retailer), you should review that location's return policy regarding their acceptance of device returns.

## Taxes and surcharges

Taxes and surcharges can add 10% to 44% to your monthly access and usage charges,including these Verizon Wireless monthly surcharges: Monthly Federal Universal Service Charge on interstate &international telecom charges (varies quarterly based on FCC rate): 25.2% per line. Regulatory ($.16 per voice line; $.02 per data-only line); Administrative ($1.95 per voice line; $.06 per data-only line).

# Exhibit 1B



**Thank you THELTON.**



**T&C Agreement**

I agree to the current Verizon Wireless Customer Agreement (CA) ,including the Calling Plan, (with Extended LimitedWarranty/Service Contract, if applicable) and other terms and conditions for services and selected features I have agreed to purchase as reflected on this order, and which I have had the opportunity to review.I understand that I am agreeing to an early termination fee of up to $175, or up to $350 on advanced devices, limitations of liability for service and equipment, settlement of disputes by arbitration and other means instead of jury trials and other important terms in the CA. Your Service terms and conditions are part of this Agreement. Your Plan includes your monthly allowances and features, where you can use them (your Coverage Area), and their monthly and pay-per-use charges.You can also subscribe to several Optional Services, like international service plans or equipment protection services. Together, your Plan, features you use, and any Optional Services you select are your Service. Your billing and shipping addresses, and your primary place of use, must be within the areas served by the network Verizon owns and operates. By using the Service you are agreeing to every provision of this Agreement whether or not you have read it.This agreement also applies to anyone who uses your Service.The current version of this Agreement and the terms and conditions for your Service are available online at https://www.verizonwireless.com/legal/notices/customer-agreement/

Your Verizon receipt continued

# Agreements (View full agreement at vzw.com/myverizon)

## Customer agreement

I have read and agree to the Verizon Wireless Customer Agreement and Verizon Privacy Policy, including settlement of dispute by arbitration instead of jury trial, as well as the terms of my plan and any optional services I have agreed to purchase.

## Signature

By signing below I accept the agreements above



## Device trade-in

In some states, recycle credit reduces the tax base.
**Amount tendered : $0.00/ This payment : $0.00**
Trade-in device transactions are final and devices cannot be returned.If
you received promo value when trading in a device and or instant device
savings, you will be charged for that value if you do not maintain active
service for three billing cycles.

Verizon will also adjust any promotional Trade-in value if you return or
exchange your promotional device for an ineligible device. Promotional
trade in credits issued over 36 months and will appear in 1-2 bill cycles
after receipt of trade at Verizon. Your smartphone purchase must remain
active on device payment agreement for 36 months to receive credits.
If you cancel service, or if device payment agreement is paid off or
transferred, promotional credits will stop. Traded device must be in good
working and cosmetic condition to receive credits.

## Ewaste tax disclaimer

Electronic waste should be recycled or disposed of properly. Contact www2.illinois.gov/epa/topics/waste-management/electronics-recycling/ for information.

## Return Policy

You may return or exchange wireless devices and accessories within 30 days of purchase. A restocking fee of $50 applies to any return or exchange of a wireless device (excluding Hawaii). If you purchased your device from a non-Verizon owned retail location (authorized retailer), you should review that location's return policy regarding their acceptance of device returns.

## Taxes and surcharges

Taxes and surcharges can add 10% to 44% to your monthly access and usage charges,including these Verizon Wireless monthly surcharges: Monthly Federal Universal Service Charge on interstate &international telecom charges (varies quarterly based on FCC rate): 25.2% per line. Regulatory ($.16 per voice line; $.02 per data-only line); Administrative ($1.95 per voice line; $.06 per data-only line).

# Exhibit 1C



**Thank you THELTON.**





# Agreements <span>(View full agreement at vzw.com /myverizon)</span>

## Customer agreement

I have read and agree to the Verizon Wireless Customer Agreement and Verizon Privacy Policy, including settlement of dispute by arbitration instead of jury trial, as well as the terms of my plan and any optional services I have agreed to purchase. If you used a credit/debit card on your transaction Verizon may save this card and bill it for any remaining past-due balances on this Verizon account in the event that the account is closed but has a continuing unpaid balance.

## Device payment agreement

**Notice to Buyer:** This is a Retail Installment Sale Agreement(s) /Security Agreement(s), not a lease. Do not accept if it contains spaces. You have a right to a copy of this Agreement(s), keep it to protect your rights. You may pay off the full amount anytime. Please review the entire Agreement(s), including the additional Notice to Buyer provisions before accepting.
I authorize Verizon to obtain my credit report information in connection with this order. I understand that this check will appear on my credit report as a soft inquiry and will not impact my credit.

## Signature

By signing below I accept the agreements above



## Device trade-in

In some states, recycle credit reduces the tax base.
Amount tendered : $0.00/ This payment : $0.00
Trade-in device transactions are final and devices cannot be returned.If you received promo value when trading in a device and or instant device savings, you will be charged for that value if you do not maintain active service for three billing cycles. Verizon will also adjust any promotional Trade-in value if you return or exchange your promotional device for an ineligible device. Promotional trade in credits issued over 36 months and will appear in 1-2 bill cycles after receipt of trade at Verizon. Your smartphone purchase must remain active on device payment agreement for 36 months to receive credits. If you cancel service, or if device payment agreement is paid off or transferred, promotional credits will stop. Traded device must be in good working and cosmetic condition to receive credits.

## Ewaste tax disclaimer

Electronic waste should be recycled or disposed of properly. Contact www2.illinois.gov/epa/topics/waste-management /electronics-recycling/ for information.

## Return Policy

You may return or exchange wireless devices and accessories within 30 days of purchase. A restocking fee of $50 applies to any return or exchange of a wireless device (excluding Hawaii). If you purchased your device from a non-Verizon owned retail location (authorized retailer), you should review that location's return policy regarding their acceptance of device returns.

## Taxes and surcharges

Taxes and surcharges can add 9% to 42% to your monthly access and usage charges,including these Verizon Wireless monthly surcharges: Monthly Federal Universal Service Charge on interstate & international telecom charges (varies quarterly based on FCC rate): 23.8% per line. Regulatory ($.16 per voice line; $.02 per data-only line); Administrative ($1.95 per voice line; $.06 per data-only line).

# Exhibit 1D



**Thank you THELTON.**

Your Verizon receipt continued

# Agreements (View full agreement at vzw.com
/myverizon)

## Customer agreement

I have read and agree to the Verizon Wireless Customer Agreement and Verizon Privacy Policy, including settlement of dispute by arbitration instead of jury trial, as well as the terms of my plan and any optional services I have agreed to purchase. If you used a credit/debit card on your transaction Verizon may save this card and bill it for any remaining past-due balances on this Verizon account in the event that the account is closed but has a continuing unpaid balance.

## Signature

By signing below I accept the agreements above

## Device trade-in

In some states, recycle credit reduces the tax base.
Amount tendered : $0.00/ This payment : $0.00
Trade-in device transactions are final and devices cannot be returned.If you received promo value when trading in a device and or instant device savings, you will be charged for that value if you do not maintain active service for three billing cycles. Verizon will also adjust any promotional Trade-in value if you return or exchange your promotional device for an ineligible device. Promotional trade in credits issued over 36 months and will appear in 1-2 bill cycles after receipt of trade at Verizon. Your smartphone purchase must remain active on device payment agreement for 36 months to receive credits. If you cancel service, or if device payment agreement is paid off or transferred, promotional credits will stop. Traded device must be in good working and cosmetic condition to receive credits.

## Return Policy

You may return or exchange wireless devices and accessories within 30 days of purchase. A restocking fee of $50 applies to any return or exchange of a wireless device (excluding Hawaii). If you purchased your device from a non-Verizon owned retail location (authorized retailer), you should review that location's return policy regarding their acceptance of device returns.

## Ewaste tax disclaimer

Electronic waste should be recycled or disposed of properly. Contact www2.illinois.gov/epa/topics/waste-management /electronics-recycling/ for information.

## Taxes and surcharges

Taxes and surcharges can add 9% to 42% to your monthly access and usage charges,including these Verizon Wireless monthly surcharges: Monthly Federal Universal Service Charge on interstate & international telecom charges (varies quarterly based on FCC rate): 23.8% per line. Regulatory ($.16 per voice line; $.02 per data-only line); Administrative ($1.95 per voice line; $. 06 per data-only line).



# Exhibit 1E



# Thank you, Thelton.

Your Verizon receipt continued

# Agreements

(View full agreement at vzw.com/myverizon)

## Customer agreement

I have read and agree to the Verizon Wireless Customer Agreement and Verizon Privacy Policy, including settlement of dispute by arbitration instead of jury trial, as well as the terms of my plan and any optional services I have agreed to purchase.

## Signature

I have read and agree to the Verizon Customer Agreement including settlement of dispute by arbitration instead of jury trial, as well as the terms of the plan, optional services I have agreed to purchase and the Verizon Privacy Policy . California customers view our California Privacy Notice.

## Device payment agreement

**Notice to Buyer:** This is a Retail Installment Sale Agreement(s)/Security Agreement(s), not a lease. Do not accept if it contains spaces. You have a right to a copy of this Agreement(s), keep it to protect your rights. You may pay off the full amount anytime. Please review the entire Agreement(s), including the additional Notice to Buyer provisions before accepting. I authorize Verizon to obtain my credit report information in connection with this order. I understand that this check will appear on my credit report as a soft inquiry and will not impact my credit.

## Device trade-in

In some states, recycle credit reduces the tax base. The Taxes or fees on your purchase were based on a price of:
**Amount tendered : $0.00/ This payment : $0.00**

Trade-in device transactions are final and devices cannot be returned.

**Trade-in credit(s)** based on **market value** will be issued in accordance with what is presented at the time of trade-in submission. Final value is confirmed after Verizon receives the device(s) and validates make/model, eligibility, & condition. If I am an instant credit-eligible customer, we apply this value towards your device transaction; if any trade-in credit remains, the balance will be applied as a one time account credit. If instant credit is not presented at the time of your trade-in submission, trade-in credit(s) will be issued within two (2) weeks after Verizon receives your device(s). Trade-in credit payment options (if applicable) will be presented at the time of Trade-in submission. If applicable, Verizon e-Gift card **(or other payment option if presented)** is issued in the name of the person identified in the trade-in order submission and emailed to the address provided. For more information on gift cards, visit Verizon Gift Card Terms & Conditions. If I am also eligible for trade-in credits based on promo value, the market value of my trade-in will be included in the promo value total and be applied in accordance with the applicable promo. In the event I am no longer eligible for trade-in credits based on promo value, I will still receive the market value for my trade-in, less any promo value credits already applied.

**Trade-in credit(s)** based on **promo value** will be applied, within 1 - 2 bill cycles. Final value is confirmed after Verizon receives the device(s) and validates make/model, eligibility & condition, in accordance with the applicable promotion, (i.e, a recurring bill credit on my Verizon account for the number of months specified in the applicable promotion, a one (1) time bill credit on my Verizon account or a Verizon e-Gift card). **Trade-in credit (s)** based on **promo value** are subject to reversal if I don't comply with the **Special Rules.**

For the full list of Trade-in Terms & Conditions, visit Trade-in Terms and Conditions, including the Special Rules.

## Ewaste tax disclaimer

Electronic waste should be recycled or disposed of properly. Contact www2.illinois.gov/epa/topics/waste-management/electronics-recycling/ for information.

## Return policy

You may return or exchange wireless devices and accessories within 30 days of purchase. Gift cards are not eligible for return or exchange, except as required by law. A restocking fee of $50 applies to any return or exchange of a wireless device (excluding Hawaii). You may exchange your device one time. For Buy One, Get One or similar offers, both items must be returned. See verizonwireless.com/returnpolicy for complete details.

## Taxes and surcharges

We use your service address for each wireless service line to determine how we bill taxes, other governmental charges, and Verizon surcharges (which are Verizon's charges, not taxes). As of April 10, 2023, for service other than 5G Home and LTE Home (which are not subject to these charges), these charges can add between 12% and 47% to your standard monthly access and other charges, and may include a Federal Universal Service Charge (29.2% of the interstate and international telecom charges; varies quarterly based on FCC rate), Regulatory Charge (9 cents per voice line, 2 cents per data-only line) and Administrative and Telco Recovery Charge ($3.30 per voice line, $1.40 per data-only line). Taxes, other governmental charges, and Verizon surcharges are subject to change. For more details on these charges, call 1-888-684-1888. Handset, equipment and accessories sold by Verizon Wireless Network Procurement, LP.

## Device promotion

Youll see your monthly promo credit in 1-2 billing cycles. If your credit takes 2 cycles to appear, youll see the credit for the first cycle on your second bill, in addition to that months credit. Only one promotion per line. Line(s) must remain active, on an eligible plan and in good standing to receive promotional value. The credits will end at the end of your promotional term or when you cancel, transfer or upgrade this line. If your promo credits are associated with a trade-in, youll lose your credits when you pay off your device payment agreement (DPA) before your trade-in device is received and the device you traded in must be in good working and cosmetic condition to receive credits. If you purchased your device on a DPA with an offer to Buy One device, and Get One device at a discount (or Free), then credits will also end when the DPA balance is fully paid.

## Verizon savings center

To view more details on your discounts/promos, visit
www.verizon.com/savingscenter

# Exhibit 1F

Thank you, Thelton.



Your Verizon receipt continued

# Agreements

(View full agreement at vzw.com/myverizon)

## Customer agreement

I have read and agree to the Verizon Wireless Customer Agreement and Verizon Privacy Policy, including settlement of dispute by arbitration instead of jury trial, as well as the terms of my plan and any optional services I have agreed to purchase.

## Signature

I have read and agree to the Verizon Customer Agreement including settlement of dispute by arbitration instead of jury trial, as well as the terms of the plan, optional services I have agreed to purchase and the **Verizon Privacy Policy** . California customers view our **California Privacy Notice.**



## Device trade-in

In some states, recycle credit reduces the tax base. The Taxes or fees on your purchase were based on a price of:
**Amount tendered : $0.00/ This payment : $0.00**

Trade-in device transactions are final and devices cannot be returned.

**Trade-in credit(s)** based on **market value** will be issued in accordance with what is presented at the time of trade-in submission. Final value is confirmed after Verizon receives the device(s) and validates make/model, eligibility, & condition. If I am an instant credit-eligible customer, we apply this value towards your device transaction; if any trade-in credit remains, the balance will be applied as a one time account credit. If instant credit is not presented at the time of your trade-in submission, trade-in credit(s) will be issued within two (2) weeks after Verizon receives your device(s). Trade-in credit payment options (if applicable) will be presented at the time of Trade-in submission. If applicable, Verizon e-Gift card **(or other payment option if presented)** is issued in the name of the person identified in the trade-in order submission and emailed to the address provided. For more information on gift cards, visit **Verizon Gift Card Terms & Conditions.** If I am also eligible for trade-in credits based on promo value, the market value of my trade-in will be included in the promo value total and be applied in accordance with the applicable promo. In the event I am no longer eligible for trade-in credits based on promo value, I will still receive the market value for my trade-in, less any promo value credits already applied.

**Trade-in credit(s)** based on **promo value** will be applied, within 1 - 2 bill cycles. Final value is confirmed after Verizon receives the device(s) and validates make/model, eligibility & condition, in accordance with the applicable promotion, (i.e, a recurring bill credit on my Verizon account for the number of months specified in the applicable promotion, a one (1) time bill credit on my Verizon account or a Verizon e-Gift card). **Trade-in credit (s)** based on **promo value** are subject to reversal if I don't comply with the **Special Rules.**

For the full list of Trade-in Terms & Conditions, visit **Trade-in Terms and Conditions, including the Special Rules.**

## Ewaste tax disclaimer

Electronic waste should be recycled or disposed of properly. Contact www2.illinois.gov/epa/topics/waste-management/electronics-recycling/ for information.

## Return policy

You may return or exchange wireless devices and accessories within 30 days of purchase. Gift cards are not eligible for return or exchange, except as required by law. A restocking fee of $50 applies to any return or exchange of a wireless device (excluding Hawaii). You may exchange your device one time. For Buy One, Get One or similar offers, both items must be returned. See verizonwireless.com/returnpolicy for complete details.

## Taxes and surcharges

We use your service address for each wireless service line to determine how we bill taxes, other governmental charges, and Verizon surcharges (which are Verizon's charges, not taxes). As of April 10, 2023, for service other than 5G Home and LTE Home (which are not subject to these charges), these charges can add between 12% and 47% to your standard monthly access and other charges, and may include a Federal Universal Service Charge (29.2% of the interstate and international telecom charges; varies quarterly based on FCC rate), Regulatory Charge (9 cents per voice line, 2 cents per data-only line) and Administrative and Telco Recovery Charge ($3.30 per voice line, $1.40 per data-only line). Taxes, other governmental charges, and Verizon surcharges are subject to change. For more details on these charges, call 1-888-684-1888. Handset, equipment and accessories sold by Verizon Wireless Network Procurement, LP.

## Device promotion

Youll see your monthly promo credit in 1-2 billing cycles. If your credit takes 2 cycles to appear, youll see the credit for the first cycle on your second bill, in addition to that months credit. Only one promotion per line. Line(s) must remain active, on an eligible plan and in good standing to receive promotional value. The credits will end at the end of your promotional term or when you cancel, transfer or upgrade this line. If your promo credits are associated with a trade-in, youll lose your credits when you pay off your device payment agreement (DPA) before your trade-in device is received and the device you traded in must be in good working and cosmetic condition to receive credits. If you purchased your device on a DPA with an offer to Buy One device, and Get One device at a discount (or Free), then credits will also end when the DPA balance is fully paid.

## Verizon savings center

To view more details on your discounts/promos, visit
www.verizon.com/savingscenter

# Exhibit 1G

# Thank you, Thelton.





# Agreements

(View full agreement at vzw.com/myverizon)

## Customer agreement

I have read and agree to the Verizon Wireless Customer Agreement and Verizon Privacy Policy, including settlement of dispute by arbitration instead of jury trial, as well as the terms of my plan and any optional services I have agreed to purchase.

## Device payment agreement

**Notice to Buyer:** This is a Retail Installment Sale Agreement(s)/Security Agreement(s), not a lease. Do not accept if it contains spaces. You have a right to a copy of this Agreement(s), keep it to protect your rights. You may pay off the full amount anytime. Please review the entire Agreement(s), including the additional Notice to Buyer provisions before accepting. I authorize Verizon to obtain my credit report information in connection with this order. I understand that this check will appear on my credit report as a soft inquiry and will not impact my credit.

## Signature

I have read and agree to the Verizon Customer Agreement including settlement of dispute by arbitration instead of jury trial, as well as the terms of the plan, optional services I have agreed to purchase and the Verizon Privacy Policy . California customers view our California Privacy Notice.

## Device trade-in

In some states, recycle credit reduces the tax base. The Taxes or fees on your purchase were based on a price of:
Amount tendered : $0.00/ This payment : $0.00

Trade-in device transactions are final and devices cannot be returned.

**Trade-in credit(s)** based on **market value** will be issued in accordance with what is presented at the time of trade-in submission. Final value is confirmed after Verizon receives the device(s) and validates make/model, eligibility, & condition. If I am an instant credit-eligible customer, we apply this value towards your device transaction; if any trade-in credit remains, the balance will be applied as a one time account credit. If instant credit is not presented at the time of your trade-in submission, trade-in credit(s) will be issued within two (2) weeks after Verizon receives your device(s). Trade-in credit payment options (if applicable) will be presented at the time of Trade-in submission. If applicable, Verizon e-Gift card **(or other payment option if presented)** is issued in the name of the person identified in the trade-in order submission and emailed to the address provided. For more information on gift cards, visit **Verizon Gift Card Terms & Conditions.** If I am also eligible for trade-in credits based on promo value, the market value of my trade-in will be included in the promo value total and be applied in accordance with the applicable promo. In the event I am no longer eligible for trade-in credits based on promo value, I will still receive the market value for my trade-in, less any promo value credits already applied.

**Trade-in credit(s)** based on **promo value** will be applied, within 1 - 2 bill cycles. Final value is confirmed after Verizon receives the device(s) and validates make/model, eligibility & condition, in accordance with the applicable promotion, (i.e, a recurring bill credit on my Verizon account for the number of months specified in the applicable promotion, a one (1) time bill credit on my Verizon account or a Verizon e-Gift card). **Trade-in credit (s)** based on **promo value** are subject to reversal if I don't comply with the **Special Rules.**

For the full list of Trade-in Terms & Conditions, visit **Trade-in Terms and Conditions, including the Special Rules.**

## Return policy

You may return or exchange wireless devices and accessories within 30 days of purchase. Gift cards are not eligible for return or exchange, except as required by law. A restocking fee of $50 applies to any return or exchange of a wireless device (excluding Hawaii). You may exchange your device one time. For Buy One, Get One or similar offers, both items must be returned. See verizonwireless.com/returnpolicy for complete details.

## Verizon savings center

To view more details on your discounts/promos, visit **www.verizon.com/savingscenter**

## Ewaste tax disclaimer

Electronic waste should be recycled or disposed of properly. Contact www2.illinois.gov/epa/topics/waste-management/electronics-recycling/ for information.

## Taxes and surcharges

We use your service address for each wireless service line to determine how we bill taxes, other governmental charges, and Verizon surcharges (which are Verizon's charges, not taxes). As of January 1, 2024, for service other than 5G Home and LTE Home (which are not subject to these charges), these charges can add between 13% and 49% to your standard monthly access and other charges, and may include a Federal Universal Service Charge (34.6% of the interstate and international telecom charges; varies quarterly based on FCC rate), Regulatory Charge ($0.16 cents per voice line, $0.02 cents per data-only line) and Administrative and Telco Recovery Charge ($3.30 per voice line, $1.40 per data-only line). Taxes, other governmental charges, and Verizon surcharges are subject to change. For more details on these charges, call 1-888-684-1888.

# Exhibit 1H

Thank you, Thelton.



Your Verizon receipt continued

# Agreements

(View full agreement at vzw.com/myverizon)

## Customer agreement

I have read and agree to the Verizon Wireless Customer Agreement and Verizon Privacy Policy, including settlement of dispute by arbitration instead of jury trial, as well as the terms of my plan and any optional services I have agreed to purchase.

## Signature

I have read and agree to the Verizon Customer Agreement including settlement of dispute by arbitration instead of jury trial, as well as the terms of the plan, optional services I have agreed to purchase and the **Verizon Privacy Policy** . California customers view our **California Privacy Notice.**

## Device trade-in

In some states, recycle credit reduces the tax base. The Taxes or fees on your purchase were based on a price of:
**Amount tendered : $0.00/ This payment : $0.00**

Trade-in device transactions are final and devices cannot be returned.

**Trade-in credit(s)** based on **market value** will be issued in accordance with what is presented at the time of trade-in submission. Final value is confirmed after Verizon receives the device(s) and validates make/model, eligibility, & condition. If I am an instant credit-eligible customer, we apply this value towards your device transaction; if any trade-in credit remains, the balance will be applied as a one time account credit. If instant credit is not presented at the time of your trade-in submission, trade-in credit(s) will be issued within two (2) weeks after Verizon receives your device(s). Trade-in credit payment options (if applicable) will be presented at the time of Trade-in submission. If applicable, Verizon e-Gift card **(or other payment option if presented)** is issued in the name of the person identified in the trade-in order submission and emailed to the address provided. For more information on gift cards, visit **Verizon Gift Card Terms & Conditions.** If I am also eligible for trade-in credits based on promo value, the market value of my trade-in will be included in the promo value total and be applied in accordance with the applicable promo. In the event I am no longer eligible for trade-in credits based on promo value, I will still receive the market value for my trade-in, less any promo value credits already applied.

**Trade-in credit(s)** based on **promo value** will be applied, within 1 - 2 bill cycles. Final value is confirmed after Verizon receives the device(s) and validates make/model, eligibility & condition, in accordance with the applicable promotion, (i.e, a recurring bill credit on my Verizon account for the number of months specified in the applicable promotion, a one (1) time bill credit on my Verizon account or a Verizon e-Gift card). **Trade-in credit (s)** based on **promo value** are subject to reversal if I don't comply with the **Special Rules.**

For the full list of Trade-in Terms & Conditions, visit **Trade-in Terms and Conditions, including the Special Rules.**

## Ewaste tax disclaimer

Electronic waste should be recycled or disposed of properly. Contact www2.illinois.gov/epa/topics/waste-management/electronics-recycling/ for information.

## Return policy

You may return or exchange wireless devices and accessories within 30 days of purchase. Gift cards are not eligible for return or exchange, except as required by law. A restocking fee of $50 applies to any return or exchange of a wireless device (excluding Hawaii). You may exchange your device one time. For Buy One, Get One or similar offers, both items must be returned. See verizonwireless.com/returnpolicy for complete details.

## Taxes and surcharges

We use your service address for each wireless service line to determine how we bill taxes, other governmental charges, and Verizon surcharges (which are Verizon's charges, not taxes). As of February 14, 2024, for service other than 5G Home and LTE Home (which are not subject to these charges), these charges can add between 19% and 38% to your standard monthly access and other charges, and may include a Federal Universal Service Charge (34.6% of the interstate and international telecom charges; varies quarterly based on FCC rate), Regulatory Charge ($0.16 cents per voice line, $0.02 cents per data-only line) and Administrative and Telco Recovery Charge ($3.30 per voice line, $1.40 per data-only line). Taxes, other governmental charges, and Verizon surcharges are subject to change. For more details on these charges, call 1-888-684-1888.

## Verizon savings center

To view more details on your discounts/promos, visit
www.verizon.com/savingscenter

# Exhibit 1I

Thank you, Thelton.



Your Verizon receipt continued

# Agreements

(View full agreement at vzw.com/myverizon)

## Customer agreement

I have read and agree to the Verizon Wireless Customer Agreement and Verizon Privacy Policy, including settlement of dispute by arbitration instead of jury trial, as well as the terms of my plan and any optional services I have agreed to purchase.

## Signature

I have read and agree to the Verizon Customer Agreement including settlement of dispute by arbitration instead of jury trial, as well as the terms of the plan, optional services I have agreed to purchase and the **Verizon Privacy Policy** . California customers view our **California Privacy Notice.**



## Device trade-in

In some states, recycle credit reduces the tax base. The Taxes or fees on your purchase were based on a price of:
**Amount tendered : $0.00/ This payment : $0.00**

Trade-in device transactions are final and devices cannot be returned.

**Trade-in credit(s)** based on **market value** will be issued in accordance with what is presented at the time of trade-in submission. Final value is confirmed after Verizon receives the device(s) and validates make/model, eligibility, & condition. If I am an instant credit-eligible customer, we apply this value towards your device transaction; if any trade-in credit remains, the balance will be applied as a one time account credit. If instant credit is not presented at the time of your trade-in submission, trade-in credit(s) will be issued within two (2) weeks after Verizon receives your device(s). Trade-in credit payment options (if applicable) will be presented at the time of Trade-in submission. If applicable, Verizon e-Gift card **(or other payment option if presented)** is issued in the name of the person identified in the trade-in order submission and emailed to the address provided. For more information on gift cards, visit **Verizon Gift Card Terms & Conditions.** If I am also eligible for trade-in credits based on promo value, the market value of my trade-in will be included in the promo value total and be applied in accordance with the applicable promo. In the event I am no longer eligible for trade-in credits based on promo value, I will still receive the market value for my trade-in, less any promo value credits already applied.

**Trade-in credit(s)** based on **promo value** will be applied, within 1 - 2 bill cycles. Final value is confirmed after Verizon receives the device(s) and validates make/model, eligibility & condition, in accordance with the applicable promotion, (i.e, a recurring bill credit on my Verizon account for the number of months specified in the applicable promotion, a one (1) time bill credit on my Verizon account or a Verizon e-Gift card). **Trade-in credit (s)** based on **promo value** are subject to reversal if I don't comply with the **Special Rules.**

For the full list of Trade-in Terms & Conditions, visit **Trade-in Terms and Conditions, including the Special Rules.**

## Ewaste tax disclaimer

Electronic waste should be recycled or disposed of properly. Contact www2.illinois.gov/epa/topics/waste-management/electronics-recycling/ for information.

## Return policy

You may return or exchange wireless devices and accessories within 30 days of purchase. Gift cards are not eligible for return or exchange, except as required by law. A restocking fee of $50 applies to any return or exchange of a wireless device (excluding Hawaii). You may exchange your device one time. For Buy One, Get One or similar offers, both items must be returned. See verizonwireless.com/returnpolicy for complete details.

## Taxes and surcharges

We use your service address for each wireless service line to determine how we bill taxes, other governmental charges, and Verizon surcharges (which are Verizon's charges, not taxes). As of March 8, 2024, for service other than 5G Home and LTE Home (which are not subject to these charges), these charges can add between 14% and 49% to your standard monthly access and other charges, and may include a Federal Universal Service Charge (34.6% of the interstate and international telecom charges; varies quarterly based on FCC rate), Regulatory Charge ($0.16 cents per voice line, $0.02 cents per data-only line) and Administrative and Telco Recovery Charge ($3.30 per voice line, $1.40 per data-only line). Taxes, other governmental charges, and Verizon surcharges are subject to change. For more details on these charges, call 1-888-684-1888.

## Device promotion

Youll see your monthly promo credit in 1-2 billing cycles. If your credit takes 2 cycles to appear, youll see the credit for the first cycle on your second bill, in addition to that months credit. Only one promotion per line. Line(s) must remain active, on an eligible plan and in good standing to receive promotional value. The credits will end at the end of your promotional term or when you cancel, transfer or upgrade this line. If your promo credits are associated with a trade-in, youll lose your credits when you pay off your device payment agreement (DPA) before your trade-in device is received and the device you traded in must be in good working and cosmetic condition to receive credits. If you purchased your device on a DPA with an offer to Buy One device, and Get One device at a discount (or Free), then credits will also end when the DPA balance is fully paid.

## Verizon savings center

To view more details on your discounts/promos, visit
www.verizon.com/savingscenter

Thank you, Thelton.







# Agreements

(View full agreement at vzw.com/myverizon)

## Customer agreement

I have read and agree to the Verizon Wireless Customer Agreement and Verizon Privacy Policy, including settlement of dispute by arbitration instead of jury trial, as well as the terms of my plan and any optional services I have agreed to purchase.

## Device payment agreement

**Notice to Buyer:** This is a Retail Installment Sale Agreement(s)/Security Agreement(s), not a lease. Do not accept if it contains spaces. You have a right to a copy of this Agreement(s), keep it to protect your rights. You may pay off the full amount anytime. Please review the entire Agreement(s), including the additional Notice to Buyer provisions before accepting. I authorize Verizon to obtain my credit report information in connection with this order. I understand that this check will appear on my credit report as a soft inquiry and will not impact my credit.

## Signature

I have read and agree to the Verizon Customer Agreement including settlement of dispute by arbitration instead of jury trial, as well as the terms of the plan, optional services I have agreed to purchase and the Verizon Privacy Policy . California customers view our California Privacy Notice.



## Device trade-in

In some states, recycle credit reduces the tax base. The Taxes or fees on your purchase were based on a price of:
Amount tendered : $0.00/ This payment : $0.00

Trade-in device transactions are final and devices cannot be returned.

**Trade-in credit(s)** based on **market value** will be issued in accordance with what is presented at the time of trade-in submission. Final value is confirmed after Verizon receives the device(s) and validates make/model, eligibility, & condition. If I am an instant credit-eligible customer, we apply this value towards your device transaction; if any trade-in credit remains, the balance will be applied as a one time account credit. If instant credit is not presented at the time of your trade-in submission, trade-in credit(s) will be issued within two (2) weeks after Verizon receives your device(s). Trade-in credit payment options (if applicable) will be presented at the time of Trade-in submission. If applicable, Verizon e-Gift card **(or other payment option if presented)** is issued in the name of the person identified in the trade-in order submission and emailed to the address provided. For more information on gift cards, visit **Verizon Gift Card Terms & Conditions.** If I am also eligible for trade-in credits based on promo value, the market value of my trade-in will be included in the promo value total and be applied in accordance with the applicable promo. In the event I am no longer eligible for trade-in credits based on promo value, I will still receive the market value for my trade-in, less any promo value credits already applied.

**Trade-in credit(s)** based on **promo value** will be applied, within 1 - 2 bill cycles. Final value is confirmed after Verizon receives the device(s) and validates make/model, eligibility & condition, in accordance with the applicable promotion, (i.e, a recurring bill credit on my Verizon account for the number of months specified in the applicable promotion, a one (1) time bill credit on my Verizon account or a Verizon e-Gift card). **Trade-in credit (s)** based on **promo value** are subject to reversal if I don't comply with the **Special Rules.**

For the full list of Trade-in Terms & Conditions, visit **Trade-in Terms and Conditions, including the Special Rules.**

## Return policy

You may return or exchange wireless devices and accessories within 30 days of purchase. Gift cards are not eligible for return or exchange, except as required by law. A restocking fee of $50 applies to any return or exchange of a wireless device (excluding Hawaii). You may exchange your device one time. For Buy One, Get One or similar offers, both items must be returned. See verizonwireless.com/returnpolicy for complete details.

## Verizon savings center

To view more details on your discounts/promos, visit
www.verizon.com/savingscenter

## Ewaste tax disclaimer

Electronic waste should be recycled or disposed of properly. Contact www2.illinois.gov/epa/topics/waste-management/electronics-recycling/ for information.

## Taxes and surcharges

We use your service address for each wireless service line to determine how we bill taxes, other governmental charges, and Verizon surcharges (which are Verizon's charges, not taxes). As of April 1, 2024, for service other than 5G Home and LTE Home (which are not subject to these charges), these charges can add between 14% and 49% to your standard monthly access and other charges, and may include a Federal Universal Service Charge (32.8% of the interstate and international telecom charges; varies quarterly based on FCC rate), Regulatory Charge ($0.16 cents per voice line, $0.02 cents per data-only line) and Administrative and Telco Recovery Charge ($3.30 per voice line, $1.40 per data-only line). Taxes, other governmental charges, and Verizon surcharges are subject to change. For more details on these charges, call 1-888-684-1888.

# Exhibit 1K

# Thanks for your purchase, Thelton!

**Account #**
1055          1





# Agreements

(View full agreement at vzw.com/myverizon)

### Customer agreement

**I have read and agree** to the Verizon Customer Agreement including settlement of dispute by arbitration instead of jury trial, as well as the terms of the plan, optional services I have agreed to purchase and the Verizon Privacy Policy. California customers view our California Privacy Notice.

