**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Thelton George Parker, Jr., et al.
                            Plaintiff,

v.                                         Case No.: 1:24−cv−08436
                                                 Honorable Jorge L. Alonso

Verizon Communications Inc., et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 26, 2024:

      MINUTE entry before the Honorable Jorge L. Alonso: Plaintiffs' Unopposed Motion for expansion of briefing page limits relating to Defendants' motion to compel arbitration [26] is granted. Motion hearing date of 1/7/25 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.