**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Thelton George Parker, Jr., and Steven Doyle, *Individually and on Behalf of All Others Similarly Situated*,<br><br>                            Plaintiffs,<br>      v.<br>Verizon Communications Inc. and Cellco Partnership d/b/a Verizon Wireless,<br><br>                            Defendants. | 1:24-cv-08436<br>Hon. Jorge L. Alonso |

## JOINT STATUS REPORT

In response to the Court's Order of January 20, 2025 and pursuant to the Joint Status Report filed on February 26, 2025, plaintiffs, Thelton George Parker, Jr., and Steven Doyle, ("Plaintiffs") and Defendants, Verizon Communications Inc., and Cellco Partnership d/b/a Verizon Wireless ("Verizon" and together with Plaintiffs "the Parties") submit this further status report about the Court's question regarding whether the parties can stipulate as to whether the SCR hyperlinked to the terms of the arbitration agreement.

      1.      As of the date of this filing, the Parties have been unable to agree to the terms of stipulation on this issue but are in continued discussions and expect to provide a further status report or stipulation on or before March 14, 2025.

Respectfully submitted and signed by:

/s/ Alexander M. Peraza

Jon Loevy
Michael Kanovitz
Thomas M. Hanson
**LOEVY & LOEVY**
311 North Aberdeen, 3rd Floor
Chicago, Illinois, 60607
(312) 243-5900
jon@loevy.com
mike@loevy.com
hanson@loevy.com

-and-

Brian Levin*
Brandon T. Grzandziel*
**LEVIN LAW, P.A.**
2665 South Bayshore Drive, PH2
Miami, FL 33133
Telephone: (305) 402-9050
Facsimile: (305) 676-4443
brian@levinlawpa.com
brandon@levinlawpa.com

-and-

Jeffrey B. Kaplan
Alexander M. Peraza
**DIMOND KAPLAN & ROTHSTEIN, P.A.**
2665 South Bayshore Drive, PH-2B
Miami, FL 33133
Telephone: (305) 374-1920
Facsimile: (305) 374-1961
jkaplan@dkrpa.com
aperaza@dkrpa.com

*Counsel for Plaintiffs and the Proposed Class*

BARON HARRIS HEALEY

By: */s/ Steven L. Baron*
Steven L. Baron
150 South Wacker Drive, Suite 2400
Chicago, Illinois 60606
Telephone: (312) 741-1027
E-Mail: sbaron@bhhlawfirm.com

-and-

HUNTON ANDREWS KURTH LLP

Ann Marie Mortimer (Pro hac vice pending)
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
E-Mail: amortimer@HuntonAK.com

Tara L. Elgie (IL General Bar No. 48259)
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Telephone: (214) 979-8212
E-Mail: telgie@HuntonAK.com

*Attorneys for Cellco Partnership d/b/a*
*Verizon Wireless, and Verizon*
*Communications Inc.*