### Device payment agreement

**Notice to Buyer:** This is a Retail Installment Sale Agreement(s)/Security Agreement(s), not a lease. Do not accept if it contains spaces. You have a right to a copy of this Agreement(s), keep it to protect your rights. You may pay off the full amount anytime. Please review the entire Agreement(s), including the additional Notice to Buyer provisions before accepting. I authorize Verizon to obtain my credit report information in connection with this order. I understand that this check will appear on my credit report as a soft inquiry and will not impact my credit.

### Signature



THELTON PARKER

# Additional information

### Taxes and surcharges

We use your service address for each wireless service line to determine how we bill taxes, other governmental charges, and Verizon surcharges (which are Verizon's charges, not taxes). As of September 1, 2024, for service other than 5G Home and LTE Home (which are not subject to these charges), these charges can add between 13% and 48% to your standard monthly access and other charges, and may include a Federal Universal Service Charge (34.4% of the interstate and international telecom charges; varies quarterly based on FCC rate), Regulatory Charge ($0.19 cents per voice line, 2 cents per data-only line) and Administrative and Telco Recovery Charge ($3.30 per voice line, $1.40 per data-only line). Taxes, other governmental charges, and Verizon surcharges are subject to change. For more details on these charges, call 1-888-684-1888

### Return policy

You may return or exchange wireless devices and accessories within 30 days of purchase. Gift cards are not eligible for return or exchange, except as required by law. A restocking fee of $50 applies to any return or exchange of a wireless device (excluding Hawaii). You may exchange your device one time. For Buy One, Get One or similar offers, both items must be returned. See verizonwireless.com/returnpolicy for complete details.

### Decline equipment protection

I understand that by declining equipment protection, if my device is lost, stolen, damaged or experiences a post-warranty defect, I must pay any balance on my device payment agreement (if applicable). If I choose to replace it with a new device, I may be required to pay full retail price, which may exceed $1,000.00. I understand that I only have 30 days to enroll in coverage after my device activation.

# Exhibit 2

# My Verizon Wireless Customer Agreement

(Para una copia de este documento en español, visite nuestro website: verizon.com/espanol)

**Thanks for choosing Verizon. In this Customer Agreement ("Agreement"), you'll find important information about your wireless Service, including:**

- **Our ability to make changes to your Service or this Agreement's terms.**
- **Our liability if things don't work as planned and how any disputes between us must be resolved in arbitration or small claims court.**

**My Service**
**Your Service terms and conditions are part of this Agreement.** Your Plan includes your monthly allowances and features, where you can use them (your "Coverage Area"), and their monthly and pay-per-use charges. You can also subscribe to several Optional Services, like international service plans or equipment protection services. Together, your Plan, features you use and any Optional Services you select are your Service. Your billing and shipping addresses, and your primary place of use, must be within the areas served by the network Verizon owns and operates. The current version of this Agreement and the terms and conditions for your Service are available online at verizon.com. A description of permitted and prohibited uses for calling and Data Services is available online at verizon.com/support/important-plan-information; prepaid customers should visit verizon.com/support/prepaid-customer-info-legal.

By using the Service, you are agreeing to every provision of this Agreement whether or not you have read it. This agreement also applies to all lines on your account and anyone who uses your Service.

**Cancellation**
**You can cancel a line of Service within 30 days of accepting this Agreement without having to pay an early termination fee as long as you return, within the applicable return period, any equipment you purchased from us or one of our authorized retailers at a discount in connection with your acceptance of this Agreement, but you'll still have to pay for your Service through that date. If you signed up for Prepaid Service, no refunds will be granted after 30 days or if your account has been activated. See verizon.com/support/return-policy/ for complete details and information on returning your equipment.**

**My Privacy**
Accepting this Agreement means that you also agree to our Privacy Policy, available at verizon.com/privacy, which may be updated from time to time and describes the information we collect, how we use and share it, and the choices you have about how certain information is used and shared. We will notify you or ask for your permission, as appropriate, if we plan to use your information for additional purposes. It is your responsibility to let the people who connect devices through your mobile hotspot, Jetpack or wireless router know that we will collect, use and share information about their device and use of the Service as described in our Privacy Policy.

If you subscribe to Service for which usage charges are billed at the end of the billing period ("Postpay Service"), or have a device payment installment agreement, we may investigate your credit history at any time in connection with the service subscription or device payment installment agreement. If you'd like the name and address of any credit agency that gives us a credit report about you, just ask.



© 2021 Verizon
CA-1021EN

Many services and applications offered through your device may be provided by third parties. You should review the applicable terms and privacy policy before you use, link to or download a service or application provided by a third party.

You agree that Verizon and collections agencies that work on our behalf may contact you about your account status, including past due or current charges, using prerecorded calls, email and calls or messages delivered by an automatic telephone dialing system to any wireless phone number, other contact number or email address you provide. Verizon will treat any email address you provide as your private email that is only accessible by you; you acknowledge that we may send you receipts, notices and other documents regarding your service to this email address. Unless you notify us that your wireless service is based in a different time zone, calls will be made to your cellular device during permitted calling hours based upon the time zone affiliated with the mobile telephone number you provide.

**What happens if my Postpay Service is canceled before the end of my contract term?**
If you're signing up for Postpay Service, you're agreeing to subscribe to a line of Service either on a month-to-month basis or for a minimum contract term, as shown on your receipt or order confirmation. (If your Service is suspended without billing or at a reduced billing rate, that time doesn't count toward completing your contract term.) Once you've completed your contract term, you'll automatically become a customer on a month-to-month basis for that line of Service. **If your line of service has a contract term and you cancel that line, or if we cancel it for good cause, during that contract term, you'll have to pay an early termination fee. If your contract term results from your purchase of an advanced device, your early termination fee will be $350, which will decline by $10 per month upon completion of months 7 – 17, $20 per month upon completion of months 18 – 22, $60 upon completion of month 23 and will be $0 upon completion of the contract term. For other contract terms, your early termination fee will be $175, which will decline by $5 per month upon completion of months 7 – 17, $10 per month upon completion of months 18 – 22, $30 upon completion of month 23 and will be $0 upon completion of your contract term. Cancellations will become effective on the last day of that month's billing cycle,** and you are responsible for all charges incurred until then. Also, if you bought your wireless device from an authorized agent or third-party vendor, you should check whether it charges a separate termination fee.

**If you purchased a device on a monthly installment agreement and cancel service, you should check that agreement to determine if you may have to immediately pay off the balance.**

**Your Mobile Number and Porting**
You may be able to transfer, or "port," your wireless phone number to another carrier. If you port a number from us, we'll treat it as though you asked us to cancel your Service for that number. After the porting is completed, you won't be able to use our service for that number, but you'll remain responsible for all fees and charges through the end of that billing cycle, just like any other cancellation. If you're a Prepaid customer, you won't be entitled to a refund of any balance on your account. If you port a number to us, please be aware that we may not be able to provide some services right away, such as 911 location services. You don't have any rights to your wireless phone number, except for any right you may have to port it. After a line of service is disconnected, for any reason, the disconnected Mobile Telephone Number (MTN) may not be suspended or otherwise reserved and may not be able to be recovered.

**Can I have someone else manage my Postpay account?**
No problem — just tell us by phone, in person or in writing. You can appoint someone to manage your Postpay account. The person you appoint (the Account Manager) will be able to make changes to your account, including adding new lines of Service, buying a new wireless device(s) on a device payment agreement based upon your credit history, billing certain services and accessories to your account, and extending your contract term. Any changes that person makes will be treated as modifications to this Agreement.

**Can Verizon change this Agreement or my Service?**
We may change prices or any other term of your Service or this Agreement at any time, but we'll provide notice first, including written notice if you have Postpay Service. If you use your Service after the change takes effect, that means you're accepting the change. If you're a Postpay customer and a change to your Plan or this Agreement has a material adverse effect on you, you can cancel the line of Service that has been affected within 60 days of receiving the notice with no early termination fee if we fail to negate the change after you notify us of your objection to it. Notwithstanding this provision, if we make any changes to the dispute resolution provision of this Agreement, such changes will not affect the resolution of any disputes that arose before such change.

**My wireless device**

Your wireless device must comply with Federal Communications Commission regulations, be certified for use on our network and be compatible with your Service. Please be aware that we may change your wireless device's software, applications or programming remotely, without notice. This could affect your stored data, or how you've programmed or use your wireless device. By activating Service that uses a SIM (Subscriber Identity Module) card, you agree we own the intellectual property and software in the SIM card, that we may change the software or other data in the SIM card remotely and without notice, and we may utilize any capacity in the SIM card for administrative, network, business and/or commercial purposes. In order to mitigate theft and other fraudulent activity, newly purchased devices may be locked to work exclusively on the Verizon Network for 60 days. For more information, visit verizon.com/support/device-unlocking-policy.

**Internet access**

If you download or use applications, services or software provided by third parties (including voice applications), 911 or E911, or other calling functionality, may work differently than services offered by us or may not work at all. Please review all terms and conditions of such third-party products. Verizon Wireless is not responsible for any third-party information, content, applications or services you access, download or use on your device. You are responsible for maintaining virus and other internet security protections when accessing these third-party products or services. For additional information, visit the Verizon Content Policy at verizon.com/about/our-company/company-policies. To learn about content filtering and how you may block materials harmful to minors, visit vzw.com/solutions-and-services/content-filters/. For information about our network management practices for our broadband internet access services, visit verizon.com/about/our-company/open-internet.

**Where and how does Verizon wireless Service work?**

Wireless devices use radio transmissions, so unfortunately you can't get Service if your device isn't in range of a transmission signal. And please be aware that even within your Coverage Area, many things can affect the availability and quality of your Service, including network capacity, your device, terrain, buildings, foliage and weather.

**How does Verizon calculate my charges?**

You agree to pay all access, usage and other charges that you or any other user of your wireless device incurred. If multiple wireless devices are associated with your account, you agree to pay all charges incurred by users of those wireless devices. For charges based on the amount of time used or data sent or received, we'll round up any fraction to the next full minute or, depending on how you're billed for data usage, the next full megabyte or gigabyte. For outgoing calls, usage time starts when you first press **Send** or the call connects to a network, and for incoming calls, it starts when the call connects to a network (which may be before it rings). Usage time may end several seconds after you press **End** or after the call disconnects. For calls made on our network, we charge only for calls that are answered, including by machines. For Postpay Service, usage cannot always be processed right away and may be included in a later bill, but the usage will still count toward your allowance for the month when the Service was used.

**What charges are set by Verizon?**

Our charges may also include Federal Universal Service, Regulatory and Administrative Charges, and we may also include other charges related to our governmental costs. We set these charges; they aren't taxes, they aren't required by law, they are not necessarily related to anything the government does, they are kept by us in whole or in part, and the amounts and what they pay for may change. For more information, visit verizon.com/support/surcharges/.

**Government taxes, fees and surcharges**

You must pay all taxes, fees and surcharges set by federal, state and local governments. Please note that we may not always be able to notify you in advance of changes to these charges.

**What is roaming?**

You're "roaming" whenever your wireless device connects to a network outside your Coverage Area or connects to another carrier's network, which could happen even within your Coverage Area. There may be higher rates or extra charges (including charges for long distance, tolls or calls that don't connect), and your data service may be limited or slowed when roaming.

**How can I prevent unintended charges on my bill or block spam calls?**

Many services and applications are accessible on or through wireless devices, including purchases of games, movies, music and other content. Some of these services are provided

by Verizon. Others are provided by third parties that may offer the option to bill the charges to your Verizon bill or other methods of payment. Charges may be one-time or recurring. The amount and frequency of the charges will be disclosed to you or the person using your device or a device associated with your account at the time a purchase is made. If the purchaser chooses to have the charges billed to your account, such charges will become part of the amount due for that billing cycle. Verizon offers tools to block or restrict these services, and to block all billing for third-party services on your Verizon wireless bill, at verizon.com/myverizon. We do not support calls to 900, 976 and certain other international premium rate numbers.

Verizon automatically blocks in the network many calls that are highly likely to be illegal, such as calls from telephone numbers that are not authorized to make outbound calls. Additionally, your Service includes access to optional blocking tools for unwanted robocalls through our Call Filter service to which you may be auto-enrolled. This service sends to voicemail many calls we determine to be high-risk spam, but you can adjust your spam filter preferences to block more or less calls. Visit verizon.com/about/responsibility/robocalls for more info.

**How and when can I dispute charges?**
If you're a Postpay customer, you can dispute your bill within 180 days of receiving it, but unless otherwise provided by law or unless you're disputing charges because your wireless device was lost or stolen, you still have to pay all charges until the dispute is resolved. If you're a Prepaid customer, you can dispute a charge within 180 days of the date the disputed charge was incurred. **YOU MAY CALL US TO DISPUTE CHARGES ON YOUR BILL OR ANY SERVICE(S) FOR WHICH YOU WERE BILLED, BUT IF YOU WISH TO PRESERVE YOUR RIGHT TO BRING AN ARBITRATION OR SMALL CLAIMS CASE REGARDING SUCH DISPUTE, YOU MUST WRITE TO US AT THE CUSTOMER SERVICE ADDRESS ON YOUR BILL, OR SEND US A COMPLETED NOTICE OF DISPUTE FORM (AVAILABLE AT VERIZON.COM), WITHIN THE 180-DAY PERIOD MENTIONED ABOVE. IF YOU DO NOT NOTIFY US IN WRITING OF SUCH DISPUTE WITHIN THE 180-DAY PERIOD, YOU WILL HAVE WAIVED YOUR RIGHT TO DISPUTE THE BILL OR SUCH SERVICE(S) AND TO BRING AN ARBITRATION OR SMALL CLAIMS CASE REGARDING ANY SUCH DISPUTE.**

**What are my rights for dropped calls or interrupted Service?**
If you drop a call in your Coverage Area, redial. If it's answered within 5 minutes, call us within 90 days if you're a Postpay customer or within 45 days if you're a Prepaid customer, and we'll give you a 1-minute airtime credit. If you're a Postpay customer and you lose Service in your Coverage Area for more than 24 hours in a row and we're at fault, call us within 180 days and we'll give you a credit for the time lost. Please be aware that these are your only rights for dropped calls or interrupted Service.

**Billing and payments**
If you're a Postpay customer and we don't get your payment on time, we will charge you a late fee of up to 1.5% per month (18% per year) on the unpaid balance, or a flat $5 per month, whichever is greater, if allowed by law in the state of your billing address. (If you choose to have your Service billed by another company [pursuant to a Verizon-approved program], late fees are set by that company and may be higher than our late fees.) Late fees are part of the rates and charges you agree to pay. If you fail to pay on time and we refer your account(s) to a third party for collection, a collection fee will be assessed and will be due at the time of the referral to the third party. The fee will be calculated at the maximum percentage permitted by applicable law, not to exceed 18%. We may require a deposit at the time of activation or afterward, or an increased deposit. We'll pay simple interest on any deposit at the rate the law requires. We may apply deposits or payments in any order to any amounts you owe us on any account. If your final credit balance is less than $1, we will refund it only if you ask. If your service is suspended or terminated, you may have to pay a fee to have service reactivated.

If you're a Prepaid customer, you may replenish your balance at any time before the expiration date by providing us with another payment. If you maintain a Prepaid account balance, it may not exceed $1,000 and you may be prevented from replenishing if your balance reaches $1,000. We may apply your payments to any amounts you may owe us if your earlier account replenishment payments had been reversed. If you do not have sufficient funds in your account to cover your Service, and sufficient funds are not added within 60 days, your account will be canceled and any unused balance will be forfeited.

We may charge you up to $25 for any returned check. The substantive laws of Pennsylvania shall be applied to disputes related to checks tendered as payment in full for less than the

full balance due, without regard to the conflicts of laws and rules of that state. If you make a payment, or make a payment arrangement, through a call center representative, we may charge you an Agent Assistance Fee.

**What if my wireless device gets lost or stolen?**
We're here to help. It's important that you notify us right away, so we can suspend your Service to keep someone else from using it. If you're a Postpay customer and your wireless device is used after the loss or theft but before you report it, and you want a credit for any charges for that usage, we're happy to review your account activity and any other information you'd like us to consider. Keep in mind that you may be held responsible for the charges if you delayed reporting the loss or theft without good reason, but you don't have to pay any charges you dispute while they are being investigated. If you are a California customer and we haven't given you a courtesy suspension of recurring monthly charges during the past year, we'll give you one for 30 days or until you replace or recover your wireless device, whichever comes first.

**What are Verizon's rights to limit or end Service or end this Agreement?**
We can, without notice, limit, suspend or end your Service or any agreement with you for any good cause, including, but not limited to: (1) if you: (a) breach this agreement or violate our prohibited usage policies; (b) resell your Service; (c) use your Service for any illegal purpose, including use that violates trade and economic sanctions and prohibitions promulgated by any US governmental agency; (d) install, deploy or use any regeneration equipment or similar mechanism (for example, a repeater) to originate, amplify, enhance, retransmit or regenerate an RF signal without our permission; (e) steal from or lie to us; or, if you're a Postpay customer; (f) do not pay your bill on time; (g) incur charges larger than a required deposit or billing limit, or materially in excess of your monthly access charges (even if we haven't yet billed the charges); (h) provide credit information we can't verify; (i) are unable to pay us or go bankrupt; or (j) default under any device financing agreement with Verizon; or (2) if you, any user of your device or any line of service on your account, or any account manager on your account: (a) threaten, harass, or use vulgar and/or inappropriate language toward our representatives; (b) interfere with our operations; (c) "spam," or engage in other abusive messaging or calling; (d) modify your device from its manufacturer's specifications; or (e) use your Service in a way that negatively affects our network or other customers. We can also temporarily limit your Service for any operational or governmental reason.

**Am I eligible for special discounts?**
If you're a Postpay customer, you may be eligible for a discount if you are and remain affiliated with an organization that has an agreement with us. Unless your discount is through a government employee discount program, we may share certain information about your Service (including your name, your wireless telephone number and your total monthly charges) with your organization from time to time to make sure you're still eligible. We may adjust or remove your discount according to your organization's agreement with us, and remove your discount if your eligibility ends or your contract term expires. In any case, this won't be considered to have a material adverse effect on you.

**DISCLAIMER OF WARRANTIES**
We make no representations or warranties, express or implied, including, to the extent permitted by applicable law, any implied warranty of merchantability or fitness for a particular purpose, about your Service, your wireless device, or any applications you access through your wireless device. We do not warrant that your wireless device will work perfectly or will not need occasional upgrades or modifications, or that it will not be negatively affected by network-related modifications, upgrades or similar activity.

**WAIVERS AND LIMITATIONS OF LIABILITY**
You and Verizon both agree to limit claims against each other solely to direct damages. That means neither of us will claim any damages that are indirect, special, consequential, incidental, treble or punitive. For example, disallowed damages include those arising out of a Service or device failure, unauthorized access or changes to your account or device, or the use of your account or device by others to authenticate, access or make changes to a third-party account, such as a financial or cryptocurrency account, including changing passwords or transferring or withdrawing funds. This limitation and waiver will apply regardless of the theory of liability. It also applies if you bring a claim against one of our suppliers, to the extent we would be required to indemnify the supplier for the claim. You agree we aren't responsible for problems caused by you or others, or by any act of God. You also agree we aren't liable for missed or deleted voicemails or other messages, or for

any information (like pictures) that gets lost or deleted if we work on your device. If another wireless carrier is involved in any problem (for example, while you're roaming), you also agree to any limitations of liability that it imposes.

**HOW DO I RESOLVE DISPUTES WITH VERIZON?**
**WE HOPE TO MAKE YOU A HAPPY CUSTOMER, BUT IF THERE'S AN ISSUE THAT NEEDS TO BE RESOLVED, THIS SECTION OUTLINES WHAT'S EXPECTED OF BOTH OF US.**

**YOU AND VERIZON BOTH AGREE TO RESOLVE DISPUTES ONLY BY ARBITRATION OR IN SMALL CLAIMS COURT, AS DISCUSSED BELOW. YOU UNDERSTAND THAT BY THIS AGREEMENT YOU ARE GIVING UP THE RIGHT TO BRING A CLAIM IN COURT OR IN FRONT OF A JURY. WHILE THE PROCEDURES IN ARBITRATION MAY BE DIFFERENT, AN ARBITRATOR CAN AWARD YOU THE SAME DAMAGES AND RELIEF, AND MUST HONOR THE SAME TERMS IN THIS AGREEMENT, AS A COURT WOULD. IF THE LAW ALLOWS FOR AN AWARD OF ATTORNEYS' FEES, AN ARBITRATOR CAN AWARD THEM TOO. THE SAME DEFENSES ARE ALSO AVAILABLE TO BOTH PARTIES AS WOULD BE AVAILABLE IN COURT, INCLUDING ANY APPLICABLE STATUTE OF LIMITATIONS. WE ALSO BOTH AGREE THAT:**

(1) THE FEDERAL ARBITRATION ACT APPLIES TO THIS AGREEMENT. EXCEPT FOR SMALL CLAIMS COURT CASES, ANY DISPUTE THAT IN ANY WAY RELATES TO OR ARISES OUT OF THIS AGREEMENT, OR FROM ANY EQUIPMENT, PRODUCTS AND SERVICES YOU RECEIVE FROM US, OR FROM ANY ADVERTISING FOR ANY SUCH PRODUCTS OR SERVICES, OR FROM OUR EFFORTS TO COLLECT AMOUNTS YOU MAY OWE US FOR SUCH PRODUCTS OR SERVICES, INCLUDING ANY DISPUTES YOU HAVE WITH OUR EMPLOYEES OR AGENTS, WILL BE RESOLVED BY ONE OR MORE NEUTRAL ARBITRATORS BEFORE THE AMERICAN ARBITRATION ASSOCIATION ("AAA") OR BETTER BUSINESS BUREAU ("BBB"). YOU CAN ALSO BRING ANY ISSUES YOU MAY HAVE TO THE ATTENTION OF FEDERAL, STATE OR LOCAL GOVERNMENT AGENCIES, AND IF THE LAW ALLOWS, THEY CAN SEEK RELIEF AGAINST US FOR YOU. THIS AGREEMENT TO ARBITRATE CONTINUES TO APPLY EVEN AFTER YOU HAVE STOPPED RECEIVING SERVICE FROM US.

(2) UNLESS YOU AND VERIZON AGREE OTHERWISE, THE ARBITRATION WILL TAKE PLACE IN THE COUNTY OF YOUR BILLING ADDRESS. FOR CLAIMS OVER $10,000, THE AAA'S CONSUMER ARBITRATION RULES WILL APPLY. FOR CLAIMS OF $10,000 OR LESS, THE PARTY BRINGING THE CLAIM CAN CHOOSE EITHER THE AAA'S CONSUMER ARBITRATION RULES OR THE BBB'S RULES FOR BINDING ARBITRATION. YOU CAN GET PROCEDURES, RULES AND FEE INFORMATION FROM THE AAA (WWW.ADR.ORG), THE BBB (WWW.BBB.ORG) OR FROM US. FOR CLAIMS OF $10,000 OR LESS, YOU CAN CHOOSE WHETHER YOU'D LIKE THE ARBITRATION CARRIED OUT BASED ONLY ON DOCUMENTS SUBMITTED TO THE ARBITRATOR, OR BY A HEARING IN PERSON OR BY PHONE. ALTERNATIVELY, FOR CLAIMS WITHIN THE JURISDICTIONAL LIMIT OF THE SMALL CLAIMS COURT IN THE STATE ENCOMPASSING YOUR BILLING ADDRESS, EITHER YOU OR VERIZON CAN CHOOSE TO BRING AN INDIVIDUAL ACTION IN SMALL CLAIMS COURT INSTEAD OF PROCEEDING IN ARBITRATION; FURTHERMORE, IF THE CLAIMS IN ANY REQUEST OR DEMAND FOR ARBITRATION COULD HAVE BEEN BROUGHT IN SMALL CLAIMS COURT, THEN EITHER YOU OR VERIZON MAY CHOOSE TO HAVE THE CLAIMS HEARD IN SMALL CLAIMS COURT, RATHER THAN IN ARBITRATION, AT ANY TIME BEFORE THE ARBITRATOR IS APPOINTED, BY NOTIFYING THE OTHER PARTY OF THAT CHOICE IN WRITING. IF THIS PROVISION OR THE LIMITATION ON BRINGING ACTIONS TO SMALL CLAIMS COURT IS FOUND TO BE INVALID, THEN THIS PROVISION SHALL BE SEVERABLE AND THE MATTER WILL PROCEED IN ARBITRATION; IN NO WAY WILL THIS PROVISION ALLOW FOR AN ACTION TO BE BROUGHT ON A CLASS OR COLLECTIVE BASIS.

**(3) THIS AGREEMENT DOESN'T ALLOW CLASS OR COLLECTIVE ARBITRATIONS EVEN IF THE AAA OR BBB PROCEDURES OR RULES WOULD. NOTWITHSTANDING ANY OTHER PROVISION OF THIS AGREEMENT, THE ARBITRATOR MAY AWARD MONEY OR INJUNCTIVE RELIEF ONLY IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE RELIEF WARRANTED BY THAT PARTY'S INDIVIDUAL CLAIM. NO CLASS, REPRESENTATIVE OR PRIVATE ATTORNEY GENERAL OR GENERAL INJUNCTIVE RELIEF THEORIES OF LIABILITY OR PRAYERS FOR RELIEF MAY BE MAINTAINED IN ANY ARBITRATION HELD UNDER THIS AGREEMENT. ANY QUESTION REGARDING THE ENFORCEABILITY OR INTERPRETATION OF THIS PARAGRAPH SHALL BE DECIDED BY A COURT AND NOT THE ARBITRATOR.**

(4) IF EITHER OF US INTENDS TO SEEK ARBITRATION UNDER THIS AGREEMENT, THE PARTY SEEKING ARBITRATION MUST FIRST NOTIFY THE OTHER PARTY OF THE DISPUTE IN WRITING AT LEAST 60 DAYS IN ADVANCE OF INITIATING THE ARBITRATION. NOTICE TO VERIZON SHOULD BE SENT TO VERIZON WIRELESS DISPUTE RESOLUTION MANAGER, ONE VERIZON WAY, BASKING RIDGE, NJ 07920. THE NOTICE MUST INCLUDE ENOUGH INFORMATION TO ALLOW US TO IDENTIFY YOUR ACCOUNT AS WELL AS TO ASSESS AND ATTEMPT TO RESOLVE YOUR CLAIM, INCLUDING THE NAME OF THE VERIZON WIRELESS ACCOUNT HOLDER, THE MOBILE TELEPHONE NUMBER AT ISSUE, A DESCRIPTION OF THE CLAIM, THE SPECIFIC FACTS SUPPORTING THE CLAIM, THE DAMAGES YOU CLAIM TO HAVE SUFFERED AND THE RELIEF YOU ARE SEEKING. THE NOTICE REQUIREMENT IS DESIGNED TO ALLOW VERIZON TO MAKE A FAIR, FACT-BASED OFFER OF SETTLEMENT IF IT CHOOSES TO DO SO. YOU CANNOT PROCEED TO ARBITRATION UNLESS YOU PROVIDE THIS INFORMATION. YOU MAY CHOOSE TO BE REPRESENTED BY AN ATTORNEY OR OTHER PERSON AS PART OF THIS PROCESS, BUT IF YOU DO YOU MUST SUBMIT A LETTER OR THE FORM AVAILABLE AT THIS LINK AUTHORIZING US TO DISCUSS YOUR ACCOUNT INFORMATION WITH THIS ATTORNEY OR OTHER PERSON. THE SUFFICIENCY OF THIS NOTICE IS AN ISSUE TO BE DECIDED BY A COURT PRIOR TO THE FILING OF ANY DEMAND FOR ARBITRATION. IF YOU HAVE PROVIDED THIS INFORMATION AND WE ARE UNABLE TO RESOLVE OUR DISPUTE WITHIN 60 DAYS, EITHER PARTY MAY THEN PROCEED TO FILE A CLAIM FOR ARBITRATION. WE'LL REIMBURSE ANY FILING FEE THAT THE AAA OR BBB CHARGES YOU FOR ARBITRATION OF THE DISPUTE AT THE CONCLUSION OF THE ARBITRATION IF YOU FULLY PARTICIPATE IN THE PROCEEDING. WE'LL ALSO PAY ANY ADMINISTRATIVE AND ARBITRATOR FEES CHARGED BY THE ARBITRATION TRIBUNAL. IF THE ARBITRATOR DETERMINES THAT YOUR CLAIM WAS FILED FOR PURPOSES OF HARASSMENT OR IS PATENTLY FRIVOLOUS, THE ARBITRATOR WILL REQUIRE YOU TO REIMBURSE VERIZON FOR ANY FILING, ADMINISTRATIVE OR ARBITRATOR FEES ASSOCIATED WITH THE ARBITRATION.

(5) WE MAY, BUT ARE NOT OBLIGATED TO, MAKE A WRITTEN SETTLEMENT OFFER ANYTIME BEFORE THE ARBITRATION HEARING. THE AMOUNT OR TERMS OF ANY SETTLEMENT OFFER MAY NOT BE DISCLOSED TO THE ARBITRATOR UNTIL AFTER THE ARBITRATOR ISSUES AN AWARD ON THE CLAIM. IF YOU DON'T ACCEPT THE OFFER AND THE ARBITRATOR AWARDS YOU AN AMOUNT OF MONEY THAT'S MORE THAN OUR OFFER BUT LESS THAN $5,000, OR IF WE DON'T MAKE YOU AN OFFER, AND THE ARBITRATOR AWARDS YOU ANY AMOUNT OF MONEY BUT LESS THAN $5,000, THEN WE AGREE TO PAY YOU $5,000 INSTEAD OF THE AMOUNT AWARDED. IN THAT CASE WE ALSO AGREE TO PAY ANY REASONABLE ATTORNEYS' FEES AND EXPENSES, REGARDLESS OF WHETHER THE LAW REQUIRES IT FOR YOUR CASE. IF THE ARBITRATOR AWARDS YOU MORE THAN $5,000, THEN WE WILL PAY YOU ONLY THAT AMOUNT.

(6) IF 25 OR MORE CUSTOMERS INITIATE NOTICES OF DISPUTE WITH VERIZON WIRELESS RAISING SIMILAR CLAIMS, AND COUNSEL FOR THE VERIZON WIRELESS CUSTOMERS BRINGING THE CLAIMS ARE THE SAME OR COORDINATED FOR THESE CUSTOMERS, THE CLAIMS SHALL PROCEED IN ARBITRATION IN A COORDINATED PROCEEDING. COUNSEL FOR THE VERIZON WIRELESS CUSTOMERS AND COUNSEL FOR VERIZON WIRELESS SHALL EACH SELECT FIVE CASES TO PROCEED FIRST IN ARBITRATION IN A BELLWETHER PROCEEDING. THE REMAINING CASES SHALL NOT BE FILED IN ARBITRATION UNTIL THE FIRST TEN HAVE BEEN RESOLVED. IF THE PARTIES ARE UNABLE TO RESOLVE THE REMAINING CASES AFTER THE CONCLUSION OF THE BELLWETHER PROCEEDING, EACH SIDE MAY SELECT ANOTHER FIVE CASES TO PROCEED TO ARBITRATION FOR A SECOND BELLWETHER PROCEEDING. THIS PROCESS MAY CONTINUE UNTIL THE PARTIES ARE ABLE TO RESOLVE ALL OF THE CLAIMS, EITHER THROUGH SETTLEMENT OR ARBITRATION. A COURT WILL HAVE AUTHORITY TO ENFORCE THIS CLAUSE AND, IF NECESSARY, TO ENJOIN THE MASS FILING OF ARBITRATION DEMANDS AGAINST VERIZON.

(7) AN ARBITRATION AWARD AND ANY JUDGMENT CONFIRMING IT APPLY ONLY TO THAT SPECIFIC CASE; IT CAN'T BE USED IN ANY OTHER CASE EXCEPT TO ENFORCE THE AWARD ITSELF.

**(8) IF FOR SOME REASON THE PROHIBITION ON CLASS ARBITRATIONS SET FORTH IN SUBSECTION (3) CANNOT BE ENFORCED AS TO ALL OR PART OF A DISPUTE, THEN THE AGREEMENT TO ARBITRATE WILL NOT APPLY TO THAT DISPUTE OR PART OF THE DISPUTE.**

**(9) IF FOR ANY REASON A CLAIM PROCEEDS IN COURT RATHER THAN THROUGH ARBITRATION, YOU AND VERIZON AGREE THAT THERE WILL NOT BE A JURY TRIAL. YOU AND VERIZON UNCONDITIONALLY WAIVE ANY RIGHT TO TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM ARISING OUT OF OR RELATING TO THIS AGREEMENT IN ANY WAY. IN THE EVENT OF LITIGATION, THIS PARAGRAPH MAY BE FILED TO SHOW A WRITTEN CONSENT TO A TRIAL BY THE COURT.**

**About this Agreement**

If either you or we don't enforce our rights under this agreement in one instance, that doesn't mean you or we won't or can't enforce those rights in any other instance. You cannot assign this Agreement or any of your rights or duties under it without our permission. However, we may assign this Agreement or any debt you owe us without notifying you. **If you're a Postpay customer, please note that many notices we send to you will show up as messages on your monthly bill. If you have online billing, those notices will be deemed received by you when your online bill is available for viewing. If you get a paper bill, those notices will be deemed received by you three days after we mail the bill to you. If we send other notices to you, they will be considered received immediately if we send them to your wireless device, or to any email or fax number you've given us, or after three days if we mail them to your billing address. If you need to send notices to us, please send them to the customer service address on your latest bill.**

If you're a Prepaid customer and we send notices to you, they will be considered received immediately if we send them to your wireless device or to any email you've given us, or if we post them as a precall notification on your Service, or after three days if we mail them to the most current address we have for you. If you need to send notices to us, please send them to the Customer Service Prepaid address at verizon.com/contactus.

If any part of this agreement, including anything regarding the arbitration process (except for the prohibition on class arbitrations as explained in part 8 of the dispute resolution section above), is ruled invalid, that part may be removed from this agreement.

**This agreement and the documents it incorporates form the entire agreement between us. You can't rely on any other documents, or on what's said by any Sales or Customer Service Representatives, and you have no other rights regarding Service or this agreement.** This Agreement isn't for the benefit of any third party except our parent companies, affiliates, subsidiaries, agents, and predecessors and successors in interest. Except where we've agreed otherwise elsewhere in this agreement, this agreement and any disputes covered by it are governed by federal law and the laws of the state encompassing the area code of your wireless phone number when you accepted this agreement, without regard to the conflicts of laws and rules of that state.

Updated October 20, 2021

# Exhibit 3A

PO BOX 489
NEWARK, NJ 07101-0489

KEYLINE
|.|l.|l....|l.|l....|.|..|.|.l.|l..|l....|.|.|.|l|

THELTON PARKER

**Pages 2-23 Redacted**

**Billing period** Jul 22, 2022 to Aug 21, 2022 | **Account #** ████1055██████ | **Invoice #** █████3874

# Additional information

## Customer Proprietary Network Information (CPNI)

CPNI is information made available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information. The protection of your information is important to us, and you have a right, and we have a duty, under federal law, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services, such as television, telematics, high-speed Internet, video, and local and long distance services. Visit Verizon.com for more information on our services and companies.

If you don't want your CPNI used for the marketing purposes described above, please notify us by phone any time at 800.333.9956 or online at vzw.com/myprivacy.

Unless you notify us in one of these ways, we may use your CPNI as described above beginning 30 days after the first time we notify you of this CPNI policy. Your choice will remain valid until you notify us that you wish to change your selection. Your decision about use of your CPNI will not affect the provision of any services you currently have with us.

Note: This CPNI notice does not apply to residents of the state of Arizona.

## Explanation of Surcharges

Verizon wireless surcharges include (i) a Regulatory Charge (which helps defray various government charges we pay including government number administration and license fees); (ii) a Federal Universal Service Charge (and, if applicable, a State Universal Service Charge) to recover charges imposed on us by the government to support universal service; and (iii) an Administrative and Telco Recovery Charge, which helps defray and recover certain direct and indirect costs we or our agents incur, including: (a) costs of complying with regulatory and industry obligations and programs, such as E911, wireless local number portability and wireless tower mandate costs; (b) property taxes; and
(c) costs associated with our network, including facilities (e.g. leases), operations, maintenance and protection, and costs paid to other companies for network services. **Please note that these are Verizon wireless charges, not taxes or government imposed fees. These charges, and what's included, are subject to change from time to time.**

## Taxes and Other Governmental Charges

We are required by law to collect these charges, which are based on your service address. You can update your service address on go.vzw.com/changeaddress.

## Important Information Regarding Your Customer Agreement

Verizon has updated parts of your Customer Agreement. In the "What Charges are set by Verizon?" section, we updated the name of the Administration and Telco Recovery Charge and how it applies to your service. In the "How and when can I dispute charges?" section, we removed the requirement to alert Verizon of any bill disputes within 180 days. In the "HOW DO I RESOLVE DISPUTES WITH VERIZON?" section we clarified the rules and procedures governing such disputes, including: that claims can no longer be resolved by one or more neutral arbitrators before the Better Business Bureau; that for claims of $25,000 or less (which are governed by the American Arbitration Association's Consumer Arbitration Rules), you can choose whether you'd like the arbitration to be carried out based only on documents submitted to the arbitrator or by a hearing in person or by phone; the rules governing the potential tolling of applicable statutes of limitations; that if the dispute resolution process set forth in subsection (6) for some reason cannot be enforced as to all or part of a dispute, then the agreement to arbitrate will not apply to that dispute or part of the dispute; and that if any part of the Customer Agreement is ruled invalid, that part may be removed from the Customer Agreement with the exception of part 8 of the dispute resolution section.

## Regulatory Charge Decrease

Effective September 1, 2022, the monthly Verizon Wireless Regulatory Charge for voice-capable devices will decrease from $0.16 to $0.09 per line. The charge for data-only devices remains at $0.02 per line. Please note that this is a Verizon Wireless charge, not a tax. This charge, and what's included, are subject to change from time to time. For further information regarding this charge, review the "Explanation of Surcharges" section of this bill.

## Service Plan Features & Services

If your service plan has optional features or services that are included as part of your monthly subscription, electing to activate these subscriptions may affect your surcharges, taxes and governmental fees, even though your plan monthly service price does not change. Examples of these features are Apple Music or the Disney bundle.

**Billing period** Jul 22, 2022 to Aug 21, 2022 | **Account #** ████1055███████ | **Invoice #** █████3874

# Additional information

**Bankruptcy Information**
If you are or were in bankruptcy, this bill may include
amounts for pre-bankruptcy charges. You should not pay
pre-bankruptcy amounts; they are for your information
only. In the event Verizon receives notice of a bankruptcy
filing, pre-bankruptcy charges will be adjusted in future
invoices. Mail bankruptcy-related correspondence to 500
Technology Drive, Suite 550, Weldon Spring, MO 63304.

**Billing period** Jul 22, 2022 - Aug 21, 2022 | **Account #** ████1055██████ | **Invoice #** █████3874

# You're all set.

## Pay in cash

Go to vzw.com/stores to find a Verizon Wireless store near you or find a Check Free Pay or Western Union near you to make a cash payment. Go to vzw.com/support/pay-bill-faqs/ to learn more.

## My Verizon

Use the My Verizon app or download it at go.vzw.com/mva to manage your account, pay your bill, check data usage, and much more.

## Go paper-free

Enroll in paper-free billing; the easy, clutter-free way to manage and pay your bill. Enroll at go.vzw.com/gopaperfree.

THELTON PARKER

Questions? Visit go.vzw.com/contactus or call 1.800.922.0204.

Change your address at go.vzw.com/changeaddress

**IMPORTANT INFORMATION:**

Many questions regarding billing can be resolved easily online or in the My Verizon App. Our customer service representatives are also available by phone, chat or in a retail store to assist you with billing questions or disputes.

**All written communication related to billing disputes and checks tendered as payment in full to a billing dispute must be sent to the below address.**

Please select a checkbox at the bottom of the page that best describes how we can help you and include it with your written correspondence.

Verizon Attn: Correspondence Team
PO Box 15069
Albany, NY 12212

---

**Automatic Payment Enrollment for Account** ▮▮▮▮ 1055-▮▮▮▮ THELTON PARKER

By signing below, you authorize Verizon to electronically debit your bank account each month for the total balance due on your account. The check you send will be used to setup Automatic Payment. You will be notified each month of the date and amount of the debit 10 days in advance of the payment. You agree to receive all Auto Pay related communications electronically. I understand and accept these terms. This agreement does not alter the terms of your existing Customer Agreement. I agree that Verizon is not liable for erroneous bill statements or incorrect debits to my account. To withdraw your authorization you must call Verizon. Check with your bank for any charges.

**1. Check this box.**   **2. Sign name in box below, as shown on the bill and date.**   **3. Return this slip with your payment. Do not send a voided check.**

**Please select a checkbox that best describes how we can help you and include details in the box below with any written correspondence.**

| Payment Verification | Address Change | Name Change | Billing Dispute | Service Change | Other |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Additional information (for example new address or details on your request)

# Exhibit 3B

Billing period Oct 12 2022 - Nov 12 2022 | Account # | Page 66 of 180 | Invoice #

PO BOX 489
NEWARK, NJ 07101-0489

KEYLINE
|ı|lı|lll|ıııı|l||ll|ıııılılıı||l|ll|ıııl|lıııl||ll|

THELTON PARKER

**Pages 2-20 Redacted**

**Billing period** Oct 22, 2022 to Nov 21, 2022 | **Account #** ███████1055-██████ | **Invoice #** ██████5967

# Additional information

## Explanation of Surcharges

Verizon wireless surcharges include (i) a Regulatory Charge (which helps defray various government charges we pay including government number administration and license fees); (ii) a Federal Universal Service Charge (and, if applicable, a State Universal Service Charge) to recover charges imposed on us by the government to support universal service; and (iii) an Administrative and Telco Recovery Charge, which helps defray and recover certain direct and indirect costs we or our agents incur, including: (a) costs of complying with regulatory and industry obligations and programs, such as E911, wireless local number portability and wireless tower mandate costs; (b) property taxes; and
(c) costs associated with our network, including facilities (e.g. leases), operations, maintenance and protection, and costs paid to other companies for network services. **Please note that these are Verizon wireless charges, not taxes or government imposed fees. These charges, and what's included, are subject to change from time to time.**

## Taxes and Other Governmental Charges

We are required by law to collect these charges, which are based on your service address. You can update your service address on go.vzw.com/changeaddress.



## Customer Proprietary Network Information (CPNI)

CPNI is information made available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information. The protection of your information is important to us, and you have a right, and we have a duty, under federal law, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services, such as television, telematics, high-speed Internet, video, and local and long distance services. Visit Verizon.com for more information on our services and companies.

If you don't want your CPNI used for the marketing purposes described above, please notify us by phone any time at 800.333.9956 or online at vzw.com/myprivacy.

Unless you notify us in one of these ways, we may use your CPNI as described above beginning 30 days after the first time we notify you of this CPNI policy. Your choice will remain valid until you notify us that you wish to change your selection. Your decision about use of your CPNI will not affect the provision of any services you currently have with us.

Note: This CPNI notice does not apply to residents of the state of Arizona.

## Important Information Regarding Your Customer Agreement

Verizon has updated parts of your Customer Agreement. In the "My Privacy" section, we specified where California residents can view our California privacy notice. In the "Can I have someone else manage my Postpay account" section, we clarified age restrictions for Account Managers. In the "Can Verizon change this Agreement or my Service" section, we clarified which changes Verizon will provide advance notice of, and that you may choose to have dispute resolution provisions that were updated after a dispute arose apply to that pending dispute. In the "What Charges are set by Verizon?" and "Government Taxes, Fees and Other Charges" sections we clarified the fees, surcharges, and charges that are set by Verizon or federal, state and local governments and when we can provide notice, if any, of changes to them. In the "What if my wireless device gets lost or stolen?" section, we described policies applicable to the activation of devices that are reported lost or stolen. In the "What are Verizon's rights to limit or end Service or end this Agreement?" section, we clarified policies regarding statistically abnormal data use on smartphones. In the "WAIVERS AND LIMITATIONS OF LIABILITY" section, we clarified our mutual limitations on claiming damages in a dispute. In the "HOW DO I RESOLVE DISPUTES WITH VERIZON?" section, we clarified the policies and procedures regarding arbitration. In the "About this Agreement" section, we clarified the rules governing the severability and scope of the Agreement.

# Additional information

### Notice Of Change To Administrative And Telco Recovery Charge

Effective December 1, 2022, the monthly Verizon Wireless Administrative and Telco Recovery Charge for data-only plans will increase from $0.06 to $1.40 per line. If you have a device on a data-only plan on your account, the increased charge will appear on your next bill. Customers on 5G Home Internet and LTE Home Internet plans will not see a monthly increase. The charge for plans with voice service will remain $3.30 per line. For further information regarding the "Admin & Telco Recovery Charge," review the "Explanation of Surcharges" section of the bill.



### Service Plan Features & Services

If your service plan has optional features or services that are included as part of your monthly subscription, electing to activate these subscriptions may affect your surcharges, taxes and governmental fees, even though your plan monthly service price does not change. Examples of these features are Apple Music or the Disney bundle.



### Bankruptcy Information

If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy charges. You should not pay pre-bankruptcy amounts; they are for your information only. In the event Verizon receives notice of a bankruptcy filing, pre-bankruptcy charges will be adjusted in future invoices. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

**Billing period** Oct 22, 2022 - Nov 21, 2022 | **Account #** ████ 1055 ████ | **Invoice #** ████ 5967

# You've got options.

We have all sorts of ways to pay so that you can
pick the one that's right for you.

## Pay with the My Verizon app

You can download the My Verizon app at
go.vzw.com/mva in both the App Store and Google
Play.

## Pay online at vzw.com

Go to go.vzw.com/paybill and sign in to My Verizon to
pay your bill online.

## Pay in cash

Go to vzw.com/stores to find a Verizon Wireless store
near you or find a Check Free Pay or Western Union
near you to make a cash payment. Go to
vzw.com/support/pay-bill-faqs/ to learn more.

## Pay by phone: #PMT (#768)

Simply dial #PMT on your phone and follow the
instructions to pay.

---

| Bill date | November 21, 2022 |
|---|---|
| Account number | ████ 1055 ████ |
| Invoice number | ████ 5967 |

THELTON PARKER
████████████████
████████████████

**Please see back for instructions on writing to us.**

PO BOX 16810
NEWARK, NJ 07101-6810

NOTICE: Bank account and routing numbers will be retained to enable future payments by phone or online. To opt out, call 1.866.544.0401.

Questions? Visit go.vzw.com/contactus or call 1.800.922.0204.

Change your address at go.vzw.com/changeaddress

**IMPORTANT INFORMATION:**

Many questions regarding billing can be resolved easily online or in the My Verizon App. Our customer service representatives are also available by phone, chat or in a retail store to assist you with billing questions or disputes.

**All written communication related to billing disputes and checks tendered as payment in full to a billing dispute must be sent to the below address.**

Please select a checkbox at the bottom of the page that best describes how we can help you and include it with your written correspondence.

Verizon Attn: Correspondence Team
PO Box 15069
Albany, NY 12212

---

**Automatic Payment Enrollment for Account:** ████ 1055 ████ THELTON PARKER

By signing below, you authorize Verizon to electronically debit your bank account each month for the total balance due on your account. The check you send will be used to setup Automatic Payment. You will be notified each month of the date and amount of the debit 10 days in advance of the payment. You agree to receive all Auto Pay related communications electronically. I understand and accept these terms. This agreement does not alter the terms of your existing Customer Agreement. I agree that Verizon is not liable for erroneous bill statements or incorrect debits to my account. To withdraw your authorization you must call Verizon. Check with your bank for any charges.

**1. Check this box.**   **2. Sign name in box below, as shown on the bill and date.**   **3. Return this slip with your payment. Do not send a voided check.**

**Please select a checkbox that best describes how we can help you and include details in the box below with any written correspondence.**

| Payment Verification | Address Change | Name Change | Billing Dispute | Service Change | Other |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Additional information (for example new address or details on your request)

# Exhibit 3C

PO BOX 489
NEWARK, NJ 07101-0489

KEYLINE
ldldlllmdldllmdldmdldlllmlllmdllmdlll

THELTON PARKER

**Pages 2-7 Redacted**

**Billing period** Oct 26, 2022 to Nov 25, 2022 | **Account #** ████1055████ | **Invoice #** ████9382

# Additional information



### Explanation of Surcharges

Verizon wireless surcharges include (i) a Regulatory Charge (which helps defray various government charges we pay including government number administration and license fees); (ii) a Federal Universal Service Charge (and, if applicable, a State Universal Service Charge) to recover charges imposed on us by the government to support universal service; and (iii) an Administrative and Telco Recovery Charge, which helps defray and recover certain direct and indirect costs we or our agents incur, including: (a) costs of complying with regulatory and industry obligations and programs, such as E911, wireless local number portability and wireless tower mandate costs; (b) property taxes; and
(c) costs associated with our network, including facilities (e.g. leases), operations, maintenance and protection, and costs paid to other companies for network services.
**Please note that these are Verizon wireless charges, not taxes or government imposed fees. These charges, and what's included, are subject to change from time to time.**

### Taxes and Other Governmental Charges

We are required by law to collect these charges, which are based on your service address. You can update your service address on go.vzw.com/changeaddress.



### Customer Proprietary Network Information (CPNI)

CPNI is information made available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information. The protection of your information is important to us, and you have a right, and we have a duty, under federal law, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services, such as television, telematics, high-speed Internet, video, and local and long distance services. Visit Verizon.com for more information on our services and companies.

If you don't want your CPNI used for the marketing purposes described above, please notify us by phone any time at 800.333.9956 or online at vzw.com/myprivacy.

Unless you notify us in one of these ways, we may use your CPNI as described above beginning 30 days after the first time we notify you of this CPNI policy. Your choice will remain valid until you notify us that you wish to change your selection. Your decision about use of your CPNI will not affect the provision of any services you currently have with us.

Note: This CPNI notice does not apply to residents of the state of Arizona.

# Additional information

## Important Information Regarding Your Customer Agreement

Verizon has updated parts of your Customer Agreement. In the "My Privacy" section, we specified where California residents can view our California privacy notice. In the "Can I have someone else manage my Postpay account" section, we clarified age restrictions for Account Managers. In the "Can Verizon change this Agreement or my Service" section, we clarified which changes Verizon will provide advance notice of, and that you may choose to have dispute resolution provisions that were updated after a dispute arose apply to that pending dispute. In the "What Charges are set by Verizon?" and "Government Taxes, Fees and Other Charges" sections we clarified the fees, surcharges, and charges that are set by Verizon or federal, state and local governments and when we can provide notice, if any, of changes to them. In the "What if my wireless device gets lost or stolen?" section, we described policies applicable to the activation of devices that are reported lost or stolen. In the "What are Verizon's rights to limit or end Service or end this Agreement?" section, we clarified policies regarding statistically abnormal data use on smartphones. In the "WAIVERS AND LIMITATIONS OF LIABILITY" section, we clarified our mutual limitations on claiming damages in a dispute. In the "HOW DO I RESOLVE DISPUTES WITH VERIZON?" section, we clarified the policies and procedures regarding arbitration. In the "About this Agreement" section, we clarified the rules governing the severability and scope of the Agreement.

## Notice Of Change To Administrative And Telco Recovery Charge

Effective December 1, 2022, the monthly Verizon Wireless Administrative and Telco Recovery Charge for data-only plans will increase from $0.06 to $1.40 per line. If you have a device on a data-only plan on your account, the increased charge will appear on your next bill. Customers on 5G Home Internet and LTE Home Internet plans will not see a monthly increase. The charge for plans with voice service will remain $3.30 per line. For further information regarding the "Admin & Telco Recovery Charge," review the "Explanation of Surcharges" section of the bill.

## Service Plan Features & Services

If your service plan has optional features or services that are included as part of your monthly subscription, electing to activate these subscriptions may affect your surcharges, taxes and governmental fees, even though your plan monthly service price does not change. Examples of these features are Apple Music or the Disney bundle.



## Bankruptcy Information

If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy charges. You should not pay pre-bankruptcy amounts; they are for your information only. In the event Verizon receives notice of a bankruptcy filing, pre-bankruptcy charges will be adjusted in future invoices. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.



**Billing period** Oct 26, 2022 - Nov 25, 2022 | **Account #** ████ 1055-█████ | **Invoice #** █████9382

# You've got options.

We have all sorts of ways to pay so that you can
pick the one that's right for you.

## Pay with the My Verizon app

You can download the My Verizon app at
go.vzw.com/mva in both the App Store and Google
Play.

## Pay online at vzw.com

Go to go.vzw.com/paybill and sign in to My Verizon to
pay your bill online.

## Pay in cash

Go to vzw.com/stores to find a Verizon Wireless store
near you or find a Check Free Pay or Western Union
near you to make a cash payment. Go to
vzw.com/support/pay-bill-faqs/ to learn more.

## Pay by phone: #PMT (#768)

Simply dial #PMT on your phone and follow the
instructions to pay.

THELTON PARKER
████████████████
████████████████

**Please see back for instructions on writing to us.**

| | |
|---|---|
| **Bill date** | November 25, 2022 |
| **Account number** | ████ 1055████ |
| **Invoice number** | ████9382 |

PO BOX 16810
NEWARK, NJ 07101-6810

NOTICE: Bank account and routing numbers will be retained to enable future payments by phone or online. To opt out, call 1.866.544.0401.

Questions? Visit go.vzw.com/contactus or call 1.800.922.0204.

Change your address at go.vzw.com/changeaddress

**IMPORTANT INFORMATION:**

Many questions regarding billing can be resolved easily online or in the My Verizon App. Our customer service representatives are also available by phone, chat or in a retail store to assist you with billing questions or disputes.

**All written communication related to billing disputes and checks tendered as payment in full to a billing dispute must be sent to the below address.**

Please select a checkbox at the bottom of the page that best describes how we can help you and include it with your written correspondence.

Verizon Attn: Correspondence Team
PO Box 15069
Albany, NY 12212

---

**Automatic Payment Enrollment for Account:** ████055████  **HELTON PARKER**

By signing below, you authorize Verizon to electronically debit your bank account each month for the total balance due on your account. The check you send will be used to setup Automatic Payment. You will be notified each month of the date and amount of the debit 10 days in advance of the payment. You agree to receive all Auto Pay related communications electronically. I understand and accept these terms. This agreement does not alter the terms of your existing Customer Agreement. I agree that Verizon is not liable for erroneous bill statements or incorrect debits to my account. To withdraw your authorization you must call Verizon. Check with your bank for any charges.

**1. Check this box.**          **2. Sign name in box below, as shown on the bill and date.**          **3. Return this slip with your payment. Do not send a voided check.**

**Please select a checkbox that best describes how we can help you and include details in the box below with any written correspondence.**

| Payment Verification | Address Change | Name Change | Billing Dispute | Service Change | Other |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Additional information (for example new address or details on your request)

# Exhibit 3D

PO BOX 489
NEWARK, NJ 07101-0489

KEYLINE
||||||||||||||||||||||||||||||||||||||||||||||||

THELTON PARKER

**Pages 2-29 Redacted**

# Additional information

## Customer Proprietary Network Information (CPNI)

CPNI is information made available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information. The protection of your information is important to us, and you have a right, and we have a duty, under federal law, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services, such as television, telematics, high-speed Internet, video, and local and long distance services. Visit Verizon.com for more information on our services and companies.

If you don't want your CPNI used for the marketing purposes described above, please notify us by phone any time at 800.333.9956 or online at vzw.com/myprivacy.

Unless you notify us in one of these ways, we may use your CPNI as described above beginning 30 days after the first time we notify you of this CPNI policy. Your choice will remain valid until you notify us that you wish to change your selection. Your decision about use of your CPNI will not affect the provision of any services you currently have with us.

Note: This CPNI notice does not apply to residents of the state of Arizona.

## Explanation of Surcharges

Verizon wireless surcharges include (i) a Regulatory Charge (which helps defray various government charges we pay including government number administration and license fees); (ii) a Federal Universal Service Charge (and, if applicable, a State Universal Service Charge) to recover charges imposed on us by the government to support universal service; and (iii) an Administrative and Telco Recovery Charge, which helps defray and recover certain direct and indirect costs we or our agents incur, including: (a) costs of complying with regulatory and industry obligations and programs, such as E911, wireless local number portability and wireless tower mandate costs; (b) property taxes; and (c) costs associated with our network, including facilities (e.g. leases), operations, maintenance and protection, and costs paid to other companies for network services. **Please note that these are Verizon wireless charges, not taxes or government imposed fees. These charges, and what's included, are subject to change from time to time.**

## Service Plan Features & Services

If your service plan has optional features or services that are included as part of your monthly subscription, electing to activate these subscriptions may affect your surcharges, taxes and governmental fees, even though your plan monthly service price does not change. Examples of these features are Apple Music or the Disney bundle.

## Taxes and Other Governmental Charges

We are required by law to collect these charges, which are based on your service address. You can update your service address on go.vzw.com/changeaddress.



## Bankruptcy Information

If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy charges. You should not pay pre-bankruptcy amounts; they are for your information only. In the event Verizon receives notice of a bankruptcy filing, pre-bankruptcy charges will be adjusted in future invoices. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

## Consider it fixed

Verizon Home Device Protect is the last warranty you'll need for your connected home products. Get repairs or replacements for covered breakdowns of eligible home entertainment from gaming devices and wearables to home office and smart home products. Visit verizon.com/homedeviceprotect

# Additional information

### Important Information Regarding Your Customer Agreement

Verizon has updated parts of your Customer Agreement. In the "My Privacy" section, we specified where customers can view privacy policies specific to their state, if any. In the "How and when can I dispute charges?" section we added where customers can access and complete an online notice of dispute form. In the "HOW DO I RESOLVE DISPUTES WITH VERIZON?" section we: clarified certain provisions regarding the rules for and authority of the arbitrator as well as the rules and procedures of the bellwether arbitration proceedings applicable in the event 50 or more customers initiate notices of dispute or file complaint(s) in court which raise similar claims.

**Billing period** Jan 26, 2023 - Feb 25, 2023 | **Account #** 1055-00001 | **Invoice #** 0402

# You've got options.

We have all sorts of ways to pay so that you can
pick the one that's right for you.

## Pay with the My Verizon app

You can download the My Verizon app at
go.vzw.com/mva in both the App Store and Google
Play.

## Pay online at vzw.com

Go to go.vzw.com/paybill and sign in to My Verizon to
pay your bill online.

## Pay in cash

Go to vzw.com/stores to find a Verizon Wireless store
near you or find a Check Free Pay or Western Union
near you to make a cash payment. Go to
vzw.com/support/pay-bill-faqs/ to learn more.

## Pay by phone: #PMT (#768)

Simply dial #PMT on your phone and follow the
instructions to pay.

---

**Bill date**        February 25, 2023
**Account number**    1055
**Invoice number**     0402

THELTON PARKER

**Please see back for instructions on writing to us.**



PO BOX 16810
NEWARK, NJ 07101-6810

NOTICE: Bank account and routing numbers will be retained to enable future payments by phone or online. To opt out, call 1.866.544.0401.

Questions? Visit go.vzw.com/contactus or call 1.800.922.0204.

Change your address at go.vzw.com/changeaddress

**IMPORTANT INFORMATION:**

Many questions regarding billing can be resolved easily online or in the My Verizon App. Our customer service representatives are also available by phone, chat or in a retail store to assist you with billing questions or disputes.

**All written communication related to billing disputes and checks tendered as payment in full to a billing dispute must be sent to the below address.**

Please select a checkbox at the bottom of the page that best describes how we can help you and include it with your written correspondence.

Verizon Attn: Correspondence Team
PO Box 15069
Albany, NY 12212

---

**Automatic Payment Enrollment for Account:** ██████ 1055-██████ THELTON PARKER

By signing below, you authorize Verizon to electronically debit your bank account each month for the total balance due on your account. The check you send will be used to setup Automatic Payment. You will be notified each month of the date and amount of the debit 10 days in advance of the payment. You agree to receive all Auto Pay related communications electronically. I understand and accept these terms. This agreement does not alter the terms of your existing Customer Agreement. I agree that Verizon is not liable for erroneous bill statements or incorrect debits to my account. To withdraw your authorization you must call Verizon. Check with your bank for any charges.

**1. Check this box.**  **2. Sign name in box below, as shown on the bill and date.**  **3. Return this slip with your payment. Do not send a voided check.**

Please select a checkbox that best describes how we can help you and include details in the box below with any written correspondence.

| Payment Verification | Address Change | Name Change | Billing Dispute | Service Change | Other |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Additional information (for example new address or details on your request)

# Exhibit 3E

PO BOX 489
NEWARK, NJ 07101-0489

**Account:** ████1055█████
**Invoice:** █████7258
**Billing period:** May 26 - Jun 25, 2023

KEYLINE
|||.||.|||...||.|||.|.|.|.|||.||...|...||.||.|||

THELTON PARKER

**Questions about your bill?**
verizon.com/support
800-922-0204

## Ways to pay

### My Verizon app

You can check your bill easily with the My Verizon app available in App Store or Google Play.

### Online

Go to go.vzw.com/bill and sign in to review your bill.

### By phone

Simply dial #PMT (#768) on your phone and follow the instructions to pay.

### Cash

Go to www.verizon.com/stores to find a Verizon Wireless store near you or find a Check Free Pay or Western Union near you to make a cash payment.

**We updated the design of your bill.**

Learn more about these updates at verizon.com/billupdates

---

THELTON PARKER

| | |
|---|---|
| **Bill date** | June 25, 2023 |
| **Account number** | ████1055-█ |
| **Invoice number** | ████7258 |

PO BOX 16810
NEWARK, NJ 07101-6810

|||.|.|.|.|||.....||.|.|.|.|..|||.....||.|

NOTICE: Bank account and routing numbers will be retained to enable future payments by phone or online. To opt out, call 1.866.544.0401.

**Pages 2-20 Redacted**

**Account:** ▓▓▓1055-▓▓
**Invoice:** ▓▓▓7258
**Billing period:** May 26 - Jun 25, 2023

## Additional information

### Customer Proprietary Network Information (CPNI)

CPNI is information made available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information. The protection of your information is important to us, and you have a right, and we have a duty, under federal law, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services, such as television, telematics, high-speed Internet, video, and local and long distance services. Visit Verizon.com for more information on our services and companies.

If you don't want your CPNI used for the marketing purposes described above, please notify us by phone any time at 800.333.9956 or online at vzw.com/myprivacy.

Unless you notify us in one of these ways, we may use your CPNI as described above beginning 30 days after the first time we notify you of this CPNI policy. Your choice will remain valid until you notify us that you wish to change your selection. Your decision about use of your CPNI will not affect the provision of any services you currently have with us.

Note: This CPNI notice does not apply to residents of the state of Arizona.

### Explanation of Surcharges

Verizon wireless surcharges include (i) a Regulatory Charge (which helps defray various government charges we pay including government number administration and license fees); (ii) a Federal Universal Service Charge (and, if applicable, a State Universal Service Charge) to recover charges imposed on us by the government to support universal service; and (iii) an Administrative and Telco Recovery Charge, which helps defray and recover certain direct and indirect costs we or our agents incur, including:
(a) costs of complying with regulatory and industry obligations and programs, such as E911, wireless local number portability and wireless tower mandate costs;
(b) property taxes; and
(c) costs associated with our network, including facilities (e.g. leases), operations, maintenance and protection, and costs paid to other companies for network services.
**Please note that these are Verizon wireless charges, not taxes or government imposed fees. These charges, and what's included, are subject to change from time to time.**

### Service Plan Features & Services

If your service plan has optional features or services that are included as part of your monthly subscription, electing to activate these subscriptions may affect your surcharges, taxes and governmental fees, even though your plan monthly service price does not change. Examples of these features are Apple Music or the Disney bundle.

### Taxes and Other Governmental Charges

We are required by law to collect these charges, which are based on your service address. You can update your service address on go.vzw.com/changeaddress.



### Bankruptcy Information

If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy charges. You should not pay pre-bankruptcy amounts; they are for your information only. In the event Verizon receives notice of a bankruptcy filing, pre-bankruptcy charges will be adjusted in future invoices. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

### 411 Search Price Change

Beginning July 1st, 2023, Verizon will increase the price for 411 Search from $1.99 per call to $2.99 per call. If you make a 411 Search call from your wireless line, you will see this new price on the Verizon bill you receive after July 1st, 2023.
If you do not make a 411 Search call, this change will not have any impact on your wireless bill. For more information about 411 Search, visit, verizon.com/support/411-connect-faqs. This price increase does not apply to wireless lines that receive Free 411 services under Verizon's Courtesy 411 Program for customers with disabilities.

**Account:** ████ 1055 ████
**Invoice:** ████ 7258
**Billing period:** May 26 - Jun 25, 2023

## Additional information continued

### Important Information Regarding Your Customer Agreement

Verizon is updating parts of your Customer Agreement. In the "Billing and Payments" section we are changing the amount of the late fee that will be assessed in the event we don't receive your payment on time from $5 to $7 (or 1.5% per month on the unpaid balance, whichever is greater), as allowed by law in the state of your billing address. In the "What are Verizon's rights to limit or end Service or end this Agreement?" section we are clarifying policies regarding statistically abnormal data use on 5G Home Internet or LTE Home Internet plans. In the "HOW DO I RESOLVE DISPUTES WITH VERIZON?" section we are: updating the rules and procedures regarding selection of an arbitrator and the authority thereof; clarifying the time within which an arbitrator should resolve claims; updating the rules and procedures for bellwether arbitrations and mediation proceedings; and clarifying that the Customer Agreement is governed by federal law and the laws of the state encompassing the billing address associated with your account.

# Exhibit 4

## SERVICE SUMMARY

| | Order Date: | Sat Dec 14 12:15:42 EST 2019 |
|---|---|---|

**CUSTOMER INFORMATION**

STEVEN DOYLE

I agree to the VZW Customer Agreement (CA), including settlement of disputes by arbitration instead of jury trial, as well as the terms of the plan and optional services I have chosen. I am aware that I can view the CA anytime at verizonwireless.com.

## Customer Agreement

I agree to the Verizon Customer Agreement (CA), including the Verizon Privacy Policy, and settlement of disputes by arbitration instead of jury trial, as well as the terms of the plan and optional services I have chosen.

## Device Payment Agreement

I agree to all of the terms and conditions of the Installment Loan Agreement(s)/Security Agreement(s) (ILA(s)), including my obligation to make the monthly payments described on page 1 of my ILA(s), my right to cancel within fourteen (14) days, and my grant of a security interest to Verizon Wireless in the device(s).

**I am aware that I can view the CA and the ILA(s) anytime at verizonwireless.com.**

By signing below, I agree to the ILA(s) and the CA



_____     12/14/2019
Signature                                  (Date)

# Exhibit 5

Shop online. Pick up today. Plus free 2-day shipping.

Sign in

# My Verizon Wireless Customer Agreement

## Customer Agreement

(Para una copia de este documento en español, visite nuestro website: verizonwireless.com/espanol)

**Thanks for choosing Verizon. In this Customer Agreement ("Agreement"), you'll find important information about your wireless Service, including:**

- **our ability to make changes to your Service or this Agreement's terms,**
- **our liability if things don't work as planned and how any disputes between us must be resolved in arbitration or small claims court.**

## My Service

**Your Service terms and conditions are part of this Agreement.** Your Plan includes your monthly allowances and features, where you can use them (your "Coverage Area"), and their monthly and pay-per-use charges. You can also subscribe to several Optional Services, like international service plans or equipment protection services. Together, your Plan, features you use, and any Optional Services you select are your Service. Your billing and shipping addresses, and your primary place of use, must be within the areas served by the network Verizon owns and operates. The current version of this Agreement and the terms and conditions for your Service are available online at verizonwireless.com. A description of permitted and prohibited uses for calling and Data Services is available online at verizonwireless.com/support/important-plan-information/.

By using the Service, you are agreeing to every provision of this Agreement whether or not you have read it. This agreement also applies to all lines on your account and anyone who uses your Service.

## Cancellation

**You can cancel a line of Service within 14 days of accepting this Agreement without having to pay an early termination fee as long as you return, within the applicable return period, any equipment you purchased from us or one of our authorized retailers at a discount in connection with your acceptance of this Agreement, but you'll still have to pay for your Service through that date. If you signed up for Prepaid Service, no refunds will be granted after 14 days or if your account has been activated. See vzw.com/returnpolicy for complete details and information on returning your equipment.**

## My Privacy

By entering into this Agreement, you agree to the data collection, use and sharing practices described in our Privacy Policy, which is available at www.verizon.com/privacy. In some circumstances, you have choices to limit how we use

Shop. online. Purchase. free. roughly... 2-day shipping.

may investigate your credit history at any time. If you'd like the name and address of any credit agency that gives us a credit report about you, just ask.

Many services and applications offered through your device may be provided by third parties. You should review the applicable terms and privacy policy before you use, link to or download a service or application provided by a third party.

You agree to allow Verizon and anyone who collects on our behalf to contact you about your account status, including past due or current charges, using prerecorded calls, email and calls or messages delivered by an automatic telephone dialing system to any wireless phone number, other contact number or email address you provide. Verizon will treat any email address you provide as your private email that is not accessible by unauthorized third parties. Unless you notify us that your wireless service is based in a different time zone, calls will be made to your cellular device during permitted calling hours based upon the time zone affiliated with the mobile telephone number you provide.

## What happens if my Postpay Service is canceled before the end of my contract term?

If you're signing up for Postpay Service, you're agreeing to subscribe to a line of Service either on a month–to–month basis or for a minimum contract term, as shown on your receipt or order confirmation. (If your Service is suspended without billing or at a reduced billing rate, that time doesn't count toward completing your contract term.) Once you've completed your contract term, you'll automatically become a customer on a month–to–month basis for that line of Service. **If your line of service has a contract term and you cancel that line, or if we cancel it for good cause, during that contract term, you'll have to pay an early termination fee. If your contract term results from your purchase of an advanced device, your early termination fee will be $350, which will decline by $10 per month upon completion of months 7–17, $20 per month upon completion of months 18–22, $60 upon completion of month 23 and will be $0 upon completion of the contract term. For other contract terms, your early termination fee will be $175, which will decline by $5 per month upon completion of months 7–17, $10 per month upon completion of months 18–22, $30 upon completion of month 23 and will be $0 upon completion of your contract term. Cancellations will become effective on the last day of that month's billing cycle,** and you are responsible for all charges incurred until then. Also, if you bought your wireless device from an authorized agent or third–party vendor, you should check whether it charges a separate termination fee.

**If you purchased a device on a monthly installment agreement and cancel service, you should check that agreement to determine if you may have to immediately pay off the balance.**

## Can I take my wireless phone number to another carrier?

You may be able to transfer, or "port", your wireless phone number to another carrier. If you port a number from us, we'll treat it as though you asked us to cancel your Service for that number. After the porting is completed, you won't be able to use our service for that number, but you'll remain responsible for all fees and charges through the end of that billing cycle, just like any other cancellation. If you're a Prepaid customer, you won't be entitled to a refund of any balance on your account. If you port a number to us, please be aware that we may not be able to provide some services right away, such as 911 location services. You don't have any rights to your wireless phone number, except for any right you may have to port it.

## Can I have someone else manage my Postpay account?

We may change prices or any other term of your Service or this Agreement at any time, but we'll provide notice first, including written notice if you have Postpay Service. If you use your Service after the change takes effect that means you're accepting the change. If you're a Postpay customer and a change to your Plan or this Agreement has a material adverse effect on you, you can cancel the line of Service that has been affected within 60 days of receiving the notice with no early termination fee if we fail to negate the change after you notify us of your objection to it. Notwithstanding this provision, if we make any changes to the dispute resolution provision of this Agreement, such changes will not affect the resolution of any disputes that arose before such change.

## My wireless device

Your wireless device must comply with Federal Communications Commission regulations, be certified for use on our network, and be compatible with your Service. Please be aware that we may change your wireless device's software, applications or programming remotely, without notice. This could affect your stored data, or how you've programmed or use your wireless device. By activating Service that uses a SIM (Subscriber Identity Module) card, you agree we own the intellectual property and software in the SIM card that we may change the software or other data in the SIM card remotely and without notice, and we may utilize any capacity in the SIM card for administrative, network, business and/or commercial purposes. In order to mitigate theft and other fraudulent activity, newly purchased devices may be locked to work exclusively on the Verizon Network for 60 days. For more information, visit https://www.verizonwireless.com/support/device-unlocking-policy/.

## Internet Access

**If you download or use applications, services or software provided by third parties (including voice applications), 911 or E911, or other calling functionality, may work differently than services offered by us, or may not work at all. Please review all terms and conditions of such third–party products. Verizon Wireless is not responsible for any third–party information, content, applications or services you access, download or use on your device. You are responsible for maintaining virus and other Internet security protections when accessing these third–party products or services. For additional information, visit the Verizon Content Policy at responsibility.verizon.com/contentpolicy. For more information regarding content filters visit www.verizonwireless.com/solutions-and-services/content-filters/. For information about our network management practices for our broadband internet access services visit www.verizon.com/about/our-company/open-internet**

## Where and how does Verizon wireless Service work?

Wireless devices use radio transmissions, so unfortunately you can't get Service if your device isn't in range of a transmission signal. And please be aware that even within your Coverage Area, many things can affect the availability and quality of your Service, including network capacity, your device, terrain, buildings, foliage and weather.

## How does Verizon calculate my charges?

You agree to pay all access, usage and other charges that you or any other user of your wireless device incurred. If multiple wireless devices are associated with your account, you agree to pay all charges incurred by users of those wireless devices. For charges based on the amount of time used or data sent or received, we'll round up any fraction to the next full minute or, depending on how you're billed for data usage, the next full megabyte or gigabyte. For outgoing

Shop online. Choose in-store pickup or 2-day shipping.



Sign in

## What Charges are set by Verizon?

Our charges may also include Federal Universal Service, Regulatory and Administrative Charges, and we may also include other charges related to our governmental costs. We set these charges; they aren't taxes, they aren't required by law, they are not necessarily related to anything the government does, they are kept by us in whole or in part, and the amounts and what they pay for may change. For more information, visit: https://www.verizonwireless.com/support/surcharges/.

## Government Taxes, Fees and Surcharges

You must pay all taxes, fees and surcharges set by federal, state and local governments. Please note that we may not always be able to notify you in advance of changes to these charges.

## What is roaming?

You're "roaming" whenever your wireless device connects to a network outside your Coverage Area or connects to another carrier's network, which could happen even within your Coverage Area. There may be higher rates or extra charges (including charges for long distance, tolls or calls that don't connect), and your data service may be limited or slowed, when roaming.

## How can I prevent unintended charges on my bill?

Many services and applications are accessible on or through wireless devices, including purchases of games, movies, music and other content. Some of these services are provided by Verizon. Others are provided by third parties that may offer the option to bill the charges to your Verizon bill or other methods of payment. Charges may be one–time or recurring. The amount and frequency of the charges will be disclosed to you or the person using your device or a device associated with your account at the time a purchase is made. If the purchaser chooses to have the charges billed to your account, such charges will become part of the amount due for that billing cycle.**Verizon offers tools to block or restrict these services, and to block all billing for third–party services on your Verizon wireless bill, at verizonwireless.com/myverizon. We do not support calls to 900, 976 and certain other international premium rate numbers.**

## How and when can I dispute charges?

If you're a Postpay customer, you can dispute your bill within 180 days of receiving it, but unless otherwise provided by law or unless you're disputing charges because your wireless device was lost or stolen, you still have to pay all charges until the dispute is resolved. If you're a Prepaid customer, you can dispute a charge within 180 days of the date the disputed charge was incurred. **YOU MAY CALL US TO DISPUTE CHARGES ON YOUR BILL OR ANY SERVICE(S) FOR WHICH YOU WERE BILLED, BUT IF YOU WISH TO PRESERVE YOUR RIGHT TO BRING AN ARBITRATION OR SMALL CLAIMS CASE REGARDING SUCH DISPUTE, YOU MUST WRITE TO US AT THE CUSTOMER SERVICE ADDRESS ON YOUR BILL, OR SEND US A COMPLETED NOTICE OF DISPUTE FORM (AVAILABLE AT VERIZONWIRELESS.COM), WITHIN THE 180–DAY PERIOD MENTIONED ABOVE. IF YOU DO NOT NOTIFY US IN WRITING OF SUCH DISPUTE WITHIN THE 180-DAY PERIOD, YOU WILL HAVE WAIVED YOUR RIGHT TO DISPUTE THE BILL OR SUCH SERVICE(S) AND TO BRING AN ARBITRATION OR SMALL CLAIMS CASE REGARDING ANY SUCH DISPUTE.**

Feedback

Shop online. Optional fees and free 2-day shipping.

Sign in

calls or interrupted Service.

## Billing and Payments

If you're a Postpay customer and we don't get your payment on time, we will charge you a late fee of up to 1.5 percent per month (18 percent per year) on the unpaid balance, or a flat $5 per month, whichever is greater, if allowed by law in the state of your billing address. (If you choose to have your Service billed by another company (pursuant to a Verizon-approved program), late fees are set by that company and may be higher than our late fees.) Late fees are part of the rates and charges you agree to pay. If you fail to pay on time and we refer your account(s) to a third party for collection, a collection fee will be assessed and will be due at the time of the referral to the third party. The fee will be calculated at the maximum percentage permitted by applicable law, not to exceed 18 percent. We may require a deposit at the time of activation or afterward, or an increased deposit. We'll pay simple interest on any deposit at the rate the law requires. We may apply deposits or payments in any order to any amounts you owe us on any account. If your final credit balance is less than $1, we will refund it only if you ask. If your service is suspended or terminated, you may have to pay a fee to have service reactivated.

If you're a Prepaid customer, you may replenish your balance at any time before the expiration date by providing us with another payment. If you maintain a Prepaid account balance, it may not exceed $1,000 and you may be prevented from replenishing if your balance reaches $1,000. We may apply your payments to any amounts you may owe us if your earlier account replenishment payments had been reversed. If you do not have sufficient funds in your account to cover your Plan, and sufficient funds are not added within 60 days, your account will be cancelled and any unused balance will be forfeited.

We may charge you up to $25 for any returned check. If you make a payment, or make a payment arrangement, through a call center representative, we may charge you an Agent Assistance Fee of $7.00.

## What if my wireless device gets lost or stolen?

We're here to help. It's important that you notify us right away, so we can suspend your Service to keep someone else from using it. If you're a Postpay customer and your wireless device is used after the loss or theft but before you report it, and you want a credit for any charges for that usage, we're happy to review your account activity and any other information you'd like us to consider. Keep in mind that you may be held responsible for the charges if you delayed reporting the loss or theft without good reason, but you don't have to pay any charges you dispute while they are being investigated. If you are a California customer and we haven't given you a courtesy suspension of recurring monthly charges during the past year, we'll give you one for 30 days or until you replace or recover your wireless device, whichever comes first.

## What are Verizon's rights to limit or end Service or end this Agreement?

We can, without notice, limit, suspend or end your Service or any agreement with you for any good cause, including, but not limited to: (1) if you: (a) breach this agreement; (b) resell your Service; (c) use your Service for any illegal purpose, including use that violates trade and economic sanctions and prohibitions promulgated by any US governmental agency; (d) install, deploy or use any regeneration equipment or similar mechanism (for example, a repeater) to originate, amplify, enhance, retransmit or regenerate an RF signal without our permission; (e) steal from or lie to us; or, if you're a Postpay customer; (f) do not pay your bill on time; (g) incur charges larger than a required deposit or billing limit, or materially in excess of your monthly access charges (even if we haven't yet billed the charges); (h) provide credit information we

Shop online. Get *free* returns and free 2-day shipping.



## Am I eligible for special discounts?

If you're a Postpay customer, you may be eligible for a discount if you are and remain affiliated with an organization that has an agreement with us. Unless your discount is through a government employee discount program, we may share certain information about your Service (including your name, your wireless telephone number and your total monthly charges) with your organization from time to time to make sure you're still eligible. We may adjust or remove your discount according to your organization's agreement with us, and remove your discount if your eligibility ends or your contract term expires. In any case, this won't be considered to have a material adverse effect on you.

## DISCLAIMER OF WARRANTIES

**We make no representations or warranties, express or implied, including, to the extent permitted by applicable law, any implied warranty of merchantability or fitness for a particular purpose, about your Service, your wireless device, or any applications you access through your wireless device. We do not warrant that your wireless device will work perfectly or will not need occasional upgrades or modifications, or that it will not be negatively affected by network–related modifications, upgrades or similar activity.**

## WAIVERS AND LIMITATIONS OF LIABILITY

**You and Verizon both agree to limit claims against each other solely to direct damages. That means neither of us will claim any damages that are indirect, special, consequential, incidental, treble, or punitive. For example, disallowed damages include those arising out of a Service or device failure, unauthorized access or changes to your account or device, or the use of your account or device by others to authenticate, access or make changes to a third-party account, such as a financial or cryptocurrency account, including changing passwords or transferring or withdrawing funds. This limitation and waiver will apply regardless of the theory of liability. It also applies if you bring a claim against one of our suppliers, to the extent we would be required to indemnify the supplier for the claim.** You agree we aren't responsible for problems caused by you or others, or by any act of God. You also agree we aren't liable for missed or deleted voice mails or other messages, or for any information (like pictures) that gets lost or deleted if we work on your device. If another wireless carrier is involved in any problem (for example, while you're roaming), you also agree to any limitations of liability that it imposes.

## HOW DO I RESOLVE DISPUTES WITH VERIZON?

**WE HOPE TO MAKE YOU A HAPPY CUSTOMER, BUT IF THERE'S AN ISSUE THAT NEEDS TO BE RESOLVED, THIS SECTION OUTLINES WHAT'S EXPECTED OF BOTH OF US.**

**YOU AND VERIZON BOTH AGREE TO RESOLVE DISPUTES ONLY BY ARBITRATION OR IN SMALL CLAIMS COURT. YOU UNDERSTAND THAT BY THIS AGREEMENT YOU ARE GIVING UP THE RIGHT TO BRING A CLAIM IN COURT OR IN FRONT OF A JURY. WHILE THE PROCEDURES MAY BE DIFFERENT, AN ARBITRATOR CAN AWARD YOU THE SAME DAMAGES AND RELIEF, AND MUST HONOR THE SAME TERMS IN THIS AGREEMENT, AS A COURT WOULD. IF THE LAW ALLOWS FOR AN AWARD OF ATTORNEYS' FEES, AN ARBITRATOR CAN AWARD THEM TOO. WE ALSO BOTH AGREE THAT:**

Feedback

WILL BE RESOLVED BY ONE OR MORE NEUTRAL ARBITRATORS BEFORE THE AMERICAN ARBITRATION ASSOCIATION ("AAA") OR BETTER BUSINESS BUREAU ("BBB"). YOU CAN ALSO BRING ANY ISSUES YOU MAY HAVE TO THE ATTENTION OF FEDERAL, STATE, OR LOCAL GOVERNMENT AGENCIES, AND IF THE LAW ALLOWS, THEY CAN SEEK RELIEF AGAINST US FOR YOU. THIS AGREEMENT TO ARBITRATE CONTINUES TO APPLY EVEN AFTER YOU HAVE STOPPED RECEIVING SERVICE FROM US.

(2) UNLESS YOU AND VERIZON AGREE OTHERWISE, THE ARBITRATION WILL TAKE PLACE IN THE COUNTY OF YOUR BILLING ADDRESS. FOR CLAIMS OVER $10,000, THE AAA'S CONSUMER ARBITRATION RULES WILL APPLY. FOR CLAIMS OF $10,000 OR LESS, THE PARTY BRINGING THE CLAIM CAN CHOOSE EITHER THE AAA'S CONSUMER ARBITRATION RULES OR THE BBB'S RULES FOR BINDING ARBITRATION OR, ALTERNATIVELY, CAN BRING AN INDIVIDUAL ACTION IN SMALL CLAIMS COURT. YOU CAN GET PROCEDURES, RULES AND FEE INFORMATION FROM THE AAA (WWW.ADR.ORG), THE BBB (WWW.BBB.ORG) OR FROM US. FOR CLAIMS OF $10,000 OR LESS, YOU CAN CHOOSE WHETHER YOU'D LIKE THE ARBITRATION CARRIED OUT BASED ONLY ON DOCUMENTS SUBMITTED TO THE ARBITRATOR, OR BY A HEARING IN PERSON OR BY PHONE.

**(3) THIS AGREEMENT DOESN'T ALLOW CLASS OR COLLECTIVE ARBITRATIONS EVEN IF THE AAA OR BBB PROCEDURES OR RULES WOULD. NOTWITHSTANDING ANY OTHER PROVISION OF THIS AGREEMENT, THE ARBITRATOR MAY AWARD MONEY OR INJUNCTIVE RELIEF ONLY IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE RELIEF WARRANTED BY THAT PARTY'S INDIVIDUAL CLAIM. NO CLASS OR REPRESENTATIVE OR PRIVATE ATTORNEY GENERAL THEORIES OF LIABILITY OR PRAYERS FOR RELIEF MAY BE MAINTAINED IN ANY ARBITRATION HELD UNDER THIS AGREEMENT. ANY QUESTION REGARDING THE ENFORCEABILITY OR INTERPRETATION OF THIS PARAGRAPH SHALL BE DECIDED BY A COURT AND NOT THE ARBITRATOR.**

(4) IF EITHER OF US INTENDS TO SEEK ARBITRATION UNDER THIS AGREEMENT, THE PARTY SEEKING ARBITRATION MUST FIRST NOTIFY THE OTHER PARTY OF THE DISPUTE IN WRITING AT LEAST 30 DAYS IN ADVANCE OF INITIATING THE ARBITRATION. NOTICE TO VERIZON SHOULD BE SENT TO VERIZON WIRELESS DISPUTE RESOLUTION MANAGER, ONE VERIZON WAY, BASKING RIDGE, NJ 07920. THE NOTICE MUST DESCRIBE THE NATURE OF THE CLAIM AND THE RELIEF BEING SOUGHT. IF WE ARE UNABLE TO RESOLVE OUR DISPUTE WITHIN 30 DAYS, EITHER PARTY MAY THEN PROCEED TO FILE A CLAIM FOR ARBITRATION. WE'LL REIMBURSE ANY FILING FEE THAT THE AAA OR BBB CHARGES YOU FOR ARBITRATION OF THE DISPUTE. IF YOU PROVIDE US WITH SIGNED WRITTEN NOTICE THAT YOU CANNOT PAY THE FILING FEE, VERIZON WILL PAY THE FEE DIRECTLY TO THE AAA OR BBB. IF THAT ARBITRATION PROCEEDS, WE'LL ALSO PAY ANY ADMINISTRATIVE AND ARBITRATOR FEES CHARGED LATER.

(5) WE MAY, BUT ARE NOT OBLIGATED TO, MAKE A WRITTEN SETTLEMENT OFFER ANYTIME BEFORE THE ARBITRATION HEARING. THE AMOUNT OR TERMS OF ANY SETTLEMENT OFFER MAY NOT BE DISCLOSED TO THE ARBITRATOR UNTIL AFTER THE ARBITRATOR ISSUES AN AWARD ON THE CLAIM. IF YOU DON'T ACCEPT THE OFFER AND THE ARBITRATOR AWARDS YOU AN AMOUNT OF MONEY THAT'S MORE THAN OUR OFFER BUT LESS THAN $5,000, OR IF WE DON'T MAKE YOU AN OFFER, AND THE ARBITRATOR AWARDS YOU ANY AMOUNT OF MONEY BUT LESS THAN $5,000, THEN WE AGREE TO PAY YOU $5,000 INSTEAD OF THE AMOUNT AWARDED. IN THAT CASE WE ALSO AGREE TO PAY ANY REASONABLE ATTORNEYS' FEES AND EXPENSES, REGARDLESS OF WHETHER THE LAW REQUIRES IT FOR YOUR CASE. IF THE ARBITRATOR AWARDS YOU MORE THAN $5,000, THEN WE WILL PAY YOU ONLY THAT AMOUNT.

**(8) IF FOR ANY REASON A CLAIM PROCEEDS IN COURT RATHER THAN THROUGH ARBITRATION, YOU AND VERIZON AGREE THAT THERE WILL NOT BE A JURY TRIAL. YOU AND VERIZON UNCONDITIONALLY WAIVE ANY RIGHT TO TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM ARISING OUT OF OR RELATING TO THIS AGREEMENT IN ANY WAY. IN THE EVENT OF LITIGATION, THIS PARAGRAPH MAY BE FILED TO SHOW A WRITTEN CONSENT TO A TRIAL BY THE COURT.**

## About this Agreement

If we don't enforce our rights under this agreement in one instance, that doesn't mean we won't or can't enforce those rights in any other instance. You cannot assign this Agreement or any of your rights or duties under it without our permission. However, we may assign this Agreement or any debt you owe us without notifying you. **If you're a Postpay customer, please note that many notices we send to you will show up as messages on your monthly bill. If you have online billing, those notices will be deemed received by you when your online bill is available for viewing. If you get a paper bill, those notices will be deemed received by you three days after we mail the bill to you. If we send other notices to you, they will be considered received immediately if we send them to your wireless device, or to any email or fax number you've given us, or after three days if we mail them to your billing address. If you need to send notices to us, please send them to the customer service address on your latest bill.**

**If you're a Prepaid customer and we send notices to you, they will be considered received immediately if we send them to your wireless device or to any email or fax number you've given us, or if we post them as a precall notification on your Service, or after three days if we mail them to the most current address we have for you. If you need to send notices to us, please send them to the Customer Service Prepaid address at** [verizonwireless.com/contactus](https://verizonwireless.com/contactus)

**If any part of this agreement, including anything regarding the arbitration process (except for the prohibition on class arbitrations as explained in part 8 of the dispute resolution section above), is ruled invalid, that part may be removed from this agreement.**

**This agreement and the documents it incorporates form the entire agreement between us. You can't rely on any other documents, or on what's said by any Sales or Customer Service Representatives, and you have no other rights regarding Service or this agreement.** This Agreement isn't for the benefit of any third party except our parent companies, affiliates, subsidiaries, agents, and predecessors and successors in interest. Except where we've agreed otherwise elsewhere in this agreement, this agreement and any disputes covered by it are governed by federal law and the laws of the state encompassing the area code of your wireless phone number when you accepted this agreement, without regard to the conflicts of laws and rules of that state.

Updated Nov 28, 2019

**Apps & Services**

My Verizon

Verizon Cloud

Smart Family

Shop online. Reduced fees and free 2-day shipping.

Sign in

Hum

See More Apps

**Top Device Brands**

Samsung

Apple

Motorola

Google

One Plus

**Top Accessory Brands**

Otterbox

ZAGG

Beats

Mophie

JBL

Fitbit

Gear 4

**Follow**

**Subscribe**

Sign Up

**Store Locator**

Enter a location

**About**

Feedback

Shop online. Returned fee and free 2-day shipping.

  

Sign in

Site Map

Careers

Verizon Innovation Program

Privacy

Legal Notices

Customer Agreement

Brochures

Important Wireless Issues

Radio Frequency Emissions

Avoid Potential Hearing Loss

Website Use

Return Policy

Accessibility

Product Terms

My Verizon Terms & Conditions

Device Payment Terms & Conditions

Open Internet

Lifeline/Link-Up

About Our Ads

Advertise With us

Feedback

# Exhibit 6

## SERVICE SUMMARY



| Order Date: | Sat Jun 04 15:21:02 EDT 2022 | Bill Acct. No.: | 1640 |

**CUSTOMER INFORMATION**
STEVEN DOYLE

**I agree to the VZW Customer Agreement (CA), including settlement of disputes by arbitration instead of jury trial, as well as the terms of the plan and optional services I have chosen.**

**I authorize Verizon to obtain my credit report information in connection with this order. I understand that this check will appear on my credit report as a soft inquiry and will not impact my credit.**

**I am aware that I can view the CA anytime at verizonwireless.com.**

---

**Customer Signature**

Account Owner Name - STEVEN DOYLE

Account Owner Signature

**X**

---



**Customer Agreement**

I agree to the Verizon Customer Agreement (CA), including the Verizon Privacy Policy, and settlement of disputes by arbitration instead of jury trial, as well as the terms of the plan and optional services I have chosen.

**Device Payment Agreement**

I acknowledge that I was provided an opportunity to review my completed Installment Loan Agreement(s)/Security Agreement(s) (ILA(s)). I agree to all of the terms and conditions of the ILA(s), including my obligation to make the monthly payments described on page 1 of my ILA(s), my right to cancel within thirty (30) days, and my grant of a security interest to Verizon Wireless in the device(s). I understand that no one can make changes to the ILA(s) and that no handwritten markings or strikeouts are binding on Verizon Wireless.

**I am aware that I can view the CA and the ILA(s) anytime at verizonwireless.com.**

By signing below, I agree to the ILA(s) and the CA

_____       06/04/2022
Signature                                                              (Date)

# Exhibit 7A

**verizon**✓

PO BOX 489
NEWARK, NJ 07101-0489

KEYLINE
ᴵᵈˡˡᵈˡˡᵃᵃᵈˡᵈˡᵈˡˡᵃᵈˡᵃᵈˡˡᵃᵃˡᵈˡᵈˡᵈˡᵈˡ

STEVEN D DOYLE

**Pages 2-9 Redacted**

# Additional information

## Customer Proprietary Network Information (CPNI)

CPNI is information made available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information. The protection of your information is important to us, and you have a right, and we have a duty, under federal law, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services, such as television, telematics, high-speed Internet, video, and local and long distance services. Visit Verizon.com for more information on our services and companies.

If you don't want your CPNI used for the marketing purposes described above, please notify us by phone any time at 800.333.9956 or online at vzw.com/myprivacy.

Unless you notify us in one of these ways, we may use your CPNI as described above beginning 30 days after the first time we notify you of this CPNI policy. Your choice will remain valid until you notify us that you wish to change your selection. Your decision about use of your CPNI will not affect the provision of any services you currently have with us.

Note: This CPNI notice does not apply to residents of the state of Arizona.

## Bankruptcy Information

If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy charges. You should not pay pre-bankruptcy amounts; they are for your information only. In the event Verizon receives notice of a bankruptcy filing, pre-bankruptcy charges will be adjusted in future invoices. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

## Explanation of Surcharges

Surcharges include (i) a Regulatory Charge (which helps defray various government charges we pay including government number administration and license fees); (ii) a Federal Universal Service Charge (and, if applicable, a State Universal Service Charge) to recover charges imposed on us by the government to support universal service; and (iii) an Administrative Charge, which helps defray certain expenses we incur, including: charges we, or our agents, pay local telephone companies for delivering calls from our customers to their customers; fees and assessments on our network facilities and services; property taxes; and the costs we incur responding to regulatory obligations. **Please note that these are Verizon Wireless charges, not taxes. These charges, and what's included, are subject to change from time to time.**



## Service Plan Features & Services

If your service plan has optional features or services that are included as part of your monthly subscription, electing to activate these subscriptions may affect your surcharges, taxes and governmental fees, even though your plan monthly service price does not change. Examples of these features are Apple Music or the Disney bundle.

# Additional information

## Important Information Regarding Your Customer Agreement

Verizon Wireless has updated parts of your Customer Agreement. In the "How can I prevent unintended charges on my bill or block spam calls?", effective 10/20/21, the Agent Assistance Fee that you may be charged if you make a payment, or make a payment arrangement, through a call center representative will raise from $7 to $10. We removed the reference to $7. In the "What are Verizon's rights to limit or end Service or end this Agreement?" section we clarified that Verizon is permitted to limit, suspend, or end your Service or any agreement with you if you violate our prohibited usage policies. In the "HOW DO I RESOLVE DISPUTES WITH VERIZON?" section we clarified that Verizon will reimburse you for any AAA or BBB arbitration filing fees and any administrative and arbitrator fees charged by the arbitration tribunal only at the conclusion of the arbitration and only if you fully participate in the proceeding.

## Late Payment Information

A late payment charge applies for unpaid balances. The charge is the greater of $5 or 1.5% per month, or as permitted by law. Failure to pay bills on time may result in negative credit reporting.

**Billing period** Oct 14, 2021 - Nov 13, 2021 | **Account #** ████ 1640-████ | **Invoice #** ██████ 1129

# You're all set.

## Pay in cash

Go to vzw.com/stores to find a Verizon Wireless store near you or find a Check Free Pay or Western Union near you to make a cash payment. Go to vzw.com/support/pay-bill-faqs/ to learn more.



## My Verizon

Use the My Verizon app or download it at go.vzw.com/mva to manage your account, pay your bill, check data usage, and much more.

## Go paper-free

Enroll in paper-free billing; the easy, clutter-free way to manage and pay your bill. Enroll at go.vzw.com/gopaperfree.

---

**verizon**✓

STEVEN D DOYLE

| | |
|---|---|
| **Bill date** | November 13, 2021 |
| **Account number** | ████ 1640 █████ |
| **Invoice number** | ████ 1129 |

**Please see back for instructions on writing to us.**

PO BOX 16810
NEWARK, NJ 07101-6810

Questions? Visit go.vzw.com/contactus or call 1.800.922.0204.

Change your address at go.vzw.com/changeaddress

**IMPORTANT INFORMATION:**

Many questions regarding billing can be resolved easily online or in the My Verizon App. Our customer service representatives are also available by phone, chat or in a retail store to assist you with billing questions or disputes.

**All written communication related to billing disputes and checks tendered as payment in full to a billing dispute must be sent to the below address.**

Please select a checkbox at the bottom of the page that best describes how we can help you and include it with your written correspondence.

Verizon Attn: Correspondence Team
PO Box 15069
Albany, NY 12212

---

**Automatic Payment Enrollment for Account:** ███ 1640-███ STEVEN D DOYLE

By signing below, you authorize Verizon to electronically debit your bank account each month for the total balance due on your account. The check you send will be used to setup Automatic Payment. You will be notified each month of the date and amount of the debit 10 days in advance of the payment. You agree to receive all Auto Pay related communications electronically. I understand and accept these terms. This agreement does not alter the terms of your existing Customer Agreement. I agree that Verizon is not liable for erroneous bill statements or incorrect debits to my account. To withdraw your authorization you must call Verizon. Check with your bank for any charges.

**1. Check this box.**     **2. Sign name in box below, as shown on the bill and date.**     **3. Return this slip with your payment. Do not send a voided check.**

**Please select a checkbox that best describes how we can help you and include details in the box below with any written correspondence.**

| Payment Verification | Address Change | Name Change | Billing Dispute | Service Change | Other |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Additional information (for example new address or details on your request)

# Exhibit 7B

PO BOX 489
NEWARK, NJ 07101-0489

KEYLINE
հիկիտոիկիսիիյիուսկնիսիկիդնեկ

STEVEN D DOYLE

**Pages 2-9 Redacted**

**Billing period** Aug 14, 2022 to Sep 13, 2022 | **Account #** ████ 1640 ██████ | **Invoice #** ██████ 8318

# Additional information

## Explanation of Surcharges

Verizon wireless surcharges include (i) a Regulatory Charge (which helps defray various government charges we pay including government number administration and license fees); (ii) a Federal Universal Service Charge (and, if applicable, a State Universal Service Charge) to recover charges imposed on us by the government to support universal service; and (iii) an Administrative and Telco Recovery Charge, which helps defray and recover certain direct and indirect costs we or our agents incur, including: (a) costs of complying with regulatory and industry obligations and programs, such as E911, wireless local number portability and wireless tower mandate costs; (b) property taxes; and
(c) costs associated with our network, including facilities (e.g. leases), operations, maintenance and protection, and costs paid to other companies for network services.
**Please note that these are Verizon wireless charges, not taxes or government imposed fees. These charges, and what's included, are subject to change from time to time.**

## Taxes and Other Governmental Charges

We are required by law to collect these charges, which are based on your service address. You can update your service address on go.vzw.com/changeaddress.

## Important Information Regarding Your Customer Agreement

Verizon has updated parts of your Customer Agreement. In the "What Charges are set by Verizon?" section, we updated the name of the Administration and Telco Recovery Charge and how it applies to your service. In the "How and when can I dispute charges?" section, we removed the requirement to alert Verizon of any bill disputes within 180 days. In the "HOW DO I RESOLVE DISPUTES WITH VERIZON?" section we clarified the rules and procedures governing such disputes, including: that claims can no longer be resolved by one or more neutral arbitrators before the Better Business Bureau; that for claims of $25,000 or less (which are governed by the American Arbitration Association's Consumer Arbitration Rules), you can choose whether you'd like the arbitration to be carried out based only on documents submitted to the arbitrator or by a hearing in person or by phone; the rules governing the potential tolling of applicable statutes of limitations; that if the dispute resolution process set forth in subsection (6) for some reason cannot be enforced as to all or part of a dispute, then the agreement to arbitrate will not apply to that dispute or part of the dispute; and that if any part of the Customer Agreement is ruled invalid, that part may be removed from the Customer Agreement with the exception of part 8 of the dispute resolution section.

## Customer Proprietary Network Information (CPNI)

CPNI is information made available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information. The protection of your information is important to us, and you have a right, and we have a duty, under federal law, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services, such as television, telematics, high-speed Internet, video, and local and long distance services. Visit Verizon.com for more information on our services and companies.

If you don't want your CPNI used for the marketing purposes described above, please notify us by phone any time at 800.333.9956 or online at vzw.com/myprivacy.

Unless you notify us in one of these ways, we may use your CPNI as described above beginning 30 days after the first time we notify you of this CPNI policy. Your choice will remain valid until you notify us that you wish to change your selection. Your decision about use of your CPNI will not affect the provision of any services you currently have with us.

Note: This CPNI notice does not apply to residents of the state of Arizona.

## Service Plan Features & Services

If your service plan has optional features or services that are included as part of your monthly subscription, electing to activate these subscriptions may affect your surcharges, taxes and governmental fees, even though your plan monthly service price does not change. Examples of these features are Apple Music or the Disney bundle.

# Additional information



## Bankruptcy Information

If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy charges. You should not pay pre-bankruptcy amounts; they are for your information only. In the event Verizon receives notice of a bankruptcy filing, pre-bankruptcy charges will be adjusted in future invoices. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

**Billing period** Aug 14, 2022 - Sep 13, 2022 | **Account #** ████ 1640█████ | **Invoice #** █████ 8318

# You're all set.

### Pay in cash
Go to vzw.com/stores to find a Verizon Wireless store near you or find a Check Free Pay or Western Union near you to make a cash payment. Go to vzw.com/support/pay-bill-faqs/ to learn more.



### My Verizon
Use the My Verizon app or download it at go.vzw.com/mva to manage your account, pay your bill, check data usage, and much more.

### Go paper-free
Enroll in paper-free billing; the easy, clutter-free way to manage and pay your bill. Enroll at go.vzw.com/gopaperfree.

---

| | |
|---|---|
| **Bill date** | September 13, 2022 |
| **Account number** | ████ 1640 |
| **Invoice number** | ████ 8318 |

STEVEN D DOYLE

**Please see back for instructions on writing to us.**

PO BOX 16810
NEWARK,  NJ  07101-6810

Questions? Visit go.vzw.com/contactus or call 1.800.922.0204.

Change your address at go.vzw.com/changeaddress

**IMPORTANT INFORMATION:**

Many questions regarding billing can be resolved easily online or in the My Verizon App. Our customer service representatives are also available by phone, chat or in a retail store to assist you with billing questions or disputes.

**All written communication related to billing disputes and checks tendered as payment in full to a billing dispute must be sent to the below address.**

Please select a checkbox at the bottom of the page that best describes how we can help you and include it with your written correspondence.

Verizon Attn: Correspondence Team
PO Box 15069
Albany, NY 12212

---

**Automatic Payment Enrollment for Account:** ▮▮▮ 1640-▮▮▮ STEVEN D DOYLE

By signing below, you authorize Verizon to electronically debit your bank account each month for the total balance due on your account. The check you send will be used to setup Automatic Payment. You will be notified each month of the date and amount of the debit 10 days in advance of the payment. You agree to receive all Auto Pay related communications electronically. I understand and accept these terms. This agreement does not alter the terms of your existing Customer Agreement. I agree that Verizon is not liable for erroneous bill statements or incorrect debits to my account. To withdraw your authorization you must call Verizon. Check with your bank for any charges.

**1. Check this box.**     **2. Sign name in box below, as shown on the bill and date.**     **3. Return this slip with your payment. Do not send a voided check.**

**Please select a checkbox that best describes how we can help you and include details in the box below with any written correspondence.**

| Payment Verification | Address Change | Name Change | Billing Dispute | Service Change | Other |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Additional information (for example new address or details on your request)

# Exhibit 7C

PO BOX 489
NEWARK, NJ 07101-0489

KEYLINE
|_|||_||_|_||_|_|_||_||_||_|_||||_|_||_|_||_|_|||_|_||_|_||_||_|_|_||_||_|

STEVEN D DOYLE

**Pages 2-9 Redacted**

# Additional information

## Explanation of Surcharges

Verizon wireless surcharges include (i) a Regulatory Charge (which helps defray various government charges we pay including government number administration and license fees); (ii) a Federal Universal Service Charge (and, if applicable, a State Universal Service Charge) to recover charges imposed on us by the government to support universal service; and (iii) an Administrative and Telco Recovery Charge, which helps defray and recover certain direct and indirect costs we or our agents incur, including: (a) costs of complying with regulatory and industry obligations and programs, such as E911, wireless local number portability and wireless tower mandate costs; (b) property taxes; and
(c) costs associated with our network, including facilities (e.g. leases), operations, maintenance and protection, and costs paid to other companies for network services.
**Please note that these are Verizon wireless charges, not taxes or government imposed fees. These charges, and what's included, are subject to change from time to time.**

## Taxes and Other Governmental Charges

We are required by law to collect these charges, which are based on your service address. You can update your service address on go.vzw.com/changeaddress.

## Customer Proprietary Network Information (CPNI)

CPNI is information made available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information. The protection of your information is important to us, and you have a right, and we have a duty, under federal law, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services, such as television, telematics, high-speed Internet, video, and local and long distance services. Visit Verizon.com for more information on our services and companies.

If you don't want your CPNI used for the marketing purposes described above, please notify us by phone any time at 800.333.9956 or online at vzw.com/myprivacy.

Unless you notify us in one of these ways, we may use your CPNI as described above beginning 30 days after the first time we notify you of this CPNI policy. Your choice will remain valid until you notify us that you wish to change your selection. Your decision about use of your CPNI will not affect the provision of any services you currently have with us.

Note: This CPNI notice does not apply to residents of the state of Arizona.

## Important Information Regarding Your Customer Agreement

Verizon has updated parts of your Customer Agreement. In the "My Privacy" section, we specified where California residents can view our California privacy notice. In the "Can I have someone else manage my Postpay account" section, we clarified age restrictions for Account Managers. In the "Can Verizon change this Agreement or my Service" section, we clarified which changes Verizon will provide advance notice of, and that you may choose to have dispute resolution provisions that were updated after a dispute arose apply to that pending dispute. In the "What Charges are set by Verizon?" and "Government Taxes, Fees and Other Charges" sections, we clarified the fees, surcharges, and charges that are set by Verizon or federal, state and local governments and when we can provide notice, if any, of changes to them. In the "What if my wireless device gets lost or stolen?" section, we described policies applicable to the activation of devices that are reported lost or stolen. In the "What are Verizon's rights to limit or end Service or end this Agreement?" section, we clarified policies regarding statistically abnormal data use on smartphones. In the "WAIVERS AND LIMITATIONS OF LIABILITY" section, we clarified our mutual limitations on claiming damages in a dispute. In the "HOW DO I RESOLVE DISPUTES WITH VERIZON?" section, we clarified the policies and procedures regarding arbitration. In the "About this Agreement" section, we clarified the rules governing the severability and scope of the Agreement.

## Service Plan Features & Services

If your service plan has optional features or services that are included as part of your monthly subscription, electing to activate these subscriptions may affect your surcharges, taxes and governmental fees, even though your plan monthly service price does not change. Examples of these features are Apple Music or the Disney bundle.

**Billing period** Nov 14, 2022 to Dec 13, 2022 | **Account #** ████1640-██████ | **Invoice #** ██████2108

# Additional information



### Bankruptcy Information

If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy charges. You should not pay pre-bankruptcy amounts; they are for your information only. In the event Verizon receives notice of a bankruptcy filing, pre-bankruptcy charges will be adjusted in future invoices. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.



**Billing period** Nov 14, 2022 - Dec 13, 2022  |  **Account #** ████ 1640-████  |  **Invoice #** ████ 2108

# You're all set.

## Pay in cash

Go to vzw.com/stores to find a Verizon Wireless store near you or find a Check Free Pay or Western Union near you to make a cash payment. Go to vzw.com/support/pay-bill-faqs/ to learn more.



## My Verizon

Use the My Verizon app or download it at go.vzw.com/mva to manage your account, pay your bill, check data usage, and much more.

## Go paper-free

Enroll in paper-free billing; the easy, clutter-free way to manage and pay your bill. Enroll at go.vzw.com/gopaperfree.

---

STEVEN D DOYLE

████████████████████
████████████████

**Please see back for instructions on writing to us.**

**Bill date**           December 13, 2022
**Account number**      ████ 640-████
**Invoice number**      ████ 2108

PO BOX 16810
NEWARK,  NJ  07101-6810

Questions? Visit go.vzw.com/contactus or call 1.800.922.0204.

Change your address at go.vzw.com/changeaddress

**IMPORTANT INFORMATION:**

Many questions regarding billing can be resolved easily online or in the My Verizon App. Our customer service representatives are also available by phone, chat or in a retail store to assist you with billing questions or disputes.

**All written communication related to billing disputes and checks tendered as payment in full to a billing dispute must be sent to the below address.**

Please select a checkbox at the bottom of the page that best describes how we can help you and include it with your written correspondence.

Verizon Attn: Correspondence Team
PO Box 15069
Albany, NY 12212

---

**Automatic Payment Enrollment for Account:** ███ 1640-█████ STEVEN D DOYLE

By signing below, you authorize Verizon to electronically debit your bank account each month for the total balance due on your account. The check you send will be used to setup Automatic Payment. You will be notified each month of the date and amount of the debit 10 days in advance of the payment. You agree to receive all Auto Pay related communications electronically. I understand and accept these terms. This agreement does not alter the terms of your existing Customer Agreement. I agree that Verizon is not liable for erroneous bill statements or incorrect debits to my account. To withdraw your authorization you must call Verizon. Check with your bank for any charges.

**1. Check this box.**     **2. Sign name in box below, as shown on the bill and date.**     **3. Return this slip with your payment. Do not send a voided check.**

**Please select a checkbox that best describes how we can help you and include details in the box below with any written correspondence.**

| Payment Verification | Address Change | Name Change | Billing Dispute | Service Change | Other |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Additional information (for example new address or details on your request)

# Exhibit 7D

PO BOX 489
NEWARK, NJ 07101-0489

KEYLINE

STEVEN D DOYLE

**Pages 2-11 Redacted**

# Additional information

## Customer Proprietary Network Information (CPNI)

CPNI is information made available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information. The protection of your information is important to us, and you have a right, and we have a duty, under federal law, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services, such as television, telematics, high-speed Internet, video, and local and long distance services. Visit Verizon.com for more information on our services and companies.

If you don't want your CPNI used for the marketing purposes described above, please notify us by phone any time at 800.333.9956 or online at vzw.com/myprivacy.

Unless you notify us in one of these ways, we may use your CPNI as described above beginning 30 days after the first time we notify you of this CPNI policy. Your choice will remain valid until you notify us that you wish to change your selection. Your decision about use of your CPNI will not affect the provision of any services you currently have with us.

Note: This CPNI notice does not apply to residents of the state of Arizona.

## Explanation of Surcharges

Verizon wireless surcharges include (i) a Regulatory Charge (which helps defray various government charges we pay including government number administration and license fees); (ii) a Federal Universal Service Charge (and, if applicable, a State Universal Service Charge) to recover charges imposed on us by the government to support universal service; and (iii) an Administrative and Telco Recovery Charge, which helps defray and recover certain direct and indirect costs we or our agents incur, including: (a) costs of complying with regulatory and industry obligations and programs, such as E911, wireless local number portability and wireless tower mandate costs; (b) property taxes; and
(c) costs associated with our network, including facilities (e.g. leases), operations, maintenance and protection, and costs paid to other companies for network services. **Please note that these are Verizon wireless charges, not taxes or government imposed fees. These charges, and what's included, are subject to change from time to time.**

## Service Plan Features & Services

If your service plan has optional features or services that are included as part of your monthly subscription, electing to activate these subscriptions may affect your surcharges, taxes and governmental fees, even though your plan monthly service price does not change. Examples of these features are Apple Music or the Disney bundle.

## Taxes and Other Governmental Charges

We are required by law to collect these charges, which are based on your service address. You can update your service address on go.vzw.com/changeaddress.



## Bankruptcy Information

If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy charges. You should not pay pre-bankruptcy amounts; they are for your information only. In the event Verizon receives notice of a bankruptcy filing, pre-bankruptcy charges will be adjusted in future invoices. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

**Billing period** Feb 14, 2023 to Mar 13, 2023 | **Account #** ███ 1640-███ | **Invoice #** ████4632

# Additional information

### Important Information Regarding Your Customer Agreement

Verizon has updated parts of your Customer Agreement. In the "My Privacy" section, we specified where customers can view privacy policies specific to their state, if any. In the "How and when can I dispute charges?" section we added where customers can access and complete an online notice of dispute form. In the "HOW DO I RESOLVE DISPUTES WITH VERIZON?" section we: clarified certain provisions regarding the rules for and authority of the arbitrator as well as the rules and procedures of the bellwether arbitration proceedings applicable in the event 50 or more customers initiate notices of dispute or file complaint(s) in court which raise similar claims.

**Billing period** Feb 14, 2023 - Mar 13, 2023 | **Account #** ████ 1640-████ | **Invoice #** ████ 4632

# You're all set.

## Pay in cash
Go to vzw.com/stores to find a Verizon Wireless store near you or find a Check Free Pay or Western Union near you to make a cash payment. Go to vzw.com/support/pay-bill-faqs/ to learn more.



## My Verizon
Use the My Verizon app or download it at go.vzw.com/mva to manage your account, pay your bill, check data usage, and much more.

## Go paper-free
Enroll in paper-free billing; the easy, clutter-free way to manage and pay your bill. Enroll at go.vzw.com/gopaperfree.

---

STEVEN D DOYLE
████████████████████
████████████████████

**Please see back for instructions on writing to us.**

**Bill date**    March 13, 2023
**Account number**    ████ 640-████
**Invoice number**    4477274632

PO BOX 16810
NEWARK, NJ 07101-6810

Questions? Visit go.vzw.com/contactus or call 1.800.922.0204.

Change your address at go.vzw.com/changeaddress

**IMPORTANT INFORMATION:**

Many questions regarding billing can be resolved easily online or in the My Verizon App. Our customer service representatives are also available by phone, chat or in a retail store to assist you with billing questions or disputes.

**All written communication related to billing disputes and checks tendered as payment in full to a billing dispute must be sent to the below address.**

Please select a checkbox at the bottom of the page that best describes how we can help you and include it with your written correspondence.

Verizon Attn: Correspondence Team
PO Box 15069
Albany, NY 12212

---

**Automatic Payment Enrollment for Account:** ███ 1640-███ STEVEN D DOYLE

By signing below, you authorize Verizon to electronically debit your bank account each month for the total balance due on your account. The check you send will be used to setup Automatic Payment. You will be notified each month of the date and amount of the debit 10 days in advance of the payment. You agree to receive all Auto Pay related communications electronically. I understand and accept these terms. This agreement does not alter the terms of your existing Customer Agreement. I agree that Verizon is not liable for erroneous bill statements or incorrect debits to my account. To withdraw your authorization you must call Verizon. Check with your bank for any charges.

**1. Check this box.**        **2. Sign name in box below, as shown on the bill and date.**        **3. Return this slip with your payment. Do not send a voided check.**

**Please select a checkbox that best describes how we can help you and include details in the box below with any written correspondence.**

| Payment Verification | Address Change | Name Change | Billing Dispute | Service Change | Other |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Additional information (for example new address or details on your request)

# Exhibit 7E

PO BOX 489
NEWARK, NJ 07101-0489

**Account:** ████1640████
**Invoice:** ████1615
**Billing period:** Jun 14 - Jul 13, 2023

**Questions about your bill?**
verizon.com/support
800-922-0204

KEYLINE
||l||ull|uul|l|l|ul|lll|ul|ul|l|l|uul|l|l|l|ul|l|

STEVEN D DOYLE



# Ways to pay

### My Verizon app

You can check your bill easily with the My Verizon app available in App Store or Google Play.

### Online

Go to go.vzw.com/bill and sign in to review your bill.

### By phone

Simply dial #PMT (#768) on your phone and follow the instructions to pay.

### Cash

Go to www.verizon.com/stores to find a Verizon Wireless store near you or find a Check Free Pay or Western Union near you to make a cash payment.

**We updated the design of your bill.**

Learn more about these updates at verizon.com/billupdates

---

STEVEN D DOYLE

| | |
|---|---|
| **Bill date** | July 13, 2023 |
| **Account number** | ████1640████ |
| **Invoice number** | ████1615 |



**Please see back for instructions on writing to us.**

PO BOX 16810
NEWARK, NJ 07101-6810

|||uul|ul|uu|lll|uuu|l||l|l|ul|uu|l||l||uul|l|l|

**Pages 2-9 Redacted**

**Account:** 1640
**Invoice:** 1615
**Billing period:** Jun 14 - Jul 13, 2023

# Additional information

## Customer Proprietary Network Information (CPNI)

CPNI is information made available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information. The protection of your information is important to us, and you have a right, and we have a duty, under federal law, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services, such as television, telematics, high-speed Internet, video, and local and long distance services. Visit Verizon.com for more information on our services and companies.

If you don't want your CPNI used for the marketing purposes described above, please notify us by phone any time at 800.333.9956 or online at vzw.com/myprivacy.

Unless you notify us in one of these ways, we may use your CPNI as described above beginning 30 days after the first time we notify you of this CPNI policy. Your choice will remain valid until you notify us that you wish to change your selection. Your decision about use of your CPNI will not affect the provision of any services you currently have with us.

Note: This CPNI notice does not apply to residents of the state of Arizona.

## Explanation of Surcharges

Verizon wireless surcharges include (i) a Regulatory Charge (which helps defray various government charges we pay including government number administration and license fees); (ii) a Federal Universal Service Charge (and, if applicable, a State Universal Service Charge) to recover charges imposed on us by the government to support universal service; and (iii) an Administrative and Telco Recovery Charge, which helps defray and recover certain direct and indirect costs we or our agents incur, including:
(a) costs of complying with regulatory and industry obligations and programs, such as E911, wireless local number portability and wireless tower mandate costs;
(b) property taxes; and
(c) costs associated with our network, including facilities (e.g. leases), operations, maintenance and protection, and costs paid to other companies for network services.
**Please note that these are Verizon wireless charges, not taxes or government imposed fees. These charges, and what's included, are subject to change from time to time.**

## Service Plan Features & Services

If your service plan has optional features or services that are included as part of your monthly subscription, electing to activate these subscriptions may affect your surcharges, taxes and governmental fees, even though your plan monthly service price does not change. Examples of these features are Apple Music or the Disney bundle.

## Taxes and Other Governmental Charges

We are required by law to collect these charges, which are based on your service address. You can update your service address on go.vzw.com/changeaddress.



## Bankruptcy Information

If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy charges. You should not pay pre-bankruptcy amounts; they are for your information only. In the event Verizon receives notice of a bankruptcy filing, pre-bankruptcy charges will be adjusted in future invoices. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

## Important Information Regarding Your Customer Agreement

Verizon is updating parts of your Customer Agreement. In the "Billing and Payments" section we are changing the amount of the late fee that will be assessed in the event we don't receive your payment on time from $5 to $7 (or 1.5% per month on the unpaid balance, whichever is greater), as allowed by law in the state of your billing address. In the "What are Verizon's rights to limit or end Service or end this Agreement?" section we are clarifying policies regarding statistically abnormal data use on 5G Home Internet or LTE Home Internet plans. In the "HOW DO I RESOLVE DISPUTES WITH VERIZON?" section we are: updating the rules and procedures regarding selection of an arbitrator and the authority thereof; clarifying the time within which an arbitrator should resolve claims; updating the rules and procedures for bellwether arbitrations and mediation proceedings; and clarifying that the Customer Agreement is governed by federal law and the laws of the state encompassing the billing address associated with your account.

**Account:** ▮▮▮▮ 1640 ▮▮▮▮
**Invoice:** ▮▮▮▮ 1615
**Billing period:** Jun 14 - Jul 13, 2023

## Additional information continued

### FUSC Change

The Federal Universal Service Charge (FUSC) is a Verizon Wireless charge that is subject to change each calendar quarter based on contribution rates prescribed by the FCC. On July 1, 2023, the FUSC on separately billed interstate and international telecom charges increased to 29.2%. For more details, please call 1-888-684-1888.

# Exhibit 8

# My Verizon Wireless Customer Agreement

## Customer Agreement
*(Para una copia de este documento en español, visita nuestro sitio web: espanol.verizon.com)*

Thanks for choosing Verizon. In this Customer Agreement ("Agreement"), you'll find important information about your wireless Service, including:
• our ability to make changes to your Service or this Agreement's terms,
• our liability if things don't work as planned and how any disputes between us must be resolved in arbitration or small claims court.

## My Service
**Your Service terms and conditions are part of this Agreement.** Your Plan includes your monthly allowances and features, where you can use them (your "Coverage Area"), and their monthly and pay–per–use charges.  You can also subscribe to several Optional Services, like international service plans, perks, or equipment protection services. Together, your Plan, features you use, and any Optional Services you select are your "Service." Your billing and shipping addresses, and your primary place of use, must be within the areas served by the network Verizon owns and operates. The current version of this Agreement and the terms and conditions for your Service are available online at verizon.com.  A description of permitted and prohibited uses for calling and Data Services is available online at verizon.com/support/important-plan-information or for prepaid at verizon.com/support/prepaid-customer-info-legal.

By using the Service you are agreeing to every provision of this Agreement, any applicable terms and conditions for your Service, and the terms described in the Important Plan Information whether or not you have read them.  This Agreement applies to you, the Account Owner (person ultimately financially liable for the account) and also applies to all lines on your account, subaccount and anyone who uses your Service.

## Cancellation
You can cancel a line of Service within 30 days of accepting this Agreement as long as you return, within the applicable return period, any equipment you purchased from us or one of our authorized retailers in connection with your acceptance of this Agreement, but you'll still have to pay for your Service through that date. If you financed your device with Verizon and cancel your Service(s) after 30 days, your outstanding balance may immediately become due. Canceling service may also impact promotions associated with that line(s). You may manage your Service at any time at verizon.com. If you signed up for Prepaid Service, no refunds will be granted after 30 days or if your account has been activated. See verizon.com/support/return-policy for complete details and information on returning your equipment.

## My Privacy
Accepting this Agreement means that you also agree to our Privacy Policy, available at verizon.com/privacy, which may be updated from time to time and describes the information we collect, how we use and share it, and the choices you have about how certain information is used and shared. We will notify you or ask for your permission, as appropriate, if we plan to use your information for additional purposes. It is your responsibility to let the people who connect devices through your mobile hotspot, Jetpack or wireless router know that we will collect, use and share information about their device and use of the Service as described in our Privacy Policy. You may have additional rights provided by privacy laws in your state, for more information go to the state section of the privacy policy. If you are a California resident, you can view our California privacy notice at verizon.com/californiaprivacy.

If you subscribe to Service for which usage charges are billed at the end of the billing period ("Postpay Service"), or have a device payment installment agreement, we may investigate your credit history at any time in connection with the service subscription or device payment installment agreement.  If you'd like the name and address of any credit agency that gives us a credit report about you, just ask.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

You authorize Verizon to use or disclose information about your account and your wireless device, if available, to Verizon or its service providers for the duration of your business relationship, solely to help them identify you or your wireless device and to prevent fraud. See our Privacy Policy to see how we treat your data.



© 2024 Verizon
CA-0824EN

Many services and applications offered through your device may be provided by third parties.  When you access and use third-party services, including third-party services which Verizon may make available as part of or in connection with your Verizon Service, you are subject to the terms of service and privacy policy issued by those third-party providers when using their services. You should review their applicable terms and privacy policy before you use, link to or download a service or application provided by a third party.

You agree that Verizon and collections agencies that work on our behalf may contact you about your account status, including past due or current charges, using pre-recorded calls, email and calls or messages delivered by an automatic telephone dialing system to any wireless phone number, other contact number or email address you provide. Verizon will treat any mobile telephone number and any email address you provide as private and only accessible by you; you acknowledge that we may send you receipts, notices (including billing notices) and other documents regarding your service to this email address(es) or by text message at ANY TIME. Unless you notify us that your wireless service is based in a different time zone, calls will be made to your cellular device during permitted calling hours based upon the time zone affiliated with the mobile telephone number you provide.

Communication preferences can be managed any time by visiting verizon.com/myverizon.

**What happens if my Postpay Service is canceled before the end of my contract term?**
If you're signing up for consumer Postpay Service, you're agreeing to subscribe to a line of Service on a month–to–month basis.  If you signed up  for a minimum contract term, as shown on your receipt or order confirmation, once you've completed your contract term, you'll automatically become a customer on a month–to–month basis for that line of Service;  if your Service is suspended without billing or at a reduced billing rate, that time doesn't count toward completing your contract term. Also, if you bought your wireless device from an authorized agent or third–party vendor, you should check whether it charges a separate termination fee.

**If you purchased a device on a monthly installment agreement and cancel service, you should check that agreement to determine if you may have to immediately pay off the balance.**

**Your Mobile Number and Porting**
You may be able to transfer, or "port", your wireless phone number to another carrier. If you port a number from us, we'll treat it as though you asked us to cancel your Service for that number. After the porting is completed, you won't be able to use our service for that number, but you'll remain responsible for all fees and charges through the end of that billing cycle, just like any other cancellation. If you're a Prepaid customer, you won't be entitled to a refund of any balance on your account. If you port a number to us, please be aware that we may not be able to provide some services right away, such as 911 location services. You don't have any rights to your wireless phone number, except for any right you may have to port it.  After a line of service is disconnected, for any reason, the disconnected Mobile Telephone Number (MTN) may not be suspended or otherwise reserved and may not be able to be recovered.

**Can I have someone else manage all or a portion of my Postpay account?**
No problem – just tell us by phone, in person, or in writing. You can appoint someone to manage your Postpay account. The person you appoint (the Account Manager) must be age 18 or older (19 in Alabama and Nebraska) and must not use a device or service that is intended for use by a child.  Anyone you appoint as an Account Manager will be able to make changes to your account, including adding new lines of Service, buying a new wireless device(s) on a device payment agreement based upon your credit history, billing certain services and accessories to your account, and extending your contract term. Some account owners may want to create a subaccount.  A subaccount enables an Account Owner to designate one or more lines to a subaccount and send the bill for the lines on a subaccount to a specified Account Manager with the intent to have them pay that portion separately.  If an Account Owner or Manager creates a sub-account, the Account Owner remains liable for any unpaid portion(s). Any changes that an Account Manager makes, whether on an account or subaccount, will be treated as modifications to this Agreement. You, the Account Owner, remain responsible for any changes an Account Manager makes to your account.

**Can Verizon change this Agreement or my Service?**
We may change prices and/or any other term of your Service or this Agreement at any time, but we'll provide notice first (except as noted below in the "What Charges are set by Verizon?" and "Government Taxes, Fees, and Other Charges" sections), including written notice if you have Postpay Service. If you use your Service after the change takes effect that means you're accepting the change. If you're a Postpay customer and a change to your Plan or this Agreement has a material adverse effect on you, you can cancel the line of Service that has been affected within 60 days of receiving the notice with no early termination fee if we fail to negate the change after you notify us of your objection to it. Notwithstanding this provision, if we make any changes to the dispute resolution provision of this Agreement, such changes will not affect the resolution of any disputes that arose before such change, unless you want them to apply to a pending dispute.

**My wireless device**
Your wireless device must comply with Federal Communications Commission regulations, be certified for use on our network, and be compatible with your Service. Please be aware that we may change your wireless device's software, applications or programming remotely, without notice. This could affect your stored data,

or how you've programmed or use your wireless device. By activating Service that uses a SIM (Subscriber Identity Module) card, you agree we own the intellectual property and software in the SIM card that we may change the software or other data in the SIM card remotely and without notice, and we may utilize any capacity in the SIM card for administrative, network, business and/or commercial purposes. In order to mitigate theft and other fraudulent activity, newly purchased devices may be locked to work exclusively on the Verizon Network for 60 days. For information, visit verizon.com/support/device-unlocking-policy.

**Internet access**

**If you download or use applications, services or software provided by third parties (including voice applications), 911 or E911, or other calling functionality, those services may work differently than services offered by us, or may not work at all. Please review all terms and conditions of such third–party products. Verizon Wireless is not responsible for any third–party information, content, applications or services you access, download or use on your device. You are responsible for maintaining virus and other Internet security protections when accessing these third–party products or services.** For additional information, visit the Verizon Content Policy at verizon.com/about/our-company/company-policies. To learn about content filtering and how you may block materials harmful to minors, visit verizon.com/solutions-and-services/content-filters/. For information about our network management practices for our broadband internet access services, visit verizon.com/about/our-company/open-internet.

**Where and how does Verizon wireless service work?**

Wireless devices use radio transmissions, so unfortunately you can't get Service if your device isn't in range of a transmission signal. And please be aware that even within your Coverage Area, many things can affect the availability and quality of your Service, including network capacity, your device, terrain, buildings, foliage and weather.

**How does Verizon calculate my charges?**

You agree to pay all access, usage and other charges that you or any other user of your wireless device incurred. If multiple wireless devices are associated with your account, you agree to pay all charges incurred by users of those wireless devices. For charges based on the amount of time used or data sent or received, we'll round up any fraction to the next full minute or, depending on how you're billed for data usage, the next full megabyte or gigabyte. For outgoing calls, usage time starts when you first press Send or the call connects to a network, and for incoming calls, it starts when the call connects to a network (which may be before it rings). Usage time may end several seconds after you press End or after the call disconnects. For calls made on our network, we charge only for calls that are answered, including by machines. For Postpay Service, usage cannot always be processed right away and may be included in a later bill, but the usage will still count towards your allowance for the month when the Service was used.

**What charges are set by Verizon?**

In addition to the cost of your plan or any features to which you may subscribe, our charges may also include an Administrative and Telco Recovery Charge, in addition to the other fees described in this Agreement. The Administrative and Telco Recovery Charge isn't a tax, it isn't required by law, is not necessarily related to anything the government does, and it is kept by us in whole or in part. The amount of the Administrative and Telco Recovery Charge and what it pays for may change over time. Our charges also include a Federal Universal Service and a Regulatory Charge, which are also not taxes, aren't required by law, and are not related to government imposed charges and may change. For those charges imposed by the government on us which we are permitted to recover from you as a fee, charge, or surcharge, we may not be able to notify you in advance of changes to those charges. For more information, visit verizon.com/support/surcharges/.

**Government taxes, fees and other charges**

You must also pay all taxes, fees and other charges that federal, state and local governments require us to collect from our customers. Please note that we may not be able to notify you in advance of changes to these charges.

**What is roaming?**

You're "roaming" whenever your wireless device connects to a network outside your Coverage Area or connects to another carrier's network, which could happen even within your Coverage Area. There may be higher rates or extra charges (including charges for long distance, tolls or calls that don't connect), and your data service may be limited or slowed, when roaming.

**What are "Managed Wi-Fi Networks"?**

Verizon has agreements with certain entities, such as retailers, campuses, enterprises, stadiums, airports, and other similar locations and venues, to allow Verizon customers who have enabled Wi-Fi connectivity on their device to automatically authenticate and join a Wi-Fi network owned and operated by those entities (a "Managed Wi-Fi Network") when their device enters that entity's facilities. If you have enabled Wi-Fi connectivity, your device will automatically authenticate and connect to these Managed Wi-Fi Networks. A Managed Wi-Fi Network may be identified as "VerizonWiFi Passpoint," "VerizonWiFiAccess," or "PrivateMobileWiFi" when you connect. Once connected, your data connectivity will be supplied by the Managed Wi-Fi Network. If you have enabled Wi-Fi calling, your voice and text messages may be transmitted over the Managed Wi-Fi Network as well. We require these entities to limit data access, use and retention only to what is essential to provide the Wi-Fi service. You can disable connectivity by turning off Wi-Fi or by disabling connectivity to that specific network in your device's Wi-Fi settings. You can prevent connectivity by turning off Wi-Fi.

### How can I prevent unintended charges on my bill?

Many services and applications are accessible on or through wireless devices, including purchases of games, movies, music and other content. Some of these services are provided by Verizon. Others are provided by third parties that may offer the option to bill the charges to your Verizon bill or other methods of payment. Charges may be one-time or recurring. The amount and frequency of the charges will be disclosed to you or the person using your device or a device associated with your account at the time a purchase is made. If the purchaser chooses to have the charges billed to your account, such charges will become part of the amount due for that billing cycle. **Verizon offers tools to block or restrict these services, and to block all billing for third–party services on your Verizon wireless bill, at verizonwireless.com/myverizon. We do not support calls to 900, 976 and certain other international premium rate numbers.**

### How does Verizon help protect me from spam calls?

Verizon automatically blocks in the network many calls that are highly likely to be illegal, such as calls from telephone numbers that are not authorized to make outbound calls. Additionally, your Service includes access to optional blocking tools for unwanted robocalls through our Call Filter service to which you may be auto-enrolled.  This service sends to voicemail many calls we determine to be high-risk spam, but you can adjust your spam filter preferences to block more or less calls. Visit verizon.com/about/responsibility/robocalls for more info.

If you have a capable device, you may receive calls with a branded caller ID display, which allows a participating business to display their name, logo and other information when calling you. Branded caller ID is intended to help you decide whether to answer a call. Your device uses data to display a branded call logo, and therefore is provided in accordance with your wireless plan.

### How and when can I dispute charges?

If you're a Postpay customer, you can dispute your bill, but unless otherwise provided by law or unless you're disputing charges because your wireless device was lost or stolen, you still have to pay all charges until the dispute is resolved. **YOU MAY CALL US TO DISPUTE CHARGES ON YOUR BILL OR ANY SERVICE(S) FOR WHICH YOU WERE BILLED, BUT IF YOU WISH TO PRESERVE YOUR RIGHT TO BRING AN ARBITRATION OR SMALL CLAIMS CASE REGARDING SUCH DISPUTE, YOU MUST WRITE TO US AT THE CUSTOMER SERVICE ADDRESS ON YOUR BILL, OR COMPLETE THE NOTICE OF DISPUTE FORM AVAILABLE AT: verizon.com/about/nod/notice-of-dispute-wireless-form.**

### What are my rights for dropped calls or interrupted Service?

If you drop a call in your Coverage Area, redial. If it's answered within 5 minutes, call us within 90 days if you're a Postpay customer, or within 45 days if you're a Prepaid customer, and we'll give you a 1–minute airtime credit. If you're a Postpay customer and you lose Service in your Coverage Area for more than 24 hours in a row and we're at fault, call us within 180 days and we'll give you a credit for the time lost. Please be aware that these are your only rights for dropped calls or interrupted Service.

### Billing and Payments

**If you're a Postpay customer and we don't get your payment on time, we will charge you a late fee of up to 5 percent per month on the unpaid balance, or a flat $7 per month, whichever is greater, if allowed by law in the state of your billing address.** (If you choose to have your Service billed by another company (pursuant to a Verizon-approved program), late fees are set by that company and may be higher than our late fees.) Late fees are part of the rates and charges you agree to pay. If you fail to pay on time and we refer your account(s) to a third party for collection, a collection fee will be assessed and will be due at the time of the referral to the third party.  The fee will be calculated at the maximum percentage permitted by applicable law, not to exceed 18 percent. We may require a deposit at the time of activation or afterward, or an increased deposit. We'll pay simple interest on any deposit at the rate the law requires. We may apply deposits or payments in any order to any amounts you owe us on any account. If your final credit balance is less than $1, we will refund it only if you ask. If your service is suspended or terminated, you may have to pay a fee to have service reactivated. Billing for mobile Service begins when your Service is activated, or, if your device is mailed to you, on your estimated delivery date; billing for Verizon Home Internet (Wireless) Service starts on your estimated delivery date, or day of in-store pickup or professional setup completion, whichever is earlier. Your estimated delivery date is the delivery date that our shipping partner provides when we place it in their care for shipment.

If you're a Verizon Prepaid customer, you may replenish your balance at any time before the expiration date by providing us with another payment. If you maintain a Prepaid account balance, it may not exceed $1,000 and you may be prevented from replenishing if your balance reaches $1,000.  We may apply your payments to any amounts you may owe us if your earlier account replenishment payments had been reversed. If you do not have sufficient funds in your account to cover your Service, and sufficient funds are not added within 60 days, your account will be canceled and any unused balance will be forfeited.

If your check or electronic bank payment to us is returned as not payable, we will charge your account a returned payment fee that will be the lesser of $30 or the maximum allowable by law. The substantive laws of Pennsylvania shall be applied to disputes related to checks tendered as payment in full for less than the full balance due, without regard to the conflicts of laws and rules of that state. If you make a payment, or make a payment arrangement, through a call center representative, we may charge you an Agent

Assistance Fee. If you make a payment even though your account has a credit balance, we may reject, reverse, or return the entire payment.

### Backup Payment Agreement

When you identify the payment account or payment method that you want us to debit or charge in the event that your account is closed but remains unpaid, you authorize us to bill that payment account or payment method for the amount of any such outstanding balance(s) that you might continue to owe us for any of your Verizon accounts. If the payment method is a credit or debit card, you also agree that we may obtain updated account information from your card issuer or card network for that card. You also affirm that you have the authority to approve all charges to that designated payment account or payment method.

### What if my wireless device gets lost or stolen?

We're here to help. It's important that you notify us right away, so we can suspend your Service to keep someone else from using it. If you're a Postpay customer and your wireless device is used after the loss or theft but before you report it, and you want a credit for any charges for that usage, we're happy to review your account activity and any other information you'd like us to consider. Keep in mind that you may be held responsible for the charges if you delayed reporting the loss or theft without good reason, but you don't have to pay any charges you dispute while they are being investigated. If you are a California customer and we haven't given you a courtesy suspension of recurring monthly charges during the past year, we'll give you one for 30 days or until you replace or recover your wireless device, whichever comes first.

Verizon periodically checks and provides reporting to the Global System for Mobile communications Association ("GSMA") list of devices reported lost, stolen, or fraudulently obtained. If at any time a device IMEI has been reported to that list Verizon will suspend service to that device. If you obtain or activate a device that is reported lost or stolen, or a device that is on your account is subsequently reported lost or stolen, you must work with the seller to remove the device from the lost or stolen list.

### What are Verizon's rights to limit or end Service or end this Agreement?

We can, without notice, limit, suspend or end your Service or any agreement with you for any good cause, including, but not limited to: (1) if you: (a) breach this agreement or violate our Acceptable Use Policy (https://www.verizon.com/about/terms-conditions/acceptable-use-policy) or prohibited usage policies; (b) resell your Service; (c) use your Service for any illegal purpose, including use that violates trade and economic sanctions and prohibitions promulgated by any US governmental agency; (d) install, deploy or use any regeneration equipment or similar mechanism (for example, a repeater) to originate, amplify, enhance, retransmit or regenerate an RF signal without our permission; (e) steal from or lie to us; or, if you're a Postpay customer; (f) do not pay your bill on time; (g) incur charges larger than a required deposit or billing limit, or materially in excess of your monthly access charges (even if we haven't yet billed the charges); (h) provide credit information we can't verify; (i) are unable to pay us or go bankrupt; or (j) default under any device financing agreement with Verizon; or (2) if you, or any user of your device or any line of service on your account, or any account manager on your account: (a) threaten, harass, or use vulgar and/ or inappropriate language toward our representatives; (b) interfere with our operations; (c) "spam," or engage in other abusive messaging or calling; (d) modify your device from its manufacturer's specifications; or (e) use your Service in a way that negatively affects our network or other customers. If the amount of a single mobile line's total monthly data use in a bill cycle exceeds the average amount of data consumed by the top 0.5% of users on our network during the preceding six-month period, we may reduce data speeds to your device to 4 Mbps for the remainder of the cycle. If the amount of a single 5G Home Internet or LTE Home Internet line's total monthly data use in a bill cycle exceeds the average amount of data consumed by the top 0.5% of users on our network during the preceding six-month period, we may reduce data speeds for the remainder of the cycle to (i) 5 Mbps for LTE Home, LTE Home Plus and 5G Home plans, and (ii) 15 Mbps for 5G Home Plus plans. We can also temporarily limit your Service for any operational or governmental reason.

### Am I eligible for special discounts?

If you're a Postpay customer, you may be eligible for a discount if you are and remain affiliated with certain professions or an organization that has an agreement with us. Unless your discount is through a government employee discount program, we may share certain information about your Service (including your name, your wireless telephone number and your total monthly charges) with your organization from time to time to make sure you're still eligible. We may adjust or remove your discount according to your organization's agreement with us, and remove your discount if your eligibility ends or your contract term expires. In any case, this won't be considered to have a material adverse effect on you.

### DISCLAIMER OF WARRANTIES

We make no representations or warranties, express or implied, including, to the extent permitted by applicable law, any implied warranty of merchantability or fitness for a particular purpose, about your Service, your wireless device, or any applications you access through your wireless device. We do not warrant that your wireless device will work perfectly, that all features will work, that your device will not need occasional upgrades or modifications, or that it will not be negatively affected by network–related modifications, upgrades or similar activity.

CA-P.5

**WAIVERS AND LIMITATIONS OF LIABILITY**
You and Verizon both agree to limit claims against each other solely to direct damages. This means that to the fullest extent allowed by applicable law, neither of us will claim any damages that are indirect, special, consequential, incidental, treble, or punitive, regardless of the theory of liability. For example, disallowed damages include those arising out of a Service or device failure, unauthorized access or changes to your account or device, or the use of your account or device by others to authenticate, access or make changes to a third-party account, such as a financial or cryptocurrency account, including changing passwords or transferring or withdrawing funds. This limitation also applies if you bring a claim against one of our suppliers, to the extent we would be required to indemnify the supplier for the claim. You agree we aren't responsible for problems caused by you or others, or by any act of God. You also agree we aren't liable for missed or deleted voice mails or other messages, or for any information (like pictures) that gets lost or deleted if we work on your device. If another wireless carrier is involved in any problem (for example, while you're roaming), you also agree to any limitations of liability that it imposes.

**HOW DO I RESOLVE DISPUTES WITH VERIZON?**
WE HOPE TO MAKE YOU A HAPPY CUSTOMER, BUT IF THERE'S AN ISSUE THAT NEEDS TO BE RESOLVED, THIS SECTION OUTLINES WHAT'S EXPECTED OF BOTH OF US.

YOU AND VERIZON BOTH AGREE TO RESOLVE DISPUTES ONLY BY ARBITRATION OR IN SMALL CLAIMS COURT AS DISCUSSED BELOW. YOU UNDERSTAND THAT BY THIS AGREEMENT YOU ARE GIVING UP THE RIGHT TO BRING A CLAIM IN COURT OR IN FRONT OF A JURY. WHILE THE PROCEDURES IN ARBITRATION MAY BE DIFFERENT, AN ARBITRATOR CAN AWARD YOU THE SAME DAMAGES AND RELIEF, AND MUST HONOR THE SAME TERMS IN THIS AGREEMENT, AS A COURT WOULD, SUBJECT TO THE LIMITS ON ARBITRATOR AUTHORITY SET FORTH BELOW. IF THE LAW ALLOWS FOR AN AWARD OF ATTORNEYS' FEES, AN ARBITRATOR CAN AWARD THEM TOO. THE SAME DEFENSES ARE ALSO AVAILABLE TO BOTH PARTIES AS WOULD BE AVAILABLE IN COURT INCLUDING ANY APPLICABLE STATUTE OF LIMITATIONS. WE ALSO BOTH AGREE THAT:

(1) THE FEDERAL ARBITRATION ACT APPLIES TO THIS AGREEMENT. EXCEPT FOR SMALL CLAIMS COURT CASES OR AS SPECIFICALLY NOTED BELOW, ANY DISPUTE THAT IN ANY WAY RELATES TO OR ARISES OUT OF THIS AGREEMENT, WILL BE RESOLVED BY ONE OR MORE NEUTRAL ARBITRATORS BEFORE THE AMERICAN ARBITRATION ASSOCIATION ("AAA") AS EXPLAINED BELOW IN PARAGRAPH 2. THIS INCLUDES, BUT IS NOT LIMITED TO,  ANY DISPUTE REGARDING THE VALIDITY, ENFORCEABILITY, OR SCOPE OF ANY PORTION OF THIS AGREEMENT (INCLUDING THE AGREEMENT TO ARBITRATE), ANY EQUIPMENT, PRODUCTS AND SERVICES YOU RECEIVE FROM US, ANY ADVERTISING FOR ANY SUCH PRODUCTS OR SERVICES, OUR EFFORTS TO COLLECT AMOUNTS YOU MAY OWE US FOR SUCH PRODUCTS OR SERVICES, OR ALLEGED PERSONAL INJURY OR INVASION OF PRIVACY RELATING TO SUCH PRODUCTS OR SERVICES AND INCLUDES ANY DISPUTES YOU HAVE WITH OUR EMPLOYEES OR AGENTS.  YOU CAN ALSO BRING ANY ISSUES YOU MAY HAVE TO THE ATTENTION OF FEDERAL, STATE, OR LOCAL GOVERNMENT AGENCIES, AND IF THE LAW ALLOWS, THEY CAN SEEK RELIEF AGAINST US FOR YOU. THIS AGREEMENT TO ARBITRATE CONTINUES TO APPLY EVEN AFTER YOU HAVE STOPPED RECEIVING SERVICE FROM US.

(2) UNLESS YOU AND VERIZON AGREE OTHERWISE, THE ARBITRATION WILL TAKE PLACE IN THE COUNTY OF YOUR BILLING ADDRESS. AND THE AAA'S CONSUMER ARBITRATION RULES WILL APPLY. IF THE AAA REFUSES TO ENFORCE ANY PART OF THE ARBITRATION PROVISION, YOU AND VERIZON WILL SELECT ANOTHER ARBITRATOR.  IF THERE IS NO AGREEMENT, ACOURT IN THE COUNTY OF YOUR BILLING ADDRESS WILL SELECT AN ARBITRATOR TO DECIDE THE DISPUTE. UNLESS OTHERWISE PROVIDED IN THIS AGREEMENT, AN INDIVIDUAL ARBITRATOR APPOINTED TO DETERMINE THE MERITS OF THE DISPUTE SHALL HAVE EXCLUSIVE AUTHORITY TO ARBITRATE, INCLUDING BUT NOT LIMITED TO ANY DISPUTE REGARDING THE VALIDITY, ENFORCEABILITY OR SCOPE OF ANY PORTION OF THIS AGREEMENT (INCLUDING THE AGREEMENT TO ARBITRATE). YOU CAN GET PROCEDURES, RULES AND FEE INFORMATION FROM THE AAA (WWW.ADR.ORG) OR FROM US. FOR CLAIMS OF $25,000 OR LESS, YOU CAN CHOOSE WHETHER YOU'D LIKE THE ARBITRATION CARRIED OUT BASED ONLY ON DOCUMENTS SUBMITTED TO THE ARBITRATOR, OR BY A HEARING IN PERSON OR BY PHONE. ALTERNATIVELY, FOR CLAIMS WITHIN THE JURISDICTIONAL LIMIT OF THE SMALL CLAIMS COURT IN THE STATE ENCOMPASSING YOUR BILLING ADDRESS, EITHER YOU OR VERIZON CAN CHOOSE TO BRING AN INDIVIDUAL ACTION IN SMALL CLAIMS COURT INSTEAD OF PROCEEDING IN ARBITRATION; FURTHERMORE, IF THE CLAIMS IN ANY REQUEST OR DEMAND FOR ARBITRATION COULD HAVE BEEN BROUGHT IN SMALL CLAIMS COURT, THEN EITHER YOU OR VERIZON MAY CHOOSE TO HAVE THE CLAIMS HEARD IN SMALL CLAIMS COURT, RATHER THAN IN ARBITRATION, AT ANY TIME BEFORE THE ARBITRATOR IS APPOINTED, BY NOTIFYING THE OTHER PARTY OF THAT CHOICE IN WRITING.  IF THIS PROVISION OR THE LIMITATION ON BRINGING ACTIONS TO SMALL CLAIMS COURT IS FOUND TO BE INVALID, THEN THIS PROVISION SHALL BE SEVERABLE AND THE MATTER WILL PROCEED IN ARBITRATION; IN NO WAY WILL THIS PROVISION ALLOW FOR AN ACTION TO BE BROUGHT ON A CLASS OR COLLECTIVE BASIS.

(3) THIS AGREEMENT DOESN'T ALLOW CLASS OR COLLECTIVE ARBITRATIONS EVEN IF THE AAA PROCEDURES OR RULES WOULD. NOTWITHSTANDING ANY OTHER PROVISION OF THIS

CA-P.6

**AGREEMENT, THE ARBITRATOR MAY AWARD MONEY OR INJUNCTIVE RELIEF ONLY IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE RELIEF WARRANTED BY THAT PARTY'S INDIVIDUAL CLAIM. NO CLASS, REPRESENTATIVE OR PRIVATE ATTORNEY GENERAL OR GENERAL INJUNCTIVE RELIEF THEORIES OF LIABILITY OR PRAYERS FOR RELIEF MAY BE MAINTAINED IN ANY ARBITRATION HELD UNDER THIS AGREEMENT. ANY QUESTION REGARDING THE ENFORCEABILITY UNDER APPLICABLE LAW OR INTERPRETATION OF THIS PARAGRAPH SHALL BE DECIDED BY A COURT AND NOT THE ARBITRATOR.**

(4) IF EITHER OF US INTENDS TO SEEK ARBITRATION UNDER THIS AGREEMENT, THE PARTY SEEKING ARBITRATION MUST FIRST NOTIFY THE OTHER PARTY OF THE DISPUTE IN WRITING AT LEAST 60 DAYS IN ADVANCE OF INITIATING THE ARBITRATION. NOTICE TO VERIZON SHOULD BE SENT TO VERIZON WIRELESS DISPUTE RESOLUTION MANAGER, USING THE FORM AVAILABLE HERE: HTTPS://WWW.VERIZON.COM/ABOUT/NOD/NOTICE-OF-DISPUTE-WIRELESS-FORM. THE NOTICE MUST INCLUDE ENOUGH INFORMATION TO ALLOW US TO IDENTIFY YOUR ACCOUNT AS WELL AS TO ASSESS AND ATTEMPT TO RESOLVE YOUR CLAIM, INCLUDING THE NAME OF THE VERIZON WIRELESS ACCOUNT HOLDER, THE MOBILE TELEPHONE NUMBER AT ISSUE, A DESCRIPTION OF THE CLAIM, THE SPECIFIC FACTS SUPPORTING THE CLAIM, THE DAMAGES YOU CLAIM TO HAVE SUFFERED AND THE RELIEF YOU ARE SEEKING. THE NOTICE REQUIREMENT IS DESIGNED TO ALLOW VERIZON TO MAKE A FAIR, FACT-BASED OFFER OF SETTLEMENT IF IT CHOOSES TO DO SO. YOU CANNOT PROCEED TO ARBITRATION UNLESS YOU PROVIDE THIS INFORMATION. YOU MAY CHOOSE TO BE REPRESENTED BY AN ATTORNEY OR OTHER PERSON AS PART OF THIS PROCESS, BUT IF YOU DO YOU MUST INDICATE THAT YOU ARE REPRESENTED BY AN ATTORNEY ON THE FORM AVAILABLE AT HTTPS://WWW.VERIZON.COM/ABOUT/NOD/ NOTICE-OF-DISPUTE-WIRELESS-FORM AND CONFIRM YOU  AUTHORIZE US TO DISCUSS YOUR ACCOUNT INFORMATION WITH THIS ATTORNEY OR OTHER PERSON. THE SUFFICIENCY OF THIS NOTICE OF DISPUTE IS AN ISSUE TO BE DECIDED BY A COURT PRIOR TO THE FILING OF ANY DEMAND FOR ARBITRATION AND THE AAA MUST NOT ACCEPT, ADMINISTER, ASSESS, OR DEMAND FEES IN CONNECTION WITH ANY DEMAND THAT HAS NOT SATISFIED THIS NOTICE OF DISPUTE REQUIREMENT. IF YOU HAVE PROVIDED THIS INFORMATION AND WE ARE UNABLE TO RESOLVE OUR DISPUTE WITHIN 60 DAYS, EITHER PARTY MAY THEN PROCEED TO FILE A CLAIM FOR ARBITRATION. WE'LL REIMBURSE ANY FILING FEE THAT THE AAA CHARGES YOU FOR ARBITRATION OF THE DISPUTE AT THE CONCLUSION OF THE ARBITRATION IF YOU FULLY PARTICIPATE IN THE PROCEEDING. WE'LL ALSO PAY ANY ADMINISTRATIVE AND ARBITRATOR FEES CHARGED BY THE ARBITRATION TRIBUNAL. IF THE ARBITRATOR DETERMINES THAT YOUR CLAIM WAS FILED FOR PURPOSES OF HARASSMENT OR IS PATENTLY FRIVOLOUS, THE ARBITRATOR WILL REQUIRE YOU TO REIMBURSE VERIZON FOR ANY FILING, ADMINISTRATIVE OR ARBITRATOR FEES ASSOCIATED WITH THE ARBITRATION.  THE ARBITRATOR ASSIGNED TO ANY ARBITRATION BETWEEN VERIZON AND A CUSTOMER SHALL RESOLVE THE CLAIMS WITHIN 120 DAYS OF APPOINTMENT OR AS SWIFTLY AS POSSIBLE THEREAFTER, CONSISTENT WITH FAIRNESS TO THE PARTIES.

(5) WE MAY, BUT ARE NOT OBLIGATED TO, MAKE A WRITTEN SETTLEMENT OFFER ANYTIME BEFORE THE ARBITRATION HEARING. THE AMOUNT OR TERMS OF ANY SETTLEMENT OFFER MAY NOT BE DISCLOSED TO THE ARBITRATOR UNTIL AFTER THE ARBITRATOR ISSUES AN AWARD ON THE CLAIM. IF YOU DON'T ACCEPT THE OFFER AND THE ARBITRATOR AWARDS YOU AN AMOUNT OF MONEY THAT'S MORE THAN OUR OFFER BUT LESS THAN $5,000, OR IF WE DON'T MAKE YOU AN OFFER, AND THE ARBITRATOR AWARDS YOU ANY AMOUNT OF MONEY BUT LESS THAN $5,000, THEN WE AGREE TO PAY YOU $5,000 INSTEAD OF THE AMOUNT AWARDED. IN THAT CASE WE ALSO AGREE TO PAY ANY REASONABLE ATTORNEYS' FEES AND EXPENSES, REGARDLESS OF WHETHER THE LAW REQUIRES IT FOR YOUR CASE. IF THE ARBITRATOR AWARDS YOU MORE THAN $5,000, THEN WE WILL PAY YOU ONLY THAT AMOUNT.

(6) IF 50 OR MORE CUSTOMERS INITIATE NOTICES OF DISPUTE PURSUANT TO PARAGRAPH 4 ABOVE, OTHERWISE ATTEMPT TO COMMENCE AN ARBITRATION, OR FILE A COMPLAINT IN COURT, WHICH RAISE SIMILAR CLAIMS, AND COUNSEL FOR THE VERIZON WIRELESS CUSTOMERS BRINGING THE CLAIMS ARE THE SAME OR COORDINATED FOR THESE CUSTOMERS, THE CLAIMS SHALL PROCEED IN ARBITRATION IN A COORDINATED PROCEEDING. IN THE FIRST STAGE, 32 ARBITRATIONS WILL PROCEED AND COUNSEL FOR THE VERIZON WIRELESS CUSTOMERS AND COUNSEL FOR VERIZON WIRELESS SHALL EACH SELECT 25 CASES TO PROCEED FIRST IN ARBITRATION IN INDIVIDUAL BELLWETHER PROCEEDINGS BEFORE SEPARATE ARBITRATORS.  AFTER THE FIRST STAGE IS COMPLETED, THE PARTIES MUST ENGAGE IN A MEDIATION OF ALL REMAINING CASES, AND VERIZON WILL PAY THE MEDIATION FEE.  IF THE PARTIES CANNOT AGREE HOW TO RESOLVE THE REMAINING CASES AFTER MEDIATION, THEY WILL REPEAT THE PROCESS OF SELECTING AND FILING CASES TO BE RESOLVED IN INDIVIDUAL BELLWETHER PROCEEDINGS BEFORE SEPARATE ARBITRATORS, FOLLOWED BY MEDIATION.  IN THE SECOND STAGE, 80 ARBITRATIONS WILL PROCEED AND COUNSEL FOR THE VERIZON CUSTOMERS AND COUNSEL FOR VERIZON SHALL EACH SELECT 40 CASES TO PROCEED IN ARBITRATION IN INDIVIDUAL BELLWETHER PROCEEDINGS BEFORE SEPARATE ARBITRATORS. AFTER THE SECOND STAGE IS COMPLETED, THE PARTIES MUST ENGAGE IN A MEDIATION OF ALL REMAINING CASES, AND VERIZON WILL PAY THE MEDIATION FEE.  AFTER THE SECOND SET

OF ARBITRATIONS AND MEDIATION CONCLUDE, IF THE PARTIES CANNOT AGREE HOW TO RESOLVE THE REMAINING CLAIMS, ANY INDIVIDUAL CUSTOMER WHO IS PART OF THIS COORDINATED PROCEEDING, OR VERIZON, MAY ELECT TO OPT OUT OF ARBITRATION BY PROVIDING NOTICE TO OPPOSING COUNSEL, AND IF THE CUSTOMER WISHES TO PROCEED WITH THE CLAIM THEY MAY FILE AN INDIVIDUAL COMPLAINT IN COURT.  FOR THOSE CUSTOMERS WHO DO NOT OPT OUT OF ARBITRATION, THEIR CLAIMS WILL PROCEED IN ARBITRATION IN CONTINUED BATCHES OF 80 CLAIMS AS SET FORTH ABOVE FOR THE SECOND SET.   ADDITIONAL CASES INVOLVING SIMILAR CLAIMS BROUGHT BY THE SAME OR COORDINATED COUNSEL SHALL NOT BE FILED IN ARBITRATION UNTIL THE ARBITRATIONS AND MEDIATION FOR PRIOR SETS HAS BEEN COMPLETED.   YOU AGREE TO THIS PROCESS EVEN THOUGH IT MAY DELAY THE ARBITRATION OF YOUR CLAIM.  IF SUCH A PROCESS IS INITIATED, THE FILING OF A NOTICE OF DISPUTE BY A CUSTOMER IN ACCORDANCE WITH PARAGRAPH 4 OR FILING OF A COMPLAINT IN COURT WILL TOLL ALL APPLICABLE STATUTES OF LIMITATIONS FOR THAT CUSTOMER'S DISPUTE UNTIL THE COMPLETION OF THE PROCESS DESCRIBED IN THIS PARAGRAPH.  A COURT WILL HAVE AUTHORITY TO ENFORCE THIS PARAGRAPH INCLUDING BY ENTERING AN INJUNCTION TO PROHIBIT FILINGS IN VIOLATION OF THIS PARAGRAPH.

(7) AN ARBITRATION AWARD AND ANY JUDGMENT CONFIRMING IT APPLY ONLY TO THAT SPECIFIC CASE; IT CAN'T BE USED IN ANY OTHER CASE EXCEPT TO ENFORCE THE AWARD ITSELF.

**(8) IF A COURT, PURSUANT TO PARAGRAPH 3, DETERMINES THAT THE PROHIBITION ON CLASS ARBITRATIONS OR THE LIMITS ON THE ARBITRATOR'S AUTHORITY CANNOT BE ENFORCED UNDER APPLICABLE LAW AS TO ALL OR PART OF A DISPUTE, THEN THE AGREEMENT TO ARBITRATE WILL NOT APPLY TO THAT DISPUTE OR PART OF THE DISPUTE, WHICH MAY PROCEED IN COURT EITHER ONCE THE ARBITRATED MATTERS HAVE CONCLUDED OR SOONER IF THE COURT SO REQUIRES.**

**(9) IF FOR ANY REASON A CLAIM PROCEEDS IN COURT RATHER THAN THROUGH ARBITRATION, INCLUDING IF A CUSTOMER OR VERIZON OPT OUT OF ARBITRATION PURSUANT TO PARAGRAPH (6) ABOVE, YOU AND VERIZON AGREE THAT, TO THE FULLEST EXTENT ALLOWED BY APPLICABLE LAW,NO ACTION WILL BE BROUGHT ON A CLASS OR COLLECTIVE BASIS AND YOU AND VERIZON UNCONDITIONALLY WAIVE ANY RIGHT TO TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM ARISING OUT OF OR RELATING TO THIS AGREEMENT IN ANY WAY. IN THE EVENT OF LITIGATION, THIS PARAGRAPH MAY BE FILED TO SHOW A WRITTEN CONSENT TO A TRIAL BY THE COURT.**

### About this Agreement

If either you or we don't enforce our rights under this agreement in one instance, that doesn't mean you or we won't or can't enforce those rights in any other instance. You cannot assign this Agreement or any of your rights or duties under it without our permission. However, we may assign this Agreement or any debt you owe us without notifying you. **If you're a Postpay customer, please note that many notices we send to you will show up as messages on your monthly bill. If you have online billing, those notices will be deemed received by you when your online bill is available for viewing. If you get a paper bill, those notices will be deemed received by you three days after we mail the bill to you. If we send other notices to you, they will be considered received immediately if we send them to your wireless device, or to any email or fax number you've given us, or after three days if we mail them to your billing address. If you need to send notices to us, please send them to the customer service address on your latest bill.**

**If you're a Prepaid customer and we send notices to you, they will be considered received immediately if we send them to your wireless device or to any email you've given us, or if we post them as a precall notification on your Service, or after three days if we mail them to the most current address we have for you. If you need to send notices to us, please send them to the Customer Service Prepaid address at verizon.com/contactus.**

**If any part of this agreement, including anything regarding the arbitration process (except for part 8 of the dispute resolution section above), is ruled invalid, that part may be severed from this agreement and the rest enforced.**

**This agreement and the documents it incorporates form the entire agreement between us. Any other documents, or on anything said by any Sales or Customer Service Representatives will not form any part of the agreement between us, and you have no other rights regarding Service or this agreement.** This Agreement isn't for the benefit of any third party except our parent companies, affiliates, subsidiaries, agents, and predecessors and successors in interest. Except where we've agreed otherwise elsewhere in this agreement, this agreement and any disputes covered by it are governed by federal law and the laws of the state encompassing the billing address associated with your Verizon account, without regard to the conflicts of laws and rules of that state.

Updated August 22, 2024

CA-P.8

# Exhibit 9



Personal Business
Stores
Español

Get it fast with In-store & curbside pickup or same day delivery.

# My Verizon Wireless Customer Agreement

## Customer Agreement

(Para una copia de este documento en español, visite nuestro website: verizonwireless.com/espanol)

**Thanks for choosing Verizon. In this Customer Agreement ("Agreement"), you'll find important information about your wireless Service, including:**

- **our ability to make changes to your Service or this Agreement's terms,**
- **our liability if things don't work as planned and how any disputes between us must be resolved in arbitration or small claims court.**

## My Service

**Your Service terms and conditions are part of this Agreement.** Your Plan includes your monthly allowances and features, where you can use them (your "Coverage Area"), and their monthly and pay–per–use charges. You can also subscribe to several Optional Services, like international service plans or equipment protection services. Together, your Plan, features you use, and any Optional Services you select are your Service. Your billing and shipping addresses, and your primary place of use, must be within the areas served by the network Verizon owns and operates. The current version of this Agreement and the terms and conditions for your Service are available online at **verizonwireless.com**. A description of permitted and prohibited uses for calling and Data Services is available online at **https://www.verizonwireless.com/support/important-plan-information/**; prepaid customers should visit **https://www.verizon.com/support/prepaid-customer-info-legal/**.

By using the Service, you are agreeing to every provision of this Agreement whether or not you have read it. This agreement also applies to all lines on your account and anyone who uses your Service.

### Cancellation

**You can cancel a line of Service within 14 days of accepting this Agreement without having to pay an early termination fee as long as you return, within the applicable return period, any equipment you purchased from us or one of our authorized retailers at a discount in connection with your acceptance of this Agreement, but you'll still have to pay for your Service through that date. If you signed up for Prepaid Service, no refunds will be granted after 14 days or if your account has been activated. See vzw.com/returnpolicy for complete details and information on returning your equipment.**

### My Privacy

Accepting this Agreement means that you also agree to our Privacy Policy, available at **www.verizon.com/privacy**, which may be updated from time to time and describes the information we collect, how we use and share it, and

the choices you have about how certain information is used and shared. We will notify you or ask for your permission, as appropriate, if we plan to use your information for additional purposes. It is your responsibility to let the people who connect devices through your mobile hotspot, Jetpack or wireless router know that we will collect, use and share information about their device and use of the Service as described in our Privacy Policy.

If you subscribe to Service for which usage charges are billed at the end of the billing period ("Postpay Service"), or have a device payment installment agreement, we may investigate your credit history at any time in connection with the service subscription or device payment installment agreement. If you'd like the name and address of any credit agency that gives us a credit report about you, just ask.

Many services and applications offered through your device may be provided by third parties. You should review the applicable terms and privacy policy before you use, link to or download a service or application provided by a third party.

You agree that Verizon and collections agencies that work on our behalf may contact you about your account status, including past due or current charges, using prerecorded calls, email and calls or messages delivered by an automatic telephone dialing system to any wireless phone number, other contact number or email address you provide. Verizon will treat any email address you provide as your private email that is only accessible by you; you acknowledge that we may send you receipts, notices and other documents regarding your service to this email address. Unless you notify us that your wireless service is based in a different time zone, calls will be made to your cellular device during permitted calling hours based upon the time zone affiliated with the mobile telephone number you provide.

## What happens if my Postpay Service is canceled before the end of my contract term?

If you're signing up for Postpay Service, you're agreeing to subscribe to a line of Service either on a month–to–month basis or for a minimum contract term, as shown on your receipt or order confirmation. (If your Service is suspended without billing or at a reduced billing rate, that time doesn't count toward completing your contract term.) Once you've completed your contract term, you'll automatically become a customer on a month–to–month basis for that line of Service. **If your line of service has a contract term and you cancel that line, or if we cancel it for good cause, during that contract term, you'll have to pay an early termination fee. If your contract term results from your purchase of an advanced device, your early termination fee will be $350, which will decline by $10 per month upon completion of months 7–17, $20 per month upon completion of months 18–22, $60 upon completion of month 23 and will be $0 upon completion of the contract term. For other contract terms, your early termination fee will be $175, which will decline by $5 per month upon completion of months 7–17, $10 per month upon completion of months 18–22, $30 upon completion of month 23 and will be $0 upon completion of your contract term. Cancellations will become effective on the last day of that month's billing cycle,** and you are responsible for all charges incurred until then. Also, if you bought your wireless device from an authorized agent or third–party vendor, you should check whether it charges a separate termination fee.

**If you purchased a device on a monthly installment agreement and cancel service, you should check that agreement to determine if you may have to immediately pay off the balance.**

## Your Mobile Number and Porting.

You may be able to transfer, or "port", your wireless phone number to another carrier. If you port a number from us, we'll treat it as though you asked us to cancel your Service for that number. After the porting is completed, you won't be able to use our service for that number, but you'll remain responsible for all fees and charges through the end of that billing cycle, just like any other cancellation. If you're a Prepaid customer, you won't be entitled to a refund of any balance on your account. If you port a number to us, please be aware that we may not be able to provide some services right away, such as 911 location services. You don't have any rights to your wireless phone number, except for any right you may have to port it. After a line of service is disconnected, for any reason, the disconnected Mobile Telephone Number (MTN) may not be suspended or otherwise reserved and may not be able to be recovered.

## Can I have someone else manage my Postpay account?

No problem – just tell us by phone, in person, or in writing. You can appoint someone to manage your Postpay account. The person you appoint (the Account Manager) will be able to make changes to your account, including adding new lines of Service, buying a new wireless device(s) on a device payment agreement based upon your credit history, billing certain services and accessories to your account, and extending your contract term. Any changes that person makes will be treated as modifications to this Agreement.

## Can Verizon change this Agreement or my Service?

We may change prices or any other term of your Service or this Agreement at any time, but we'll provide notice first, including written notice if you have Postpay Service. If you use your Service after the change takes effect that means you're accepting the change. If you're a Postpay customer and a change to your Plan or this Agreement has a material adverse effect on you, you can cancel the line of Service that has been affected within 60 days of receiving the notice with no early termination fee if we fail to negate the change after you notify us of your objection to it. Notwithstanding this provision, if we make any changes to the dispute resolution provision of this Agreement, such changes will not affect the resolution of any disputes that arose before such change.

## My wireless device

Your wireless device must comply with Federal Communications Commission regulations, be certified for use on our network, and be compatible with your Service. Please be aware that we may change your wireless device's software, applications or programming remotely, without notice. This could affect your stored data, or how you've programmed or use your wireless device. By activating Service that uses a SIM (Subscriber Identity Module) card, you agree we own the intellectual property and software in the SIM card that we may change the software or other data in the SIM card remotely and without notice, and we may utilize any capacity in the SIM card for administrative, network, business and/or commercial purposes. In order to mitigate theft and other fraudulent activity, newly purchased devices may be locked to work exclusively on the Verizon Network for 60 days. For more information, visit https://www.verizonwireless.com/support/device-unlocking-policy/.

## Internet Access

**If you download or use applications, services or software provided by third parties (including voice applications), 911 or E911, or other calling functionality, may work differently than services offered by us, or may not work at all. Please review all terms and conditions of such third–party products. Verizon Wireless is not responsible for any third–party information, content, applications or services you access, download or use on your device. You are responsible for maintaining virus and other Internet security protections when accessing these third–party products or services. For additional information, visit the Verizon Content Policy at verizon.com/about/our-company/company-policies. To learn about content filtering and how you may block materials harmful to minors, visit www.verizonwireless.com/solutions-and-services/content-filters/. For information about our network management practices for our broadband internet access services visit www.verizon.com/about/our-company/open-internet**

## Where and how does Verizon wireless Service work?

Wireless devices use radio transmissions, so unfortunately you can't get Service if your device isn't in range of a transmission signal. And please be aware that even within your Coverage Area, many things can affect the availability and quality of your Service, including network capacity, your device, terrain, buildings, foliage and weather.

## How does Verizon calculate my charges?

You agree to pay all access, usage and other charges that you or any other user of your wireless device incurred. If multiple wireless devices are associated with your account, you agree to pay all charges incurred by users of those

wireless devices. For charges based on the amount of time used or data sent or received, we'll round up any fraction to the next full minute or, depending on how you're billed for data usage, the next full megabyte or gigabyte. For outgoing calls, usage time starts when you first press **Send** or the call connects to a network, and for incoming calls, it starts when the call connects to a network (which may be before it rings). Usage time may end several seconds after you press **End** or after the call disconnects. For calls made on our network, we charge only for calls that are answered, including by machines. For Postpay Service, usage cannot always be processed right away and may be included in a later bill, but the usage will still count towards your allowance for the month when the Service was used.

## What Charges are set by Verizon?

Our charges may also include Federal Universal Service, Regulatory and Administrative Charges, and we may also include other charges related to our governmental costs. We set these charges; they aren't taxes, they aren't required by law, they are not necessarily related to anything the government does, they are kept by us in whole or in part, and the amounts and what they pay for may change. For more information, visit: https://www.verizonwireless.com/support/surcharges/.

## Government Taxes, Fees and Surcharges

You must pay all taxes, fees and surcharges set by federal, state and local governments. Please note that we may not always be able to notify you in advance of changes to these charges.

## What is roaming?

You're "roaming" whenever your wireless device connects to a network outside your Coverage Area or connects to another carrier's network, which could happen even within your Coverage Area. There may be higher rates or extra charges (including charges for long distance, tolls or calls that don't connect), and your data service may be limited or slowed, when roaming.

## How can I prevent unintended charges on my bill?

Many services and applications are accessible on or through wireless devices, including purchases of games, movies, music and other content. Some of these services are provided by Verizon. Others are provided by third parties that may offer the option to bill the charges to your Verizon bill or other methods of payment. Charges may be one–time or recurring. The amount and frequency of the charges will be disclosed to you or the person using your device or a device associated with your account at the time a purchase is made. If the purchaser chooses to have the charges billed to your account, such charges will become part of the amount due for that billing cycle.**Verizon offers tools to block or restrict these services, and to block all billing for third–party services on your Verizon wireless bill, at verizonwireless.com/myverizon. We do not support calls to 900, 976 and certain other international premium rate numbers.**

## How and when can I dispute charges?

If you're a Postpay customer, you can dispute your bill within 180 days of receiving it, but unless otherwise provided by law or unless you're disputing charges because your wireless device was lost or stolen, you still have to pay all charges until the dispute is resolved. If you're a Prepaid customer, you can dispute a charge within 180 days of the date the disputed charge was incurred. **YOU MAY CALL US TO DISPUTE CHARGES ON YOUR BILL OR ANY SERVICE(S) FOR WHICH YOU WERE BILLED, BUT IF YOU WISH TO PRESERVE YOUR RIGHT TO BRING AN ARBITRATION OR SMALL CLAIMS CASE REGARDING SUCH DISPUTE, YOU MUST WRITE TO US AT THE CUSTOMER SERVICE ADDRESS ON YOUR BILL, OR SEND US A COMPLETED NOTICE OF DISPUTE FORM (AVAILABLE AT VERIZONWIRELESS.COM), WITHIN THE 180–DAY PERIOD MENTIONED ABOVE. IF YOU DO NOT NOTIFY US IN WRITING OF SUCH DISPUTE WITHIN THE 180-DAY PERIOD, YOU WILL HAVE WAIVED YOUR RIGHT TO DISPUTE THE BILL OR SUCH SERVICE(S) AND TO BRING AN ARBITRATION OR SMALL CLAIMS CASE REGARDING ANY SUCH DISPUTE.**

## What are my rights for dropped calls or interrupted Service?

If you drop a call in your Coverage Area, redial. If it's answered within 5 minutes, call us within 90 days if you're a Postpay customer, or within 45 days if you're a Prepaid customer, and we'll give you a 1–minute airtime credit. If you're a Postpay customer and you lose Service in your Coverage Area for more than 24 hours in a row and we're at fault, call us within 180 days and we'll give you a credit for the time lost. Please be aware that these are your only rights for dropped calls or interrupted Service.

## Billing and Payments

If you're a Postpay customer and we don't get your payment on time, we will charge you a late fee of up to 1.5 percent per month (18 percent per year) on the unpaid balance, or a flat $5 per month, whichever is greater, if allowed by law in the state of your billing address. (If you choose to have your Service billed by another company (pursuant to a Verizon-approved program), late fees are set by that company and may be higher than our late fees.) Late fees are part of the rates and charges you agree to pay. If you fail to pay on time and we refer your account(s) to a third party for collection, a collection fee will be assessed and will be due at the time of the referral to the third party. The fee will be calculated at the maximum percentage permitted by applicable law, not to exceed 18 percent. We may require a deposit at the time of activation or afterward, or an increased deposit. We'll pay simple interest on any deposit at the rate the law requires. We may apply deposits or payments in any order to any amounts you owe us on any account. If your final credit balance is less than $1, we will refund it only if you ask. If your service is suspended or terminated, you may have to pay a fee to have service reactivated.

If you're a Prepaid customer, you may replenish your balance at any time before the expiration date by providing us with another payment. If you maintain a Prepaid account balance, it may not exceed $1,000 and you may be prevented from replenishing if your balance reaches $1,000. We may apply your payments to any amounts you may owe us if your earlier account replenishment payments had been reversed. If you do not have sufficient funds in your account to cover your Service, and sufficient funds are not added within 60 days, your account will be cancelled and any unused balance will be forfeited.

We may charge you up to $25 for any returned check.The substantive laws of Pennsylvania shall be applied to disputes related to checks tendered as payment in full for less than the full balance due, without regard to the conflicts of laws and rules of that state. If you make a payment, or make a payment arrangement, through a call center representative, we may charge you an Agent Assistance Fee of $7.00.

## What if my wireless device gets lost or stolen?

We're here to help. It's important that you notify us right away, so we can suspend your Service to keep someone else from using it. If you're a Postpay customer and your wireless device is used after the loss or theft but before you report it, and you want a credit for any charges for that usage, we're happy to review your account activity and any other information you'd like us to consider. Keep in mind that you may be held responsible for the charges if you delayed reporting the loss or theft without good reason, but you don't have to pay any charges you dispute while they are being investigated. If you are a California customer and we haven't given you a courtesy suspension of recurring monthly charges during the past year, we'll give you one for 30 days or until you replace or recover your wireless device, whichever comes first.

## What are Verizon's rights to limit or end Service or end this Agreement?

We can, without notice, limit, suspend or end your Service or any agreement with you for any good cause, including, but not limited to: (1) if you: (a) breach this agreement; (b) resell your Service; (c) use your Service for any illegal purpose, including use that violates trade and economic sanctions and prohibitions promulgated by any US governmental agency; (d) install, deploy or use any regeneration equipment or similar mechanism (for example, a repeater) to originate, amplify, enhance, retransmit or regenerate an RF signal without our permission; (e) steal from or lie to us; or, if you're a Postpay customer; (f) do not pay your bill on time; (g) incur charges larger than a required deposit or billing limit, or materially in excess of your monthly access charges (even if we haven't yet billed the

charges); (h) provide credit information we can't verify; (i) are unable to pay us or go bankrupt; or (j) default under any device financing agreement with Verizon; or (2) if you, any user of your device or any line of service on your account, or any account manager on your account: (a) threaten, harass, or use vulgar and/or inappropriate language toward our representatives; (b) interfere with our operations; (c) "spam," or engage in other abusive messaging or calling; (d) modify your device from its manufacturer's specifications; or (e) use your Service in a way that negatively affects our network or other customers. We can also temporarily limit your Service for any operational or governmental reason.

## Am I eligible for special discounts?

If you're a Postpay customer, you may be eligible for a discount if you are and remain affiliated with an organization that has an agreement with us. Unless your discount is through a government employee discount program, we may share certain information about your Service (including your name, your wireless telephone number and your total monthly charges) with your organization from time to time to make sure you're still eligible. We may adjust or remove your discount according to your organization's agreement with us, and remove your discount if your eligibility ends or your contract term expires. In any case, this won't be considered to have a material adverse effect on you.

## DISCLAIMER OF WARRANTIES

**We make no representations or warranties, express or implied, including, to the extent permitted by applicable law, any implied warranty of merchantability or fitness for a particular purpose, about your Service, your wireless device, or any applications you access through your wireless device. We do not warrant that your wireless device will work perfectly or will not need occasional upgrades or modifications, or that it will not be negatively affected by network–related modifications, upgrades or similar activity.**

## WAIVERS AND LIMITATIONS OF LIABILITY

**You and Verizon both agree to limit claims against each other solely to direct damages. That means neither of us will claim any damages that are indirect, special, consequential, incidental, treble, or punitive. For example, disallowed damages include those arising out of a Service or device failure, unauthorized access or changes to your account or device, or the use of your account or device by others to authenticate, access or make changes to a third-party account, such as a financial or cryptocurrency account, including changing passwords or transferring or withdrawing funds. This limitation and waiver will apply regardless of the theory of liability. It also applies if you bring a claim against one of our suppliers, to the extent we would be required to indemnify the supplier for the claim.** You agree we aren't responsible for problems caused by you or others, or by any act of God. You also agree we aren't liable for missed or deleted voice mails or other messages, or for any information (like pictures) that gets lost or deleted if we work on your device. If another wireless carrier is involved in any problem (for example, while you're roaming), you also agree to any limitations of liability that it imposes.

## HOW DO I RESOLVE DISPUTES WITH VERIZON?

**WE HOPE TO MAKE YOU A HAPPY CUSTOMER, BUT IF THERE'S AN ISSUE THAT NEEDS TO BE RESOLVED, THIS SECTION OUTLINES WHAT'S EXPECTED OF BOTH OF US.**

**YOU AND VERIZON BOTH AGREE TO RESOLVE DISPUTES ONLY BY ARBITRATION OR IN SMALL CLAIMS COURT AS DISCUSSED BELOW. YOU UNDERSTAND THAT BY THIS AGREEMENT YOU ARE GIVING UP THE RIGHT TO BRING A CLAIM IN COURT OR IN FRONT OF A JURY. WHILE THE PROCEDURES IN ARBITRATION MAY BE DIFFERENT, AN ARBITRATOR CAN AWARD YOU THE SAME DAMAGES AND RELIEF, AND MUST HONOR THE SAME TERMS IN THIS AGREEMENT, AS A COURT WOULD. IF THE LAW ALLOWS FOR AN AWARD OF ATTORNEYS' FEES, AN ARBITRATOR CAN AWARD THEM TOO. THE SAME DEFENSES ARE ALSO AVAILABLE TO BOTH PARTIES AS WOULD BE AVAILABLE IN COURT INCLUDING ANY APPLICABLE STATUTE OF LIMITATIONS. WE ALSO BOTH AGREE THAT:**

(1) THE FEDERAL ARBITRATION ACT APPLIES TO THIS AGREEMENT. EXCEPT FOR SMALL CLAIMS COURT CASES, ANY DISPUTE THAT IN ANY WAY RELATES TO OR ARISES OUT OF THIS AGREEMENT, OR FROM ANY EQUIPMENT, PRODUCTS AND SERVICES YOU RECEIVE FROM US, OR FROM ANY ADVERTISING FOR ANY SUCH PRODUCTS OR SERVICES, OR FROM OUR EFFORTS TO COLLECT AMOUNTS YOU MAY OWE US FOR SUCH PRODUCTS OR SERVICES, INCLUDING ANY DISPUTES YOU HAVE WITH OUR EMPLOYEES OR AGENTS, WILL BE RESOLVED BY ONE OR MORE NEUTRAL ARBITRATORS BEFORE THE AMERICAN ARBITRATION ASSOCIATION ("AAA") OR BETTER BUSINESS BUREAU ("BBB"). YOU CAN ALSO BRING ANY ISSUES YOU MAY HAVE TO THE ATTENTION OF FEDERAL, STATE, OR LOCAL GOVERNMENT AGENCIES, AND IF THE LAW ALLOWS, THEY CAN SEEK RELIEF AGAINST US FOR YOU. THIS AGREEMENT TO ARBITRATE CONTINUES TO APPLY EVEN AFTER YOU HAVE STOPPED RECEIVING SERVICE FROM US.

(2) UNLESS YOU AND VERIZON AGREE OTHERWISE, THE ARBITRATION WILL TAKE PLACE IN THE COUNTY OF YOUR BILLING ADDRESS. FOR CLAIMS OVER $10,000, THE AAA'S CONSUMER ARBITRATION RULES WILL APPLY. FOR CLAIMS OF $10,000 OR LESS, THE PARTY BRINGING THE CLAIM CAN CHOOSE EITHER THE AAA'S CONSUMER ARBITRATION RULES OR THE BBB'S RULES FOR BINDING ARBITRATION. YOU CAN GET PROCEDURES, RULES AND FEE INFORMATION FROM THE AAA (WWW.ADR.ORG), THE BBB (WWW.BBB.ORG) OR FROM US. FOR CLAIMS OF $10,000 OR LESS, YOU CAN CHOOSE WHETHER YOU'D LIKE THE ARBITRATION CARRIED OUT BASED ONLY ON DOCUMENTS SUBMITTED TO THE ARBITRATOR, OR BY A HEARING IN PERSON OR BY PHONE. ALTERNATIVELY, FOR CLAIMS WITHIN THE JURISDICTIONAL LIMIT OF THE SMALL CLAIMS COURT IN THE STATE ENCOMPASSING YOUR BILLING ADDRESS, EITHER YOU OR VERIZON CAN CHOOSE TO BRING AN INDIVIDUAL ACTION IN SMALL CLAIMS COURT INSTEAD OF PROCEEDING IN ARBITRATION; FURTHERMORE, IF THE CLAIMS IN ANY REQUEST OR DEMAND FOR ARBITRATION COULD HAVE BEEN BROUGHT IN SMALL CLAIMS COURT, THEN EITHER YOU OR VERIZON MAY CHOOSE TO HAVE THE CLAIMS HEARD IN SMALL CLAIMS COURT, RATHER THAN IN ARBITRATION, AT ANY TIME BEFORE THE ARBITRATOR IS APPOINTED, BY NOTIFYING THE OTHER PARTY OF THAT CHOICE IN WRITING. IF THIS PROVISION OR THE LIMITATION ON BRINGING ACTIONS TO SMALL CLAIMS COURT IS FOUND TO BE INVALID, THEN THIS PROVISION SHALL BE SEVERABLE AND THE MATTER WILL PROCEED IN ARBITRATION; IN NO WAY WILL THIS PROVISION ALLOW FOR AN ACTION TO BE BROUGHT ON A CLASS OR COLLECTIVE BASIS.

**(3) THIS AGREEMENT DOESN'T ALLOW CLASS OR COLLECTIVE ARBITRATIONS EVEN IF THE AAA OR BBB PROCEDURES OR RULES WOULD. NOTWITHSTANDING ANY OTHER PROVISION OF THIS AGREEMENT, THE ARBITRATOR MAY AWARD MONEY OR INJUNCTIVE RELIEF ONLY IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE RELIEF WARRANTED BY THAT PARTY'S INDIVIDUAL CLAIM. NO CLASS, REPRESENTATIVE OR PRIVATE ATTORNEY GENERAL OR GENERAL INJUNCTIVE RELIEF THEORIES OF LIABILITY OR PRAYERS FOR RELIEF MAY BE MAINTAINED IN ANY ARBITRATION HELD UNDER THIS AGREEMENT. ANY QUESTION REGARDING THE ENFORCEABILITY OR INTERPRETATION OF THIS PARAGRAPH SHALL BE DECIDED BY A COURT AND NOT THE ARBITRATOR.**

(4) IF EITHER OF US INTENDS TO SEEK ARBITRATION UNDER THIS AGREEMENT, THE PARTY SEEKING ARBITRATION MUST FIRST NOTIFY THE OTHER PARTY OF THE DISPUTE IN WRITING AT LEAST 60 DAYS IN ADVANCE OF INITIATING THE ARBITRATION. NOTICE TO VERIZON SHOULD BE SENT TO VERIZON WIRELESS DISPUTE RESOLUTION MANAGER, ONE VERIZON WAY, BASKING RIDGE, NJ 07920. THE NOTICE MUST INCLUDE ENOUGH INFORMATION TO ALLOW US TO IDENTIFY YOUR ACCOUNT AS WELL AS TO ASSESS AND ATTEMPT TO RESOLVE YOUR CLAIM, INCLUDING THE NAME OF THE VERIZON WIRELESS ACCOUNT HOLDER, THE MOBILE TELEPHONE NUMBER AT ISSUE, A DESCRIPTION OF THE CLAIM, THE SPECIFIC FACTS SUPPORTING THE CLAIM, THE DAMAGES YOU CLAIM TO HAVE SUFFERED AND THE RELIEF YOU ARE SEEKING. THE NOTICE REQUIREMENT IS DESIGNED TO ALLOW VERIZON TO MAKE A FAIR, FACT-BASED OFFER OF SETTLEMENT IF IT CHOOSES TO DO SO. YOU CANNOT PROCEED TO ARBITRATION UNLESS YOU PROVIDE THIS INFORMATION. YOU MAY CHOOSE TO BE REPRESENTED BY AN ATTORNEY OR OTHER PERSON AS PART OF THIS PROCESS, BUT IF YOU DO YOU MUST SUBMIT A LETTER OR THE FORM AVAILABLE AT THIS LINK AUTHORIZING US TO DISCUSS YOUR ACCOUNT INFORMATION WITH THIS ATTORNEY OR OTHER PERSON. THE SUFFICIENCY OF THIS NOTICE IS AN ISSUE TO BE DECIDED BY A COURT PRIOR TO THE FILING OF ANY DEMAND FOR ARBITRATION. IF YOU HAVE PROVIDED THIS

INFORMATION AND WE ARE UNABLE TO RESOLVE OUR DISPUTE WITHIN 60 DAYS, EITHER PARTY MAY THEN PROCEED TO FILE A CLAIM FOR ARBITRATION. WE'LL REIMBURSE ANY FILING FEE THAT THE AAA OR BBB CHARGES YOU FOR ARBITRATION OF THE DISPUTE. IF THAT ARBITRATION PROCEEDS, WE'LL ALSO PAY ANY ADMINISTRATIVE AND ARBITRATOR FEES CHARGED LATER. IF THE ARBITRATOR DETERMINES THAT YOUR CLAIM WAS FILED FOR PURPOSES OF HARASSMENT OR IS PATENTLY FRIVOLOUS, THE ARBITRATOR WILL REQUIRE YOU TO REIMBURSE VERIZON FOR ANY FILING, ADMINISTRATIVE OR ARBITRATOR FEES ASSOCIATED WITH THE ARBITRATION.

(5) WE MAY, BUT ARE NOT OBLIGATED TO, MAKE A WRITTEN SETTLEMENT OFFER ANYTIME BEFORE THE ARBITRATION HEARING. THE AMOUNT OR TERMS OF ANY SETTLEMENT OFFER MAY NOT BE DISCLOSED TO THE ARBITRATOR UNTIL AFTER THE ARBITRATOR ISSUES AN AWARD ON THE CLAIM. IF YOU DON'T ACCEPT THE OFFER AND THE ARBITRATOR AWARDS YOU AN AMOUNT OF MONEY THAT'S MORE THAN OUR OFFER BUT LESS THAN $5,000, OR IF WE DON'T MAKE YOU AN OFFER, AND THE ARBITRATOR AWARDS YOU ANY AMOUNT OF MONEY BUT LESS THAN $5,000, THEN WE AGREE TO PAY YOU $5,000 INSTEAD OF THE AMOUNT AWARDED. IN THAT CASE WE ALSO AGREE TO PAY ANY REASONABLE ATTORNEYS' FEES AND EXPENSES, REGARDLESS OF WHETHER THE LAW REQUIRES IT FOR YOUR CASE. IF THE ARBITRATOR AWARDS YOU MORE THAN $5,000, THEN WE WILL PAY YOU ONLY THAT AMOUNT.

(6) IF 25 OR MORE CUSTOMERS INITIATE NOTICES OF DISPUTE WITH VERIZON WIRELESS RAISING SIMILAR CLAIMS, AND COUNSEL FOR THE VERIZON WIRELESS CUSTOMERS BRINGING THE CLAIMS ARE THE SAME OR COORDINATED FOR THESE CUSTOMERS, THE CLAIMS SHALL PROCEED IN ARBITRATION IN A COORDINATED PROCEEDING. COUNSEL FOR THE VERIZON WIRELESS CUSTOMERS AND COUNSEL FOR VERIZON WIRELESS SHALL EACH SELECT FIVE CASES TO PROCEED FIRST IN ARBITRATION IN A BELLWETHER PROCEEDING. THE REMAINING CASES SHALL NOT BE FILED IN ARBITRATION UNTIL THE FIRST TEN HAVE BEEN RESOLVED. IF THE PARTIES ARE UNABLE TO RESOLVE THE REMAINING CASES AFTER THE CONCLUSION OF THE BELLWETHER PROCEEDING, EACH SIDE MAY SELECT ANOTHER FIVE CASES TO PROCEED TO ARBITRATION FOR A SECOND BELLWETHER PROCEEDING. THIS PROCESS MAY CONTINUE UNTIL THE PARTIES ARE ABLE TO RESOLVE ALL OF THE CLAIMS, EITHER THROUGH SETTLEMENT OR ARBITRATION. A COURT WILL HAVE AUTHORITY TO ENFORCE THIS CLAUSE AND, IF NECESSARY, TO ENJOIN THE MASS FILING OF ARBITRATION DEMANDS AGAINST VERIZON.

(7) AN ARBITRATION AWARD AND ANY JUDGMENT CONFIRMING IT APPLY ONLY TO THAT SPECIFIC CASE; IT CAN'T BE USED IN ANY OTHER CASE EXCEPT TO ENFORCE THE AWARD ITSELF.

**(8) IF FOR SOME REASON THE PROHIBITION ON CLASS ARBITRATIONS SET FORTH IN SUBSECTION (3) CANNOT BE ENFORCED AS TO ALL OR PART OF A DISPUTE, THEN THE AGREEMENT TO ARBITRATE WILL NOT APPLY TO THAT DISPUTE OR PART OF THE DISPUTE.**

**(9) IF FOR ANY REASON A CLAIM PROCEEDS IN COURT RATHER THAN THROUGH ARBITRATION, YOU AND VERIZON AGREE THAT THERE WILL NOT BE A JURY TRIAL. YOU AND VERIZON UNCONDITIONALLY WAIVE ANY RIGHT TO TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM ARISING OUT OF OR RELATING TO THIS AGREEMENT IN ANY WAY. IN THE EVENT OF LITIGATION, THIS PARAGRAPH MAY BE FILED TO SHOW A WRITTEN CONSENT TO A TRIAL BY THE COURT.**

## About this Agreement

If either you or we don't enforce our rights under this agreement in one instance, that doesn't mean you or we won't or can't enforce those rights in any other instance. You cannot assign this Agreement or any of your rights or duties under it without our permission. However, we may assign this Agreement or any debt you owe us without notifying you. **If you're a Postpay customer, please note that many notices we send to you will show up as messages on your monthly bill. If you have online billing, those notices will be deemed received by you when your online bill is available for viewing. If you get a paper bill, those notices will be deemed received by you three days after we mail the bill to you. If we send other notices to you, they will be considered received immediately if we send them to your wireless device, or to any email or fax number you've given**

us, or after three days if we mail them to your billing address. If you need to send notices to us, please send them to the customer service address on your latest bill.

If you're a Prepaid customer and we send notices to you, they will be considered received immediately if we send them to your wireless device or to any email you've given us, or if we post them as a precall notification on your Service, or after three days if we mail them to the most current address we have for you. If you need to send notices to us, please send them to the Customer Service Prepaid address at verizonwireless.com/contactus

If any part of this agreement, including anything regarding the arbitration process (except for the prohibition on class arbitrations as explained in part 8 of the dispute resolution section above), is ruled invalid, that part may be removed from this agreement.

This agreement and the documents it incorporates form the entire agreement between us. You can't rely on any other documents, or on what's said by any Sales or Customer Service Representatives, and you have no other rights regarding Service or this agreement. This Agreement isn't for the benefit of any third party except our parent companies, affiliates, subsidiaries, agents, and predecessors and successors in interest. Except where we've agreed otherwise elsewhere in this agreement, this agreement and any disputes covered by it are governed by federal law and the laws of the state encompassing the area code of your wireless phone number when you accepted this agreement, without regard to the conflicts of laws and rules of that state.

Updated April 22, 2021

- 
- 
- 
- 
- 
- 

- 
- 
- 
- 
- 
- 

- 
- 
- 
- 
- 

- 
- 
- 
- 
- 
- 

- 
- 
-

- 
- 
- 
- 

- 
- 
- 
- 
- 
- 
- 

- 
- 
- 
- 
- 
- 
- 

- Site Map
- Privacy policy
- Accessibility
- Open internet
- Terms & conditions
- Advertise with us
- Do Not Sell My Personal Information
- About our ads

© Verizon 2021

Feedback

# Exhibit 10

# My Verizon Wireless Customer Agreement

**Customer Agreement**
(Para una copia de este documento en español, visite nuestro sitio web: verizon.com/espanol)

Thanks for choosing Verizon. In this Customer Agreement ("Agreement"), you'll find important information about your wireless Service, including:

• Our ability to make changes to your Service or this Agreement's terms.
• Our liability if things don't work as planned and how any disputes between us must be resolved in arbitration or small claims court.

**My Service**
Your Service terms and conditions are part of this Agreement. Your Plan includes your monthly allowances and features, where you can use them (your "Coverage Area"), and their monthly and pay–per–use charges.  You can also subscribe to several Optional Services, like international service plans or equipment protection services. Together, your Plan, features you use, and any Optional Services you select are your "Service." Your billing and shipping addresses, and your primary place of use, must be within the areas served by the network Verizon owns and operates. The current version of this Agreement and the terms and conditions for your Service are available online at verizon.com.  A description of permitted and prohibited uses for calling and Data Services is available online at verizon.com/support/important-plan-information or for prepaid at verizon.com/support/prepaid-customer-info-legal.

By using the Service you are agreeing to every provision of this Agreement, any applicable terms and conditions for your Service, and the terms described in the Important Plan Information whether or not you have read them.  This Agreement also applies to all lines on your account and anyone who uses your Service.

**Cancellation**
You can cancel a line of Service within 30 days of accepting this Agreement without having to pay an early termination fee as long as you return, within the applicable return period, any equipment you purchased from us or one of our authorized retailers at a discount in connection with your acceptance of this Agreement, but you'll still have to pay for your Service through that date. If you signed up for Prepaid Service, no refunds will be granted after 30 days or if your account has been activated.   See verizon.com/support/return-policy for complete details and information on returning your equipment.

**My Privacy**
Accepting this Agreement means that you also agree to our Privacy Policy, available at verizon.com/privacy, which may be updated from time to time and describes the information we collect, how we use and share it, and the choices you have about how certain information is used and shared. We will notify you or ask for your permission, as appropriate, if we plan to use your information for additional purposes. It is your responsibility to let the people who connect devices through your mobile hotspot, Jetpack or wireless router know that we will collect, use and share information about their device and use of the Service as described in our Privacy Policy. You may have additional rights provided by privacy laws in your state, for more information go to the state section of the privacy policy. If you are a California resident, you can view our California privacy notice at verizon.com/californiaprivacy.

If you subscribe to Service for which usage charges are billed at the end of the billing period ("Postpay Service"), or have a device payment installment agreement, we may investigate your credit history at any time in connection with the service subscription or device payment installment agreement.  If you'd like the name and address of any credit agency that gives us a credit report about you, just ask.

Many services and applications offered through your device may be provided by third parties.  When you access and use third-party services, including third-party services which Verizon may make available as part of or in connection with your Verizon Service, you are subject to the terms of service and privacy policy issued by those third-party providers when using their services. You should review their applicable terms and privacy policy before you use, link to or download a service or application provided by a third party.



© 2023 Verizon
CA-0123EN

You agree that Verizon and collections agencies that work on our behalf may contact you about your account status, including past due or current charges, using prerecorded calls, email and calls or messages delivered by an automatic telephone dialing system to any wireless phone number, other contact number or email address you provide. Verizon will treat any email address you provide as your private email that is only accessible by you; you acknowledge that we may send you receipts, notices and other documents regarding your service to this email address. Unless you notify us that your wireless service is based in a different time zone, calls will be made to your cellular device during permitted calling hours based upon the time zone affiliated with the mobile telephone number you provide.

**What happens if my Postpay Service is canceled before the end of my contract term?**
If you're signing up for Postpay Service, you're agreeing to subscribe to a line of Service either on a month–to–month basis or for a minimum contract term, as shown on your receipt or order confirmation. (If your Service is suspended without billing or at a reduced billing rate, that time doesn't count toward completing your contract term.) Once you've completed your contract term, you'll automatically become a customer on a month–to–month basis for that line of Service. **If your line of service has a contract term and you cancel that line, or if we cancel it for good cause, during that contract term, you'll have to pay an early termination fee. If your contract term results from your purchase of an advanced device, your early termination fee will be $350, which will decline by $10 per month upon completion of months 7–17, $20 per month upon completion of months 18–22, $60 upon completion of month 23 and will be $0 upon completion of the contract term. For other contract terms, your early termination fee will be $175, which will decline by $5 per month upon completion of months 7–17, $10 per month upon completion of months 18–22, $30 upon completion of month 23 and will be $0 upon completion of your contract term.** Cancellations will become effective on the last day of that month's billing cycle, and you are responsible for all charges incurred until then. Also, if you bought your wireless device from an authorized agent or third–party vendor, you should check whether it charges a separate termination fee.

**If you purchased a device on a monthly installment agreement and cancel service, you should check that agreement to determine if you may have to immediately pay off the balance.**

**Your mobile number and porting**
You may be able to transfer, or "port", your wireless phone number to another carrier. If you port a number from us, we'll treat it as though you asked us to cancel your Service for that number. After the porting is completed, you won't be able to use our service for that number, but you'll remain responsible for all fees and charges through the end of that billing cycle, just like any other cancellation. If you're a Prepaid customer, you won't be entitled to a refund of any balance on your account. If you port a number to us, please be aware that we may not be able to provide some services right away, such as 911 location services. You don't have any rights to your wireless phone number, except for any right you may have to port it. After a line of service is disconnected, for any reason, the disconnected Mobile Telephone Number (MTN) may not be suspended or otherwise reserved and may not be able to be recovered.

**Can I have someone else manage my Postpay account?**
No problem – just tell us by phone, in person, or in writing. You can appoint someone to manage your Postpay account. The person you appoint (the Account Manager) must be age 18 or older (19 in Alabama and Nebraska). Anyone you appoint as an Account Manager will be able to make changes to your account, including adding new lines of Service, buying a new wireless device(s) on a device payment agreement based upon your credit history, billing certain services and accessories to your account, and extending your contract term. Any changes that person makes will be treated as modifications to this Agreement. You, the Account Owner, remain responsible for any changes an Account Manager makes to your account.

**Can Verizon change this Agreement or my Service?**
We may change prices or any other term of your Service or this Agreement at any time, but we'll provide notice first (except as noted below in the "What Charges are set by Verizon?" and "Government Taxes, Fees, and Other Charges" sections), including written notice if you have Postpay Service. If you use your Service after the change takes effect that means you're accepting the change. If you're a Postpay customer and a change to your Plan or this Agreement has a material adverse effect on you, you can cancel the line of Service that has been affected within 60 days of receiving the notice with no early termination fee if we fail to negate the change after you notify us of your objection to it. Notwithstanding this provision, if we make any changes to the dispute resolution provision of this Agreement, such changes will not affect the resolution of any disputes that arose before such change, unless you want them to apply to a pending dispute.

**My wireless device**
Your wireless device must comply with Federal Communications Commission regulations, be certified for use on our network, and be compatible with your Service. Please be aware that we may change your wireless device's software, applications or programming remotely,

without notice. This could affect your stored data, or how you've programmed or use your wireless device. By activating Service that uses a SIM (Subscriber Identity Module) card, you agree we own the intellectual property and software in the SIM card that we may change the software or other data in the SIM card remotely and without notice, and we may utilize any capacity in the SIM card for administrative, network, business and/or commercial purposes. In order to mitigate theft and other fraudulent activity, newly purchased devices may be locked to work exclusively on the Verizon Network for 60 days.  For more information, visit verizon.com/support/device-unlocking-policy.

**Internet access**
If you download or use applications, services or software provided by third parties (including voice applications), 911 or E911, or other calling functionality, may work differently than services offered by us, or may not work at all. Please review all terms and conditions of such third-party products.  Verizon Wireless is not responsible for any third–party information, content, applications or services you access, download or use on your device. You are responsible for maintaining virus and other Internet security protections when accessing these third–party products or services. For additional information, visit the Verizon Content Policy at verizon.com/about/our-company/company-policies.   To learn about content filtering and how you may block materials harmful to minors, visit verizon.com/solutions-and-services/content-filters/.  For information about our network management practices for our broadband internet access services visit verizon.com/about/our-company/open-internet.

**Where and how does Verizon wireless Service work?**
Wireless devices use radio transmissions, so unfortunately you can't get Service if your device isn't in range of a transmission signal. And please be aware that even within your Coverage Area, many things can affect the availability and quality of your Service, including network capacity, your device, terrain, buildings, foliage and weather.

**How does Verizon calculate my charges?**
You agree to pay all access, usage and other charges that you or any other user of your wireless device incurred. If multiple wireless devices are associated with your account, you agree to pay all charges incurred by users of those wireless devices. For charges based on the amount of time used or data sent or received, we'll round up any fraction to the next full minute or, depending on how you're billed for data usage, the next full megabyte or gigabyte. For outgoing calls, usage time starts when you first press Send or the call connects to a network, and for incoming calls, it starts when the call connects to a network (which may be before it rings). Usage time may end several seconds after you press End or after the call disconnects. For calls made on our network, we charge only for calls that are answered, including by machines. For Postpay Service, usage cannot always be processed right away and may be included in a later bill, but the usage will still count towards your allowance for the month when the Service was used.

**What charges are set by Verizon?**
In addition to the cost of your plan or any features to which you may subscribe, our charges may also include a Federal Universal Service, a Regulatory Charge and an Administrative and Telco Recovery Charge, and other costs, fees, and assessments we incur to provide service. We set these charges; they aren't taxes, they aren't required by law, they are not necessarily related to anything the government does, they are kept by us in whole or in part, and the amounts and what they pay for may change. For those charges imposed by the government on us which we are permitted to recover from you as a fee, charge, or surcharge, we may not be able to notify you in advance of changes to those charges. For more information, visit: verizon.com/support/surcharges/.

**Government taxes, fees and other charges**
You must also pay all taxes, fees and other charges that federal, state and local governments require us to collect from our customers. Please note that we may not be able to notify you in advance of changes to these charges.

**What is roaming?**
You're "roaming" whenever your wireless device connects to a network outside your Coverage Area or connects to another carrier's network, which could happen even within your Coverage Area. There may be higher rates or extra charges (including charges for long distance, tolls or calls that don't connect), and your data service may be limited or slowed, when roaming.

**How can I prevent unintended charges on my bill or block spam calls?**
Many services and applications are accessible on or through wireless devices, including purchases of games, movies, music and other content. Some of these services are provided by Verizon. Others are provided by third parties that may offer the option to bill the charges to your Verizon bill or other methods of payment. Charges may be one–time or recurring. The amount and frequency of the charges will be disclosed to you or the person using your device or a device associated with your account at the time a purchase is made. If the

purchaser chooses to have the charges billed to your account, such charges will become part of the amount due for that billing cycle. **Verizon offers tools to block or restrict these services, and to block all billing for third–party services on your Verizon wireless bill, at verizonwireless.com/myverizon. We do not support calls to 900, 976 and certain other international premium rate numbers.**

Verizon automatically blocks in the network many calls that are highly likely to be illegal, such as calls from telephone numbers that are not authorized to make outbound calls. Additionally, your Service includes access to optional blocking tools for unwanted robocalls through our Call Filter service to which you may be auto-enrolled. This service sends to voicemail many calls we determine to be high-risk spam, but you can adjust your spam filter preferences to block more or less calls. Visit verizon.com/about/responsibility/robocalls for more info.

**How and when can I dispute charges?**
If you're a Postpay customer, you can dispute your bill, but unless otherwise provided by law or unless you're disputing charges because your wireless device was lost or stolen, you still have to pay all charges until the dispute is resolved. **YOU MAY CALL US TO DISPUTE CHARGES ON YOUR BILL OR ANY SERVICE(S) FOR WHICH YOU WERE BILLED, BUT IF YOU WISH TO PRESERVE YOUR RIGHT TO BRING AN ARBITRATION OR SMALL CLAIMS CASE REGARDING SUCH DISPUTE, YOU MUST WRITE TO US AT THE CUSTOMER SERVICE ADDRESS ON YOUR BILL, OR COMPLETE THE NOTICE OF DISPUTE FORM AVAILABLE AT: verizon.com/about/nod/notice-of-dispute-wireless-form.**

**What are my rights for dropped calls or interrupted Service?**
If you drop a call in your Coverage Area, redial. If it's answered within 5 minutes, call us within 90 days if you're a Postpay customer, or within 45 days if you're a Prepaid customer, and we'll give you a 1–minute airtime credit. If you're a Postpay customer and you lose Service in your Coverage Area for more than 24 hours in a row and we're at fault, call us within 180 days and we'll give you a credit for the time lost. Please be aware that these are your only rights for dropped calls or interrupted Service.

**Billing and payments**
If you're a Postpay customer and we don't get your payment on time, we will charge you a late fee of up to 1.5 percent per month (18 percent per year) on the unpaid balance, or a flat $5 per month, whichever is greater, if allowed by law in the state of your billing address. (If you choose to have your Service billed by another company (pursuant to a Verizon-approved program), late fees are set by that company and may be higher than our late fees.) Late fees are part of the rates and charges you agree to pay. If you fail to pay on time and we refer your account(s) to a third party for collection, a collection fee will be assessed and will be due at the time of the referral to the third party. The fee will be calculated at the maximum percentage permitted by applicable law, not to exceed 18 percent. We may require a deposit at the time of activation or afterward, or an increased deposit. We'll pay simple interest on any deposit at the rate the law requires. We may apply deposits or payments in any order to any amounts you owe us on any account. If your final credit balance is less than $1, we will refund it only if you ask. If your service is suspended or terminated, you may have to pay a fee to have service reactivated.

If you're a Prepaid customer, you may replenish your balance at any time before the expiration date by providing us with another payment. If you maintain a Prepaid account balance, it may not exceed $1,000 and you may be prevented from replenishing if your balance reaches $1,000. We may apply your payments to any amounts you may owe us if your earlier account replenishment payments had been reversed. If you do not have sufficient funds in your account to cover your Service, and sufficient funds are not added within 60 days, your account will be canceled and any unused balance will be forfeited.

If your check or electronic bank payment to us is returned as not payable, we will charge your account a returned payment fee that will be the lesser of $30 or the maximum allowable by law. The substantive laws of Pennsylvania shall be applied to disputes related to checks tendered as payment in full for less than the full balance due, without regard to the conflicts of laws and rules of that state. If you make a payment, or make a payment arrangement, through a call center representative, we may charge you an Agent Assistance Fee.

**Backup Payment Agreement**
When you identify the payment account or payment method that you want us to debit or charge in the event that your account is closed but remains unpaid, you authorize us to bill that payment account or payment method for the amount of any such outstanding balance(s) that you might continue to owe us for any of your Verizon accounts. If the payment method is a credit or debit card, you also agree that we may obtain updated account information from your card issuer or card network for that card. You also affirm that you have the authority to approve all charges to that designated payment account or payment method.

**What if my wireless device gets lost or stolen?**
We're here to help. It's important that you notify us right away, so we can suspend your Service to keep someone else from using it. If you're a Postpay customer and your wireless device is used after the loss or theft but before you report it, and you want a credit for any charges for that usage, we're happy to review your account activity and any other information you'd like us to consider. Keep in mind that you may be held responsible for the charges if you delayed reporting the loss or theft without good reason, but you don't have to pay any charges you dispute while they are being investigated. If you are a California customer and we haven't given you a courtesy suspension of recurring monthly charges during the past year, we'll give you one for 30 days or until you replace or recover your wireless device, whichever comes first.

Verizon periodically checks and provides reporting to the Global System for Mobile communications Association ("GSMA") list of devices reported lost, stolen, or fraudulently obtained. If at any time a device IMEI has been reported to that list Verizon will suspend service to that device. If you obtain or activate a device that is reported lost or stolen, or a device that is on your account is subsequently reported lost or stolen, you must work with the seller to remove the device from the lost or stolen list.

**What are Verizon's rights to limit or end Service or end this Agreement?**
We can, without notice, limit, suspend or end your Service or any agreement with you for any good cause, including, but not limited to: (1) if you: (a) breach this agreement or violate our prohibited usage policies; (b) resell your Service; (c) use your Service for any illegal purpose, including use that violates trade and economic sanctions and prohibitions promulgated by any US governmental agency; (d) install, deploy or use any regeneration equipment or similar mechanism (for example, a repeater) to originate, amplify, enhance, retransmit or regenerate an RF signal without our permission; (e) steal from or lie to us; or, if you're a Postpay customer; (f) do not pay your bill on time; (g) incur charges larger than a required deposit or billing limit, or materially in excess of your monthly access charges (even if we haven't yet billed the charges); (h) provide credit information we can't verify; (i) are unable to pay us or go bankrupt; or (j) default under any device financing agreement with Verizon; or (2) if you, or any user of your device or any line of service on your account, or any account manager on your account: (a) threaten, harass, or use vulgar and/or inappropriate language toward our representatives; (b) interfere with our operations; (c) "spam," or engage in other abusive messaging or calling; (d) modify your device from its manufacturer's specifications; or (e) use your Service in a way that negatively affects our network or other customers. If the amount of a single line's total monthly data use in a bill cycle exceeds the average amount of data consumed by the top 0.5% of users on our network during the preceding six-month period, we may reduce data speeds to your device to 4Mbps for the remainder of the cycle. We can also temporarily limit your Service for any operational or governmental reason.

**Am I eligible for special discounts?**
If you're a Postpay customer, you may be eligible for a discount if you are and remain affiliated with an organization that has an agreement with us. Unless your discount is through a government employee discount program, we may share certain information about your Service (including your name, your wireless telephone number and your total monthly charges) with your organization from time to time to make sure you're still eligible. We may adjust or remove your discount according to your organization's agreement with us, and remove your discount if your eligibility ends or your contract expires. In any case, this won't be considered to have a material adverse effect on you.


**DISCLAIMER OF WARRANTIES**
We make no representations or warranties, express or implied, including, to the extent permitted by applicable law, any implied warranty of merchantability or fitness for a particular purpose, about your Service, your wireless device, or any applications you access through your wireless device. We do not warrant that your wireless device will work perfectly, that all features will work, that your device will not need occasional upgrades or modifications, or that it will not be negatively affected by network–related modifications, upgrades or similar activity.

**WAIVERS AND LIMITATIONS OF LIABILITY**
You and Verizon both agree to limit claims against each other solely to direct damages. This means that to the fullest extent allowed by applicable law, neither of us will claim any damages that are indirect, special, consequential, incidental, treble, or punitive, regardless of the theory of liability. For example, disallowed damages include those arising out of a Service or device failure, unauthorized access or changes to your account or device, or the use of your account or device by others to authenticate, access or make changes to a third-party account, such as a financial or cryptocurrency account, including changing passwords or transferring or withdrawing funds. This limitation also applies if you bring a claim against one of our suppliers, to the extent we would be required to indemnify the

supplier for the claim. You agree we aren't responsible for problems caused by you or others, or by any act of God. You also agree we aren't liable for missed or deleted voice mails or other messages, or for any information (like pictures) that gets lost or deleted if we work on your device. If another wireless carrier is involved in any problem (for example, while you're roaming), you also agree to any limitations of liability that it imposes.

**HOW DO I RESOLVE DISPUTES WITH VERIZON?**
WE HOPE TO MAKE YOU A HAPPY CUSTOMER, BUT IF THERE'S AN ISSUE THAT NEEDS TO BE RESOLVED, THIS SECTION OUTLINES WHAT'S EXPECTED OF BOTH OF US.

YOU AND VERIZON BOTH AGREE TO RESOLVE DISPUTES ONLY BY ARBITRATION OR IN SMALL CLAIMS COURT AS DISCUSSED BELOW. YOU UNDERSTAND THAT BY THIS AGREEMENT YOU ARE GIVING UP THE RIGHT TO BRING A CLAIM IN COURT OR IN FRONT OF A JURY. WHILE THE PROCEDURES IN ARBITRATION MAY BE DIFFERENT, AN ARBITRATOR CAN AWARD YOU THE SAME DAMAGES AND RELIEF, AND MUST HONOR THE SAME TERMS IN THIS AGREEMENT, AS A COURT WOULD, SUBJECT TO THE LIMITS ON ARBITRATOR AUTHORITY SET FORTH BELOW. IF THE LAW ALLOWS FOR AN AWARD OF ATTORNEYS' FEES, AN ARBITRATOR CAN AWARD THEM TOO. THE SAME DEFENSES ARE ALSO AVAILABLE TO BOTH PARTIES AS WOULD BE AVAILABLE IN COURT INCLUDING ANY APPLICABLE STATUTE OF LIMITATIONS. WE ALSO BOTH AGREE THAT:

(1) THE FEDERAL ARBITRATION ACT APPLIES TO THIS AGREEMENT. EXCEPT FOR SMALL CLAIMS COURT CASES OR AS SPECIFICALLY NOTED BELOW, ANY DISPUTE THAT IN ANY WAY RELATES TO OR ARISES OUT OF THIS AGREEMENT, INCLUDING THE VALIDITY, ENFORCEABILITY, OR SCOPE OF ANY PORTION OF THIS AGREEMENT (INCLUDING THE AGREEMENT TO ARBITRATE), OR FROM ANY EQUIPMENT, PRODUCTS AND SERVICES YOU RECEIVE FROM US, OR FROM ANY ADVERTISING FOR ANY SUCH PRODUCTS OR SERVICES, OR FROM OUR EFFORTS TO COLLECT AMOUNTS YOU MAY OWE US FOR SUCH PRODUCTS OR SERVICES, INCLUDING ANY DISPUTES YOU HAVE WITH OUR EMPLOYEES OR AGENTS, WILL BE RESOLVED BY ONE OR MORE NEUTRAL ARBITRATORS BEFORE THE AMERICAN ARBITRATION ASSOCIATION ("AAA") AS EXPLAINED BELOW IN PARAGRAPH 2. YOU CAN ALSO BRING ANY ISSUES YOU MAY HAVE TO THE ATTENTION OF FEDERAL, STATE, OR LOCAL GOVERNMENT AGENCIES, AND IF THE LAW ALLOWS, THEY CAN SEEK RELIEF AGAINST US FOR YOU. THIS AGREEMENT TO ARBITRATE CONTINUES TO APPLY EVEN AFTER YOU HAVE STOPPED RECEIVING SERVICE FROM US.

(2) UNLESS YOU AND VERIZON AGREE OTHERWISE, THE ARBITRATION WILL TAKE PLACE IN THE COUNTY OF YOUR BILLING ADDRESS. AND THE AAA'S CONSUMER ARBITRATION RULES WILL APPLY. IF THE AAA REFUSES TO ENFORCE ANY PART OF THE ARBITRATION PROVISION, YOU AND VERIZON WILL SELECT ANOTHER ARBITRATION PROVIDER. IF THERE IS NO AGREEMENT, THE COURT WILL CHOOSE. UNLESS OTHERWISE PROVIDED IN THIS AGREEMENT, THE ARBITRATOR(S) SHALL HAVE EXCLUSIVE AUTHORITY TO ARBITRATE, INCLUDING BUT NOT LIMITED TO ANY CLAIM THAT ALL OR PART OF THE AGREEMENT TO ARBITRATE IS VOID FOR ANY REASON. YOU CAN GET PROCEDURES, RULES AND FEE INFORMATION FROM THE AAA (WWW.ADR.ORG) OR FROM US. FOR CLAIMS OF $25,000 OR LESS, YOU CAN CHOOSE WHETHER YOU'D LIKE THE ARBITRATION CARRIED OUT BASED ONLY ON DOCUMENTS SUBMITTED TO THE ARBITRATOR, OR BY A HEARING IN PERSON OR BY PHONE. ALTERNATIVELY, FOR CLAIMS WITHIN THE JURISDICTIONAL LIMIT OF THE SMALL CLAIMS COURT IN THE STATE ENCOMPASSING YOUR BILLING ADDRESS, EITHER YOU OR VERIZON CAN CHOOSE TO BRING AN INDIVIDUAL ACTION IN SMALL CLAIMS COURT INSTEAD OF PROCEEDING IN ARBITRATION; FURTHERMORE, IF THE CLAIMS IN ANY REQUEST OR DEMAND FOR ARBITRATION COULD HAVE BEEN BROUGHT IN SMALL CLAIMS COURT, THEN EITHER YOU OR VERIZON MAY CHOOSE TO HAVE THE CLAIMS HEARD IN SMALL CLAIMS COURT, RATHER THAN IN ARBITRATION, AT ANY TIME BEFORE THE ARBITRATOR IS APPOINTED, BY NOTIFYING THE OTHER PARTY OF THAT CHOICE IN WRITING. IF THIS PROVISION OR THE LIMITATION ON BRINGING ACTIONS TO SMALL CLAIMS COURT IS FOUND TO BE INVALID, THEN THIS PROVISION SHALL BE SEVERABLE AND THE MATTER WILL PROCEED IN ARBITRATION; IN NO WAY WILL THIS PROVISION ALLOW FOR AN ACTION TO BE BROUGHT ON A CLASS OR COLLECTIVE BASIS.

(3) THIS AGREEMENT DOESN'T ALLOW CLASS OR COLLECTIVE ARBITRATIONS EVEN IF THE AAA PROCEDURES OR RULES WOULD. NOTWITHSTANDING ANY OTHER PROVISION OF THIS AGREEMENT, THE ARBITRATOR MAY AWARD MONEY OR INJUNCTIVE RELIEF ONLY IN FAVOR OF THE INDIVIDUAL PARTY SEEKING RELIEF AND ONLY TO THE EXTENT NECESSARY TO PROVIDE RELIEF WARRANTED BY THAT PARTY'S INDIVIDUAL CLAIM. NO CLASS, REPRESENTATIVE OR PRIVATE ATTORNEY GENERAL OR GENERAL INJUNCTIVE RELIEF THEORIES OF LIABILITY OR PRAYERS

FOR RELIEF MAY BE MAINTAINED IN ANY ARBITRATION HELD UNDER THIS AGREEMENT. ANY QUESTION REGARDING THE ENFORCEABILITY UNDER APPLICABLE LAW OR INTERPRETATION OF THIS PARAGRAPH SHALL BE DECIDED BY A COURT AND NOT THE ARBITRATOR.

(4) IF EITHER OF US INTENDS TO SEEK ARBITRATION UNDER THIS AGREEMENT, THE PARTY SEEKING ARBITRATION MUST FIRST NOTIFY THE OTHER PARTY OF THE DISPUTE IN WRITING AT LEAST 60 DAYS IN ADVANCE OF INITIATING THE ARBITRATION. NOTICE TO VERIZON SHOULD BE SENT TO VERIZON WIRELESS DISPUTE RESOLUTION MANAGER, USING THE FORM AVAILABLE HERE: VERIZON.COM/ABOUT/NOD/NOTICE-OF-DISPUTE-WIRELESS-FORM. THE NOTICE MUST INCLUDE ENOUGH INFORMATION TO ALLOW US TO IDENTIFY YOUR ACCOUNT AS WELL AS TO ASSESS AND ATTEMPT TO RESOLVE YOUR CLAIM, INCLUDING THE NAME OF THE VERIZON WIRELESS ACCOUNT HOLDER, THE MOBILE TELEPHONE NUMBER AT ISSUE, A DESCRIPTION OF THE CLAIM, THE SPECIFIC FACTS SUPPORTING THE CLAIM, THE DAMAGES YOU CLAIM TO HAVE SUFFERED AND THE RELIEF YOU ARE SEEKING. THE NOTICE REQUIREMENT IS DESIGNED TO ALLOW VERIZON TO MAKE A FAIR, FACT-BASED OFFER OF SETTLEMENT IF IT CHOOSES TO DO SO. YOU CANNOT PROCEED TO ARBITRATION UNLESS YOU PROVIDE THIS INFORMATION. YOU MAY CHOOSE TO BE REPRESENTED BY AN ATTORNEY OR OTHER PERSON AS PART OF THIS PROCESS, BUT IF YOU DO YOU MUST INDICATE THAT YOU ARE REPRESENTED BY AN ATTORNEY ON THE FORM AVAILABLE AT VERIZON.COM/ABOUT/NOD/NOTICE-OF-DISPUTE-WIRELESS-FORM AND CONFIRM YOU AUTHORIZE US TO DISCUSS YOUR ACCOUNT INFORMATION WITH THIS ATTORNEY OR OTHER PERSON. THE SUFFICIENCY OF THIS NOTICE OF DISPUTE IS AN ISSUE TO BE DECIDED BY A COURT PRIOR TO THE FILING OF ANY DEMAND FOR ARBITRATION. IF YOU HAVE PROVIDED THIS INFORMATION AND WE ARE UNABLE TO RESOLVE OUR DISPUTE WITHIN 60 DAYS, EITHER PARTY MAY THEN PROCEED TO FILE A CLAIM FOR ARBITRATION. WE'LL REIMBURSE ANY FILING FEE THAT THE AAA CHARGES YOU FOR ARBITRATION OF THE DISPUTE AT THE CONCLUSION OF THE ARBITRATION IF YOU FULLY PARTICIPATE IN THE PROCEEDING. WE'LL ALSO PAY ANY ADMINISTRATIVE AND ARBITRATOR FEES CHARGED BY THE ARBITRATION TRIBUNAL. IF THE ARBITRATOR DETERMINES THAT YOUR CLAIM WAS FILED FOR PURPOSES OF HARASSMENT OR IS PATENTLY FRIVOLOUS, THE ARBITRATOR WILL REQUIRE YOU TO REIMBURSE VERIZON FOR ANY FILING, ADMINISTRATIVE OR ARBITRATOR FEES ASSOCIATED WITH THE ARBITRATION.

(5) WE MAY, BUT ARE NOT OBLIGATED TO, MAKE A WRITTEN SETTLEMENT OFFER ANYTIME BEFORE THE ARBITRATION HEARING. THE AMOUNT OR TERMS OF ANY SETTLEMENT OFFER MAY NOT BE DISCLOSED TO THE ARBITRATOR UNTIL AFTER THE ARBITRATOR ISSUES AN AWARD ON THE CLAIM. IF YOU DON'T ACCEPT THE OFFER AND THE ARBITRATOR AWARDS YOU AN AMOUNT OF MONEY THAT'S MORE THAN OUR OFFER BUT LESS THAN $5,000, OR IF WE DON'T MAKE YOU AN OFFER, AND THE ARBITRATOR AWARDS YOU ANY AMOUNT OF MONEY BUT LESS THAN $5,000, THEN WE AGREE TO PAY YOU $5,000 INSTEAD OF THE AMOUNT AWARDED. IN THAT CASE WE ALSO AGREE TO PAY ANY REASONABLE ATTORNEYS' FEES AND EXPENSES, REGARDLESS OF WHETHER THE LAW REQUIRES IT FOR YOUR CASE. IF THE ARBITRATOR AWARDS YOU MORE THAN $5,000, THEN WE WILL PAY YOU ONLY THAT AMOUNT.

(6) IF 50 OR MORE CUSTOMERS INITIATE NOTICES OF DISPUTE PURSUANT TO PARAGRAPH 4 ABOVE OR FILE A COMPLAINT IN COURT, WHICH RAISE SIMILAR CLAIMS, AND COUNSEL FOR THE VERIZON WIRELESS CUSTOMERS BRINGING THE CLAIMS ARE THE SAME OR COORDINATED FOR THESE CUSTOMERS, THE CLAIMS SHALL PROCEED IN ARBITRATION IN A COORDINATED PROCEEDING. IN THE FIRST STAGE, 50 ARBITRATIONS WILL PROCEED AND COUNSEL FOR THE VERIZON WIRELESS CUSTOMERS AND COUNSEL FOR VERIZON WIRELESS SHALL EACH SELECT TWENTY FIVE CASES TO PROCEED FIRST IN ARBITRATION IN INDIVIDUAL BELLWETHER PROCEEDINGS BEFORE SEPARATE ARBITRATORS. THE ARBITRATORS ARE ENCOURAGED TO RESOLVE THE CLAIMS WITHIN 120 DAYS OF APPOINTMENT OR AS SWIFTLY AS POSSIBLE THEREAFTER, CONSISTENT WITH FAIRNESS TO THE PARTIES. AFTER THE FIRST STAGE IS COMPLETED, THE PARTIES MUST ENGAGE IN A SINGLE MEDIATION OF ALL REMAINING CASES, AND VERIZON WILL PAY THE MEDIATION FEE. IF THE PARTIES CANNOT AGREE HOW TO RESOLVE THE REMAINING CASES AFTER MEDIATION, THEY WILL REPEAT THE PROCESS OF SELECTING AND FILING 50 CASES TO BE RESOLVED IN INDIVIDUAL BELLWETHER PROCEEDINGS BEFORE SEPARATE ARBITRATORS, FOLLOWED BY MEDIATION. ADDITIONAL CASES INVOLVING SIMILAR CLAIMS BROUGHT BY THE SAME OR COORDINATED COUNSEL SHALL NOT BE FILED IN ARBITRATION UNTIL THE ARBITRATIONS AND MEDIATION FOR PRIOR SETS HAVE BEEN COMPLETED. THIS PROCESS MAY CONTINUE UNTIL

THE PARTIES ARE ABLE TO RESOLVE ALL OF THE CLAIMS, EITHER THROUGH SETTLEMENT OR ARBITRATION. YOU AGREE TO THIS PROCESS EVEN THOUGH IT MAY DELAY THE ARBITRATION OF YOUR CLAIM. IF SUCH A PROCESS IS INITIATED, THE FILING OF A NOTICE OF DISPUTE BY A CUSTOMER IN ACCORDANCE WITH PARAGRAPH 4 OR FILING OF A COMPLAINT IN COURT WILL TOLL ALL APPLICABLE STATUTES OF LIMITATIONS FOR THAT CUSTOMER'S DISPUTE UNTIL THE COMPLETION OF THE PROCESS DESCRIBED IN THIS PARAGRAPH. A COURT WILL HAVE AUTHORITY TO ENFORCE THIS PARAGRAPH INCLUDING BY ENTERING AN INJUNCTION TO PROHIBIT FILINGS IN VIOLATION OF THIS PARAGRAPH.

(7) AN ARBITRATION AWARD AND ANY JUDGMENT CONFIRMING IT APPLY ONLY TO THAT SPECIFIC CASE; IT CAN'T BE USED IN ANY OTHER CASE EXCEPT TO ENFORCE THE AWARD ITSELF.

(8) IF A COURT, PURSUANT TO PARAGRAPH 3, DETERMINES THAT THE PROHIBITION ON CLASS ARBITRATIONS OR THE LIMITS ON THE ARBITRATOR'S AUTHORITY CANNOT BE ENFORCED UNDER APPLICABLE LAW AS TO ALL OR PART OF A DISPUTE, THEN THE AGREEMENT TO ARBITRATE WILL NOT APPLY TO THAT DISPUTE OR PART OF THE DISPUTE, WHICH MAY PROCEED IN COURT EITHER ONCE THE ARBITRATED MATTERS HAVE CONCLUDED OR SOONER IF THE COURT SO REQUIRES.

(9) IF FOR ANY REASON A CLAIM PROCEEDS IN COURT RATHER THAN THROUGH ARBITRATION, YOU AND VERIZON AGREE THAT, TO THE FULLEST EXTENT ALLOWED BY APPLICABLE LAW. NO ACTION WILL BE BROUGHT ON A CLASS OR COLLECTIVE BASIS AND YOU AND VERIZON UNCONDITIONALLY WAIVE ANY RIGHT TO TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM ARISING OUT OF OR RELATING TO THIS AGREEMENT IN ANY WAY. IN THE EVENT OF LITIGATION, THIS PARAGRAPH MAY BE FILED TO SHOW A WRITTEN CONSENT TO A TRIAL BY THE COURT.

**About this Agreement**

If either you or we don't enforce our rights under this agreement in one instance, that doesn't mean you or we won't or can't enforce those rights in any other instance. You cannot assign this Agreement or any of your rights or duties under it without our permission. However, we may assign this Agreement or any debt you owe us without notifying you. **If you're a Postpay customer, please note that many notices we send to you will show up as messages on your monthly bill. If you have online billing, those notices will be deemed received by you when your online bill is available for viewing. If you get a paper bill, those notices will be deemed received by you three days after we mail the bill to you. If we send other notices to you, they will be considered received immediately if we send them to your wireless device, or to any email or fax number you've given us, or after three days if we mail them to your billing address. If you need to send notices to us, please send them to the customer service address on your latest bill.**

If you're a Prepaid customer and we send notices to you, they will be considered received immediately if we send them to your wireless device or to any email you've given us, or if we post them as a precall notification on your Service, or after three days if we mail them to the most current address we have for you. If you need to send notices to us, please send them to the Customer Service Prepaid address at verizon.com/contactus.

If any part of this agreement, including anything regarding the arbitration process (except for part 8 of the dispute resolution section above), is ruled invalid, that part may be severed from this agreement and the rest enforced.

**This agreement and the documents it incorporates form the entire agreement between us. ny other documents, or on anythingsaid by any Sales or Customer Service Representatives will not form any part of the agreement between us, and you have no other rights regarding Service or this agreement. This Agreement isn't for the benefit of any third party except our parent companies, affiliates, subsidiaries, agents, and predecessors and successors in interest. Except where we've agreed otherwise elsewhere in this agreement, this agreement and any disputes covered by it are governed by federal law and the laws of the state encompassing the area code of your wireless phone number when you accepted this agreement, without regard to the conflicts of laws and rules of that state.**

Updated February 22, 2023

CA-P.8

# Exhibit 11

(https://www.verizon.com/)

Sign in

New and existing customers get the best deals of the season! Shop Now (https://www.verizon.com/deals/) | Or Online only iPhone 16 Pro (https://www.verizon.com/smartphones/apple-iphone-16-pro/) on us with new line. | Details

Support (/support/)  ›  Services & Apps (/support/services-and-apps/)  ›  Verizon Security & Privacy (/support/verizon-security-and-privacy/)

# Use your voice as your password with Voice ID FAQs

Learn if you're eligible for Voice ID, how it's used and how to manage it. Discover privacy details for Voice ID if you're an eligible Verizon mobile, Fios Home Internet, Fios TV or Fios Digital Voice customer.

Find more topics in **Additional support**

Is this page helpful?

**About**

**Chat with us**

Feedback

(https://www.verizon.com/)

## What is Voice ID?    ⌃

New and existing customers get the best deals of the season! Shop Now (https://www.verizon.com/deals/) | Or Online only iPhone 16 Pro (https://www.verizon.com/smartphones/apple-iphone-16-pro/) on us with new line. | Details

provides secure access to your account when you call in.

We offer 2 types of Voice ID:

‣ Passphrase - This option gives you the ability to say "at Verizon, my voice is my password" during authentication when you call in.

‣ Background - This option will recognize your voice for authentication while you are speaking to a Customer Service representative on the phone.

Learn more about how to enroll in Voice ID in the How can I get Voice ID for my Verizon account section below.

## How does Voice ID work?    ⌃

When you enroll in Voice ID, we'll use a recording of your voice to create a unique digital template or voiceprint. When you call us, Voice ID compares your voice to the voiceprint stored on your account. Verizon encrypts your identity and Voice ID voiceprint before storing them. You can un-enroll in Voice ID at any time.

**Chat with us**

(https://www.verizon.com/)

## Am I eligible for Voice ID?                                    ∧

---

New and existing customers get the best deals of the season! Shop Now (https://www.verizon.com/deals/) | Or Online only iPhone 16 Pro (https://www.verizon.com/smartphones/apple-iphone-16-pro/) on us with new line.  | Details

---

Manager (/support/glossary/#account_manager)* of a Verizon mobile account. To have Voice ID:

‣   English must be the preferred language on the account.

‣   The account can't have a mandatory PIN.

Business and government accounts are not eligible for Voice ID. Additional exclusions may apply.

*Learn more about account roles (https://secure.verizon.com/account/roleInfo/start).

---

## How does Verizon use my Voice ID?                              ∧

If you've saved a Voice ID with your account, Verizon uses it to help verify your identity when you call us.

We may also use a Voice ID for other uses described in our privacy policy (https://www.verizon.com/about/privacy/full-privacy-policy#acc-item-31).

---

**Chat with us**

(https://www.verizon.com/)

## Is Voice ID secure? ⌄

New and existing customers get the best deals of the season! Shop Now (https://www.verizon.com/deals/) | Or Online only iPhone 16 Pro (https://www.verizon.com/smartphones/apple-iphone-16-pro/) on us with new line. | Details

voiceprint before securing your account.

When you enroll in Voice ID, your identity and voiceprint are encrypted before we store them.

## How long does Verizon keep my voiceprint? ⌄

Your voice print is saved on your account as long as you're a Verizon customer. If you de-enroll from Voice ID or close your Verizon account, we delete your voiceprint within 24 hours.

## How can I get Voice ID for my Verizon account? ⌄

If you're eligible, you can enroll in Voice ID by:

‣ Calling into Customer Service. They may ask you if you'd like Voice ID.

‣ Following the prompts in our automated voice system, if they're offered to you.

Once you enroll, we'll notify you by email, text, mail or voice call when we create your Voice ID. We will securely store your voiceprint in your account.

**Chat with us**

(https://www.verizon.com/)

## How do I remove Voice ID from my account? ∧

New and existing customers get the best deals of the season! Shop Now (https://www.verizon.com/deals/) | Or Online only iPhone 16 Pro (https://www.verizon.com/smartphones/apple-iphone-16-pro/) on us with new line. | Details

To remove Voice ID:

1. Log into your My Verizon mobile account (https://m.vzw.com/Mhpf3olq) or your My Verizon Fios (home) account (https://www.verizon.com/home/myverizon/).

2. Go to **Edit profile & settings.**

3. Select **Mobile or Home.**

4. Choose **Security**.

5. Choose **Voice ID.**

6. Select **Disable Voice ID.**

Good to know: If you're a 1 Verizon ID customer with combined mobile and Fios logins, you may have a separate voiceprint for each account. If so, you can delete either voiceprint, or both.

## What if I don't want Voice ID? ∧

Voice ID is an optional feature in our multi-factor authentication system. Verizon only enrolls you with your permission.

# Additional support

**Chat with us**

**Security**
(Dashboard FAQs m/)
(/support/security-

**Dashboard FAQs**
(/support/security-

New and existing customers get the best deals of the season! Shop Now (https://www.verizon.com/deals/) | Or Online only iPhone 16 Pro (https://www.verizon.com/smartphones/apple-iphone-16-pro/) on us with new line. | Details

---

**Shop** ⌄

**Top Device Brands** ⌄

**Support** ⌄

**About Verizon** ⌄

**Most Popular** ⌄

**Top Accessory Brands** ⌄

**Important Consumer Information** ⌄

**Follow Verizon**

(https://www.facebook.com/verizon)

**Follow Verizon Fios**

(https://www.facebook.com/fios)

---

(https://www.verizon.com/)

Privacy Policy (https://www.verizon.com/about/privacy/)

**Chat with us**

California Privacy Notice (https://www.verizon.com/about/privacy/full-privacy-policy?scrollto=index-1#acc-item-55)
(https://www.verizon.com/)

Health Privacy Notice (https://www.verizon.com/about/privacy/health-privacy-notice)

New and existing customers get the best deals of the season! Shop Now (https://www.verizon.com/deals/) | Or
Online only iPhone 16 Pro (https://www.verizon.com/smartphones/apple-iphone-16-pro/) on us with new line. |
Details

Accessibility (https://www.verizon.com/accessibility/)

Open Internet (https://www.verizon.com/about/our-company/open-internet)

Terms & Conditions (https://www.verizon.com/about/terms-conditions/overview)

About Our Ads (https://www.verizon.com/about/privacy/about-our-ads)

© 2024 Verizon

**Chat with us**